# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-8694-CAS(Ex) | Date | May 3, 2010 |
|---|---|---|---|
| Title | *ESTHER BISELLI; ET AL. v. COUNTY OF VENTURA; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Pachowicz | Jeffrey Held |
| Sonia Mercado | Steve Shlens |

**Proceedings:**     SCHEDULING CONFERENCE

Hearing held and counsel are present.   The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: <u>October 1, 2010</u>;
Factual Discovery Cut-off: <u>January 10, 2011</u>;
Settlement Completion Cut-off: <u>October 1, 2010</u>;
Status Conference re: Settlement **(11:00 A.M.): October 18, 2010**; and
Last Day to File Motions: <u>February 1, 2011</u>.  At the noticed time the Court hears the parties' Summary Judgment motions in the above-referenced action, the Court will set the remainder of the scheduling dates, if necessary.

|  | 00 | : | 06 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |