Name and address:
DAVID S. McLANE (No. 124952)
Kaye, McLane & Bednarski, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Tel: (626) 844-7660; Fax: (626) 844-7670
Email: dmclane@kmbllp.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER BISELLI, et al., <br> Plaintiff(s) <br> v. <br> COUNTY OF VENTURA, et al., <br> Defendant(s). | CASE NUMBER <br> CV 09-08694-CAS(Ex) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

KNH, by guardian Amber Rodriguez  ☑ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of David McLane, Kaye, McLane & Bednarski, LLP
*New Attorney*
as attorney of record in place and stead of Sonia Mercado, Sonia Mercado & Associates
*Present Attorney*

Dated  11/30/2010         _____
                          *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  12/2/2010          _____
                          *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  11/12/2010         _____
                          *Signature of New Attorney*
                          124952
                          *State Bar Number*

If party requesting to appear Pro Se:

Dated  _____   _____
                            *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)                    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY