Name and address:
DAVID S. McLANE (No. 124952)
Kaye, McLane & Bednarski, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Tel: (626) 844-7660; Fax: (626) 844-7670
Email: dmclane@kmbllp.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER BISELLI, et al., <br> Plaintiff(s) <br> v. <br> COUNTY OF VENTURA, et al., <br> Defendant(s). | CASE NUMBER: <br> CV 09-08694-CAS(Ex) <br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__KNH, by guardian Amber Rodriguez__   ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute   __David McLane, Kaye, McLane & Bednarski, LLP__   who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__234 East Colorado Boulevard, Suite 230__
*Street Address*

__Pasadena, California 91101__            __dmclane@kmbllp.com__
*City, State, Zip*                         *E-Mail Address*

__(626) 844-7660__       __(626) 844-7670__       __124952__
*Telephone Number*        *Fax Number*             *State Bar Number*

as attorney of record in place and stead of __Sonia Mercado, Sonia Mercado & Associates__
*Present Attorney*

**is hereby**   ☐ GRANTED      ☐ DENIED


Dated _____          _____
                                     U. S. District Judge/U.S. Magistrate Judge


**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.