1  DAVID S. McLANE (No. 124952)
   KAYE, McLANE & BEDNARSKI, LLP
2  234 East Colorado Boulevard, Suite 230
   Pasadena, California 91101
3  Telephone: (626) 844-7660
   Facsimile: (626) 844-7670
4  E-Mail: dmclane@kmbllp.com

5  Attorney for K.N.H. by and through
   her guardian ad litem, Amber Rodriguez

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12  ESTHER BISELLI AND THE            )   CASE NO. CV 09-08694-CAS(Ex)
    ESTATE OF DANIEL T.               )
13  HERNANDEZ, BY AND THROUGH         )
    HIS PERSONAL REPRESENTATIVE       )   **JOINT STIPULATION TO**
14  ESTHER BISELLI; K.N.H., [NAME     )   **CONTINUE SCHEDULING**
    REDACTED] A MINOR, BY AND         )   **CONFERENCE ORDER**
15  THROUGH HER GUARDIAN AND          )   **DEADLINES**
    MOTHER, AMBER RODRIGUEZ,          )
16                                    )
                                      )
17          Plaintiffs,               )   [PROPOSED] ORDER FILED
                                      )   CONCURRENTLY HEREWITH
18     vs.                            )
                                      )
19  COUNTY OF VENTURA, VENTURA        )
    COUNTY SHERIFFS                   )
20  DEPARTMENT; SHERIFF BOB           )
    BROOKS; CALIFORNIA FORENSIC       )
21  MEDICAL GROUP; TAYLOR             )   Action Filed: 11/25/2009
    FITHIAN, M.D., Dr. JOHN           )   Trial Date: None yet assigned
22  KORZELIUS, Dr. MELVIN MYUNG       )   Judge: Hon. Christina A. Snyder
    JUNG, MARIA BAEZLIN, DOES 1       )   Magistrate Judge: Hon. Charles F.
23  through 10, inclusive,            )   Eick
                                      )
24          Defendants.               )
    _____
25

26

27          Subject to the approval of this Court, plaintiffs Esther Biselli and the Estate of

28  Daniel T. Hernandez, by and through his Personal Representative Esther Biselli,

    represented by counsel of record Brian A. Vogel, The Law Offices of Brian A.

Vogel, PC; plaintiff K.N.H., a Minor by and through her guardian and mother, Amber Rodriguez, represented by counsel of record David S. McLane, Kaye, McLane & Bednarski, LLP; defendants County of Ventura, Ventura County Sheriffs Department, Sheriff Bob Brooks, represented by Jeffrey Held, Law Offices of Alan Wisotsky; and defendants California Forensic Medical Group, Taylor Fithian, M.D., Dr. John Korzelius, Dr. Melvin Myung Jung, Maria Baez (erroneously sued as Beazlin), represented by Peter G. Bertling, Bertling & Clausen, L.L.P., hereby stipulate and request, that the Court modify the November 22, 2010, Scheduling Order, and submit that good cause exists for such modification, based on the following grounds:

1.  All parties have met and conferred in an effort to expeditiously comply with the Court's present scheduling order, and mutually agree that good cause exists for continuing the dates in the November 22, 2010 order.

2.  As the Court is aware from the prior November 22, 2010 stipulation to modify the scheduling order, former counsel applied to be relieved from their representation of plaintiffs.  The reasons for their request was submitted in an in camera, under seal filing to the Court.

3.  On December 6, 2010, this Court granted the application of David McLane to substitute in as counsel for K.N.H., a Minor by and through her guardian and mother, Amber Rodriguez.

4.  On January 21, 2011, this Court granted the application of Brian Vogel to substitute in as counsel for  plaintiffs Esther Biselli and the Estate of Daniel T. Hernandez.

5.  Beginning with the commencement of the search for new counsel in the Fall of 2010, through the latest appointment of Mr. Vogel, discovery and litigation was not conducted.  Mr. McLane could not conduct discovery while plaintiffs Esther Biselli and the Estate of Mr. Hernandez were in the process of obtaining counsel.

6.  Because plaintiffs' new counsel need to review the discovery produced

pursuant to the Rule 26 disclosures, get up to speed on the case, and conduct discovery including depositions, the parties have agreed good cause exists, and no parties will be prejudiced, by continuing the previously ordered dates, and continuing the schedule as proposed herein.

7.  Defendants County of Ventura, Ventura County Sheriff's Department, and Sheriff Bob Brooks have a currently scheduled Summary Judgment/Summary Adjudication of Issues Motion set for May 23, 2011.  The Plaintiffs need to conduct discovery and conduct depositions to respond to that motion.

