1  DAVID S. McLANE (No. 124952)
   KAYE, McLANE & BEDNARSKI, LLP
2  234 East Colorado Boulevard, Suite 230
   Pasadena, California 91101
3  Telephone: (626) 844-7660
   Facsimile: (626) 844-7670
4  E-Mail: dmclane@kmbllp.com

5  Attorney for K.N.H. by and through
   her guardian ad litem, Amber Rodriguez
6

7

8
                    UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10
                        WESTERN DIVISION
11

12
   ESTHER BISELLI AND THE ESTATE )      CASE NO. CV 09-08694-CAS(Ex)
13 OF DANIEL T. HERNANDEZ, BY    )
   AND THROUGH                   )
14 HIS PERSONAL REPRESENTATIVE   )      **JOINT STIPULATION TO**
   ESTHER BISELLI; K.N.H., [NAME  )      **CONTINUE SCHEDULING**
15 REDACTED] A MINOR, BY AND      )      **CONFERENCE ORDER**
   THROUGH HER GUARDIAN AND      )      **DEADLINES**
16 MOTHER, AMBER RODRIGUEZ,      )

17            Plaintiffs,         )      [PROPOSED] ORDER FILED
                                  )      CONCURRENTLY HEREWITH
18       vs.                      )

19 COUNTY OF VENTURA, VENTURA )
   COUNTY SHERIFFS DEPARTMENT; )
20 SHERIFF BOB BROOKS;           )
   CALIFORNIA FORENSIC MEDICAL )
21 GROUP; TAYLOR FITHIAN, M.D., )        Action Filed: 11/25/2009
   Dr. JOHN KORZELIUS, Dr. MELVIN )      Trial Date: None yet assigned
22 JUNG, MARIA BAEZLIN, DOES 1  )        Judge: Hon. Christina A. Snyder
   through 10, inclusive,         )      Magistrate Judge: Hon. Charles F.
23                                )           Eick
              Defendants.         )
24 _____

25

26

27       Subject to the approval of this Court, plaintiffs Esther Biselli and the Estate of

28 Daniel T. Hernandez, by and through his Personal Representative Esther Biselli,

   represented by counsel of record Brian A. Vogel, The Law Offices of Brian A. Vogel,

1   PC; plaintiff K.N.H., a Minor by and through her guardian and mother, Amber

2   Rodriguez, represented by counsel of record David S. McLane, Kaye, McLane &

3   Bednarski, LLP; defendants County of Ventura, Ventura County Sheriffs Department,

4   Sheriff Bob Brooks, represented by Jeffrey Held, Law Offices of Alan Wisotsky; and

5   defendants California Forensic Medical Group, Taylor Fithian, M.D., Dr. John

6   Korzelius, Dr. Melvin Myung Jung, Maria Baez (erroneously sued as Beazlin),

7   represented by Peter G. Bertling, Bertling & Clausen, L.L.P., hereby stipulate and

8   request, that the Court modify the February 22, 2011 Scheduling Order, and submit

9   that good cause exists for such modification, based on the following grounds:

10        1.  All parties have met and conferred in an effort to expeditiously comply with

11   the Court's present scheduling order, and mutually agree that good cause exists for

12   continuing the deadlines set forth in the February 22, 2011 order.

13        2.  On February 22, 2011, this Court granted the parties' Joint Stipulation to

14   Continue Scheduling Conference Order Deadlines based on the then-recent

15   substitution of counsel for plaintiffs.

16        3.     Among other dates and deadlines, the February 22, 2011 order set the

17   non-expert discovery deadline at September 30, 2011; the hearing for the Summary

18   Judgment / Summary Adjudication of Issues Motion filed by Defendants County of

19   Ventura, Ventura County Sheriff's Department, and Sheriff Bob Brooks on

20   September 26, 2011, and the motion filing deadline at August 29, 2011.

21        4.  The parties are continuing to conduct discovery and have scheduled

22   depositions to take place through the second week of September. Despite the parties'

23   best efforts over the last couple of months, several important depositions have not

24   been calendared due to scheduling conflicts, including the depositions of two

25   defendants. Accordingly, the parties believe that fact discovery cannot be completed

26   in advance of the current fact discovery deadline.

27        5.  In addition, Jeffrey Held, counsel for the Ventura County Defendants, is

28   scheduled to commence trial in Santa Barbara, CA on September 26, 2011. This

1    creates a scheduling conflict with the hearing on the Ventura County Defendants'

2    motion for summary judgment, which is currently scheduled for the same date.