8.  Defendants California Forensic Medical Group, Taylor Fithian, M.D., Dr. John Korzelius, Dr. Melvin Myung Jung, and Maria Baezlin, true name Maria Baez, anticipate filing a summary judgment/summary adjudication of issues motion and need time prepare such a motion, and Plaintiffs will need time to respond to such a motion.

9.  Discovery will need to be conducted, in order for any settlement discussions to be meaningful,  prior to any settlement conference held by the Honorable Charles F. Eick in this case.

The present scheduling order is as follows:

1.    The deadline for requesting leave to file an amended pleading or add parties is April 1, 2011.

2.    The settlement completion deadline date is March 1, 2011.

3.    The Status Conference regarding settlement is March 14, 2011.

4.    The motion filing deadline is June 16, 2011.

5.    The hearing on Defendants County of Ventura, Ventura County Sheriffs Department, Sheriff Bob Brooks Motion for Summary Judgment, and further scheduling conference was set for May 23, 2011.

The parties agree to the following new dates, and to modify the November 22, 2010 Scheduling Order as follows:

1.    The deadline for requesting leave to amend pleadings or add parties is

3

1    continued from April 1, 2011 to September 1, 2011.

2    2.    The settlement completion deadline date is continued from March 1,

3          2011 to November 1, 2011.

4    3.    The Status Conference regarding settlement is continued from March 14,

5          2011 to November 14, 2011.  At this conference, the Court will set the

6          following additional dates:

7          A.  Final pre-trial conference date (where motions in limine will be

8          heard).

9          B.  Date on which the following will be filed:  agreed upon set of jury

10         instructions and verdict forms and Joint Statement on Disputed

11         Instructions and Verdict Forms; Proposed Voir Dire questions and

12         agreed to Statement of the Case.

13         C.  Date on which the following will be filed: the date for lodging

14         Pretrial Conference Order, File Memorandum of Contentions of Fact and

15         Law, Exhibit List; and Witness List.

16         D.  The last day for personally delivering, faxing or e-mailing Motions in

17    Limine

18         E.   The last day to meet before Final Pre-trial Conference (L.R. 16-2).

19         F.  The expert disclosure date, the expert discovery deadline, and the

20         expert rebuttal disclosure date.

21         G.  The trial date.

22    4.    The motion filing deadline for motions other than motions in limine is

23         continued until September 16, 2011.

24    5.    The hearing of the Summary Judgment/Summary Adjudication of Issue

25         Motion filed on September 14, 2010 by County of Ventura, Ventura

26         County Sheriffs Department, Sheriff Bob Brooks is September 26, 2011

27         at 10:00 a.m.  Counsel for the Sheriff defendants do not need to re-file

28         and re-serve this motion, and any motion for summary judgment by the

California Forensic Medical Group Defendants will be heard at the same time as the motion filed by the Sheriff Defendants.  If the California Forensic Medical Group Defendants schedule a hearing for an earlier date, then the Motion by the Sheriffs department will be advanced to the same date.

6.     The non-expert discovery deadline is September 30, 2011.

Based on the foregoing, good cause exists for the granting of this continuance.

Respectfully submitted,

KAYE, McLANE & BEDNARSKI, LLP

Dated: February 16, 2011          By_____/S/_____
                                                  DAVID S. McLANE

                                                  Attorney for Plaintiff
                                                  K.N.H., A MINOR BY AND THROUGH
                                                  HER GUARDIAN AND MOTHER,
                                                  AMBER RODRIGUEZ

                                                  THE LAW OFFICES OF BRIAN A.
                                                  VOGEL, PC

Dated: February 16, 2011          By_____/S/_____
                                                  BRIAN A. VOGEL

                                                  Attorney for Plaintiffs
                                                   ESTHER BISELLI AND THE ESTATE
                                                  OF DANIEL T. HERNANDEZ

                                                  LAW OFFICES OF ALAN WISOTSKY

Dated: February 16, 20011         By_____/S/_____
                                                  JEFFREY HELD

1

2

3

4

5

6

7 Dated: February 16, 2011

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorney for Defendants
COUNTY OF VENTURA,  VENTURA
COUNTY SHERIFFS DEPARTMENT,
SHERIFF BOB BROOKS


BERTLING & CLAUSEN, L.L.P,



By_____/S/_____
      PETER G. BERTLILNG


 Attorney for Defendants
 CALIFORNIA FORENSIC MEDICAL
GROUP, TAYLOR FITHIAN, M.D.,
DR.  JOHN KORZELIUS, DR.
MELVIN MYUNG JUNG, MARIA
BAEZ   (ERRONEOUSLY SUED AS
BEAZLIN)