3         6. Because the parties are continuing to conduct discovery, because important

4    discovery remains outstanding, and because an unavoidable scheduling conflict makes

5    counsel for the Ventura County Defendants unavailable on September 26, 2011, the

6    parties have agreed good cause exists, and no parties will be prejudiced, by

7    continuing the previously ordered motion dates and by amending the February 22,

8    2011 scheduling order as proposed herein.

9        The present scheduling order is as follows:

10       1.     The deadline for requesting leave to file an amended pleading or add

11            parties is September 1, 2011.

12       2.     The deadline for non-expert discovery is September 30, 2011.

13       3.     The motion filing deadline is August 29, 2011.

14       4.     The hearing on Defendants County of Ventura, Ventura County Sheriffs

15            Department, Sheriff Bob Brooks Motion for Summary Judgment, and

16            further scheduling conference is set for September 26, 2011.

17       5.     The settlement completion deadline date is November 1, 2011.

18       6.     The Status Conference regarding settlement is scheduled for November

19            14, 2011.

20        The parties agree to the following new dates and to modify the February 22,

21    2011 Scheduling Order as follows:

22       1.     The deadline for requesting leave to amend pleadings or add parties shall

23            be continued to November 1, 2011.

24       2.     The non-expert discovery deadline shall be continued to November 30,

25            2011.

26       3.     The motion filing deadline for motions other than motions in limine shall

27            be continued to January 9, 2012.

28       4.     The hearing of the Summary Judgment/Summary Adjudication of Issues

Motion filed on September 14, 2010 by County of Ventura, Ventura County Sheriffs Department, Sheriff Bob Brooks shall be continued to February 6, 2012 at 10:00 a.m.  Counsel for the Sheriff defendants do not need to re-file and re-serve this motion, and any motion for summary judgment by the California Forensic Medical Group Defendants will be heard at the same time as the motion filed by the Sheriff Defendants.  If the California Forensic Medical Group Defendants schedule a hearing for an earlier date, then the Motion by the Sheriffs department will be advanced to the same date.

5.   The settlement completion deadline date shall be continued to March 15, 2012.

6.   The Status Conference regarding settlement shall be continued to March 26, 2012.  At this conference, the Court will set the following additional dates:

A.  Final pre-trial conference date (where motions in limine will be heard).

B.  Date on which the following will be filed:  agreed upon set of jury instructions and verdict forms and Joint Statement on Disputed Instructions and Verdict Forms; Proposed Voir Dire questions and agreed to Statement of the Case.

C.  Date on which the following will be filed: the date for lodging Pretrial Conference Order, File Memorandum of Contentions of Fact and Law, Exhibit List; and Witness List.

D.  The last day for personally delivering, faxing or e-mailing Motions in Limine

E.   The last day to meet before Final Pre-trial Conference (L.R. 16-2).

F.  The expert disclosure date, the expert discovery deadline, and the expert rebuttal disclosure date.

G.  The trial date.

Based on the foregoing, good cause exists for the granting of this continuance.

Respectfully submitted,

KAYE, McLANE & BEDNARSKI, LLP

Dated: August 23, 2011                    By_____
                                          DAVID S. McLANE

                                          Attorney for Plaintiff
                                          K.N.H., A MINOR BY AND THROUGH
                                          HER GUARDIAN AND MOTHER,
                                          AMBER RODRIGUEZ

                                          THE LAW OFFICES OF BRIAN A.
                                          VOGEL, PC

Dated: August 23, 2011                    By_____
                                          BRIAN A. VOGEL

                                          Attorney for Plaintiffs
                                          ESTHER BISELLI AND THE ESTATE
                                          OF DANIEL T. HERNANDEZ

                                          LAW OFFICES OF ALAN WISOTSKY

Dated: August 23, 20011                   By_____
                                          JEFFREY HELD

                                          Attorney for Defendants
                                          COUNTY OF VENTURA, VENTURA
                                          COUNTY SHERIFFS DEPARTMENT,
                                          SHERIFF BOB BROOKS

                                          BERTLING & CLAUSEN, L.L.P,

5

1    Dated: August 23, 2011      By _____

2                                       STEVE SHLENS

3

4                                     Attorney for Defendants
                                      CALIFORNIA FORENSIC MEDICAL

5                                       GROUP, TAYLOR FITHIAN, M.D.,
                                      DR.  JOHN KORZELIUS, DR.

6                                       MELVIN MYUNG JUNG, MARIA
                                      BAEZ   (ERRONEOUSLY SUED AS

7                                       BEAZLIN)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28