# Exhibit 83

## CFMG
### California Forensic Medical Group
INCORPORATED

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

NAME: _Hernandez_ _Daniel_  DOB: _3-29-80_  BOOKING NO.: _1112791_
(Last)      (First)      (M.I.)

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| | 7-29-07 0930 | _(handwritten progress notes, illegible)_ |
| | 7-30-07 1305 | _(handwritten progress notes, illegible)_ |

PROGRESS NOTES

EXHIBIT 83
WIT: Moskowitz
DATE: 9-16-11
Kim Edelen, CSR #9042

PSYCH

**Printed: 07/30/2007 15:05**                    ~tura County Sheriff's Departmer                    Page 1 of 1
Detention Services

## Jail Incident Report

| | | | |
|---|---|---|---|
| **Jail Incident #:** | 68362 | **JIR Type:** | Inmate |
| **Incident Type:** | Medical-General | | |
| **Incident:** | s/p level 3 | | |
| **Original Jir:** | | **Supplemental Jir:** | No |
| **Other Agency Report#:** | No | **Report Number:** | |
| **Incident Date/Time:** | 07/30/2007 15:03 | | |
| **Facility Location:** | MJ- - - - | **Outside Location:** | |
| **Written By: (ID/Name)** | FP420 - Alcaraz, Jennifer | **Date Written:** | 07/30/2007 15:03 |
| **Approved By: (ID/Name)** | | **Approval Status:** | |

| Inmate Name | Role | Primary | Booking Number | Housing | Class |
| | Keep Away | | BI Number | Locator | |
|---|---|---|---|---|---|
| Hernandez, Daniel | Other | No | 1112791 | MJ-2-SG-F -03 | ASAP2D |
| | No Ka | | 307135 | | |

**Incident #: 68362**

**arrative:**

Inmate to be placed on safety precautions level 3.

P000194 is to be used for documenting jail incidents, requests for special housing, I/M transgressions or commendations, and a copy is to accompany I/M on any transfer between facilties of the jail system.

000184

CALIFORNIA FORENSIC MEDICAL GROUP, INC.
## SPECIAL HOUSING ADMISSION ASSESMENT SHEET

Date: __8/2/07__

NAME: Hernandez, Daniel

BOOKING #

DOB:

Time: __0140__

Admitted: Ambulatory __✓__ Wheel Chair_____ Gurney_____ Crutches_____ Cane_____

From: Todd Road_____ Booking __✓__ Quad_____ Hospital_____

Vital Signs: B/P 86/66 / 82/64  Pulse __71__ / 80  Respiration __16__ Temperature __96⁴__ Weight __126#__

Chief Complaint: __level 3 Safety Precaution__

LOC:

Mental Status: Flat affect - Ø eye contact - Stares straight ahead.

Neuro Status: A & O x4

Skin: extremely pale

Lungs: Ø SOB    NAD

Heart: RRR  - pulses strong, 2+ bilat (radial)

Abdomen: Soft  N/T  N/D  Ø N/V

Circulation: CRT <3 sec  - mucosa pale.

Gait: Steady in ankle shackles

Extremities:

Musculosketetal: Ø deformity

Health Assessment/TB Assessment Done: Yes_____ No __✓__ Reason:_____
PPD Given: Yes_____ No __✓__  CXR Ordered: Yes_____ No_____

Remarks: I/m sent up from Booking on L3SP, denies S/I. Asymptomatic as to extreme pallor (-) orthostasis @ this time. Will monitor & notify MD in AM. Possibly Chronic anemia.

Plan:
- See MD in AM
- ↑ PO fluids
- Labs ? CBC ?
- call PM dizziness ō N/V
- monitor VS ? & status

Nurses Signature & Title: V Semewato, RN



**CFMG**
**California Forensic Medical Group**
INCORPORATED

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

SEIU

NAME: Hernandez, Daniel   DOB: _____   BOOKING NO.: 1112291
(Last)   (First)   (M.I.)

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| 7/30/07 | 1645 | Brought to BH floor to be monitored on SWII, lying on bunk. Resp. not [illegible] Supervised, Flu [illegible] to be asleep, breathe ease, NAD — |
| 7-30-07 | 2045 | Awake. States feels "woozy" and he has only eaten 1x in about 3 days. Requesting food. Sack lunch given. I/m ate potato chips & drank milk only. — B Stephens |
| 7-31-07 | 0135 | Awake, laying on mattress, on floor. B Stephens |
|  | 0400 | Supine, on mattress, on floor. Resp. 16/min. Eyes closed, appears asleep. B Stephens |
|  | 0510 | Breakfast plate empty - served pancakes, bologna, orange slices, grits & milk. I/m laying on mattress, left side. — B Stephens |
|  | 0730 | on back - Resp. even, good unlabeled. NAD — |
|  | 1920 | Refused meds. "I don't need them." B Stephens |
|  | 2140 | Supine on mattress. Resp. 16/min. Shallow, even B Stephens |
| 8-1-07 | 0230 | Appears asleep on mattress. Eyes closed. Resp. even, unlabored. — B Stephens |
| 8-1-07 | 0730 | lying down on floor mattress [illegible] [illegible]. Sleeping. Respiration unlabored. [illegible] |
|  | 1015 | unlabored. Pillow offered. I/m refused despite explanation of its purpose. Stated - "I don't want to take it" [illegible] |
|  | 1310 | lying down. [illegible] verbal response. I/m ate lunch per booking deputy. [illegible] |
|  | 1405 | Seen by Dr. Jauregui. I/m refuses to talk nor open his eyes. Lying down not moving. Respiration even and unlabored. — [illegible] |

CFMG SOAP1

PROGRESS NOTES

5313

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

**CFMG**
California Forensic Medical Group
INCORPORATED

NAME: Hernandez, Daniel
DOB: 03/29/1980
nka

MJ-2-SG-A -02
BKG#: 1112791

BOOKING NO.:

PROB / TRE

PROGRESS NOTES

| PROB TRE | Date | Notes |
|---|---|---|
| | 7-31-07 1050 | Seen at a cell in the booking area. Cooperative to interview. States he started eating. States he feels "bad" – would not elaborate. Affect/mood remains depressed/dysphoric. Avoids eye contact. Agreed to try antidepressant. Plan: [illegible] [signature] |
| | 8-1-07 1400 | Refused AM med. Reportedly has been eating adequately. [illegible] attended. Lying on the mattress ē [illegible] over his eyes. ē would not respond to direction. Despite [illegible] lay [illegible] on front & covering [illegible] over his [illegible]. But no verbal – non verbal response. Plan: Cont. obs. [signature] |
| | 8-2-07 1250 | Sleeping in bed ē blanket over his head & not responsive. Approached the door & repeatedly urging. Avoids eye contact & poorly communicative. Admits that he doesn't eat breakfast / lunch today & had eaten dinner yesterday. "not hungry". [illegible] Plan: Cont. obs. / Med. [illegible] [signature] |

PROGRESS NOTES

PSYCH

CFMG SOAP1
P000253

000244

S -
O -
A -
P -

Hernandez, Daniel
DOB: 03/29/1980
nka

MJ.  G-F -03
BKG#. ı112791


c Medical Group
C R E A T E D

NAMI _____  (First) _____  (M.I.) _____  DQB: _____  BOOKING NO: _____

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
|  | 8-3-07 11:36 | *(handwritten progress notes, largely illegible)* |
|  | 8-4-07 1350 | S) Pten level 3 s/p. Spends most of time laying in bunk. Refused breakfast & AM meds. Per custody accepted lunch trays & refused they @ proper time. It reportedly appeared that pt did @ lunch although he was not directly observed doing so. When asked he was living Status" as good as can be expected". Agrees to start taking meds but when offered AM meds changes mind & refused despite many coaxing. Avoids eye contact. A) R/o Depression. Continue to P) encourage po compliance & meals & fluids. Continue level 3 S/P. g/o. Mosham RN MS |

**PROGRESS NOTES**

# PSYCH



**S - SUBJECTIVE**

Hernandez, Daniel          MJ-2-S -00-01
DOB: 03/29/1980          BKG#: 1112791
nka

ia Forensic Medical Group

DOB: _____    BOOKING NO: _____

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
|  | 8-5-07 1550 | S) Pt on level 3 S/P. Per custody pt ate supper yesterday & even commented how good it was. He has refused breakfast & lunch todayo AM meds. Per MAR pt took He meds yesterday. O Observed repeatedly throughout day & has remained in bunk. Responds verbally & appears in acute distress. Says he's not hungry & that he will take meds tonight. Refuses to arise from bunk but does uncover self as requested so this writer is able to visualize him. A) m/s unchanged. Continue on level 3 S/P & encourage Rx compliance. SH/O informed re refusal of 2 meals. [signature] RN/MS |
|  | 8-6-07 150 | [illegible handwriting] [signature] |
|  | 8-7-07 1630 | [illegible handwriting] [signature] |

**PROGRESS NOTES**

# PSYCH

000242

**CFMG**
**California Forensic Medical Group**
INCORPORATED

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

NAME: _____

Hernandez, Daniel
DOB: 03/29/1980
nka

MJ-2-SG-F -03
BKG#: 1112791

BOOKING NO.: _____

PROBLEM(S)
TREATED

S NOTES

| | | |
|---|---|---|
| | 8-1-07 2115 | Meds. takes. At first refused medication until he asked what each one was for. Thought there was too many. B.Stephens ☐ |
| 8/2/07 | 0800 | new orders from Dr. ___ noted and ___. RN |
| | | ___ set + this Am. ___ RN |
| | 1000 | Labs drawn for chem set +. ___ |
| | 8-2-07 | M.D. ___ ___ Referred by nurse for appearing pale, not eating well, flat affect + being followed by Ψ. O. ___ comes to cell door but poor communication ; flat affect, appear pale but in N.A.D. BP low but not orthostatic. |
| | | A. Pale, anorexia, fatigue |
| | | P. ___ |
| | | eval. |
| | 1300 | Seen ___ Walnut ___ by Dr. ___ new orders noted. ___ |
| | 1413 | new orders from Dr. ___ noted + ___. For VS daily. ___ ___ when ___. ___ heard when asked if he is ok. appear pale. Color pale. BP ↓. ___ ___ ___ |

**PROGRESS NOTES**

CFMG 8000208

**CFMG**

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

Hernandez, Daniel          MJ-2-SG-A -02
DOB: 03/29/1980            BKG#: 1112791
nka

NAME: _____
(Last)          ( A)

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| | 8·2·07 2100 | Refused meds @ pill call. Lying on bunk. No eye contact. Breathing ē ease. Verbally appropriate. Will monitor on SP III. — _SMeichelbocker RN_ |
| | 8/3/07 0200 | Sleeping on bunk. Breathing ē ease. No ℅ at this time. Will monitor. — _SMeichelbocker RN_ |
| | 0580 | 978-90-14 - 100/70. No ℅ SMeichelbocker RN |
| | 09u | Lying on bunk. NAD. Refuse meds. "no℅" on y line today |
| | 11u | attentive lunch pm custody |
| | 8-30-07 1150a | Chem 24P = Normal except for mild hypo— globulinemia. CBC Normal |
| | 8/2/07 2100 | ? PM refused meds during pill call. Lying on her left. No eye contact. Pleasant, friendly. Refused to answer questions. |
| 8-9-07 | 0015 | sleeping on bunk. NAD — Atraumatic |
| 8/9/07 | 0800 | Refused AM meds, lying on bunk, state "No-don't want them" to medical ē pill call, Breathing even un-labored, NAD, ē need to assist |
| | 1800 | drank 2 cup juice then asked if she could have dinner now, to custody, NAD |
| | 2100 | Took HS meds @ pill call. Refused HS meds at pill call. Lying on bunk ē head covered. Verbally appropriate. Stated "I don't want them (HS meds)" Will monitor. _SMeichelbocker RN_ |

**PROGRESS NOTES**

**CFMG**

Forensic Medical Group
INCORPORATED

S - SUBJECTIVE

Hemandez, Daniel
DOB: 03/29/1980
nka

MJ-2-S -00-01
BKG#: 1112791

DOB: _____   BOOKING NO : _____

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| | 8/6/07 0230 | Sleeping on bunk. Breathing ē ease. No acute distress noted. Will monitor. — S Meichelbeck RN |
| | 0500 | VS: 97° - 80 - 16 - 108/78. No % S M Meichelbeck RN |
| 8/6/07 | 0900 | took meds at pill call. A/O x3 staying mostly in his bunk asleep but easily arousable. @ eye contact. No c/o pain. NAD. ___ RN |
| | 1540 | seen & evaluated by Dr. ___ no new orders noted. ___ RN |
| | 2000 | seen alert, & responsive. Sitting on his bunk - Took pills during pill call, with good eye contact. No c/o pain ___ |
| | 8/08/07 0900 | seen sleeping and breathing. Not in labored breathing ___ |
| | 8/7/7 0900 | Sleeping during arrival routine rounds @ 0800 moved / bunk as called by name; breathing even and unlabored. Refused to get up just back until when bunk was covered by a blanket up to his head; refused pills @ 0845 ___ as discontinued, will cont. to mon. Dr. ___ RN |
| | 1740 | Refused lunch and dinner; refused to talk; covers self ē a blanket up to his head; noise free H care; fluids encouraged; moved body as called by name; will mon. Dr. ___ RN |
| | 1900 | Lying in bunk bed, ___ body ē ___ ___ pills; also refused to get up ___ sign as refused 8/2 |

**PROGRESS NOTES**

R000206

000196

**CFMG**
Forensic Medical Group
INCORPORATED

S - SUBJECTIVE

Hemandez, Daniel          MJ-2-S -00-01
DOB: 03/29/1980           BKG#: 1112791
nka

DOB: _____     BOOKING NO.: _____

| TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| | 8/7/07 | *handwritten note* |
| | 8/8/07 0300 | *handwritten note* |
| | 0400 | *handwritten note* |

**PROGRESS NOTES**

CFMG SCRA R000205

000195



**CFMG**
California Forensic Medical Group
I N C O R P O R A T E D

## CONFIDENTIAL TRANSFER OF MEDICAL INFORMATION

FACILITY: **JAIL MEDICAL SERVICES**
**COUNTY OF VENTURA SHERIFFS DEPARTMENT**
**800 SO. VICTORIA AVE**
**VENTURA, CA. 93009**

DATE FORM COMPLETED  *8-7-07*

☑ NEEDS IMMEDIATE ATTENTION

☐ NO MEDICAL TREATMENT GIVEN PRIOR TO TRANSFER

INMATE NAME: *Hernandez, Daniel*
AKA: *Tidoso, Daniel / Biselli, Daniel*   DOB: *3-29-80*
ALLERGIES: *NKa*

| MEDICAL / MENTAL HEALTH PROBLEMS: *ASPD* | | | | | |
|---|---|---|---|---|---|

| MEDICATIONS: | DOSE | ROUTE | FREQUENCY | START DATE | STOP DATE |
|---|---|---|---|---|---|
| *See attached* | | | | | |

TREATMENTS:

| PREGNANT: <br> ☐ YES ☐ NO ☐ UNKNOWN | TB   SKIN TEST: NEG  POS   DATE *NA* <br> CHEST X-RAY:   NEG  POS   DATE _____ |
|---|---|
| OTHER LAB DATA: <br><br> PENDING APPOINTMENTS: | TESTS:                          TREATED DATE <br> RPR:   NEG   POS   YES  NO ____ <br> VDRL:  NEG   POS   YES  NO ____ <br> GC:    NEG   POS   YES  NO ____ <br> OTHER: _____   YES  NO ____ <br> IMMUNIZATIONS GIVEN:             DATE |
| ATTACHMENTS: ☐ YES ☐ NO | |

COMPLETED BY: *Rodelanda LVN*   SIGNATURE / TITLE

TRANSPORT INSTRUCTIONS:   ☐ UNIVERSAL BODY SUBSTANCE PRECAUTIONS

P000189

00017

RELEASED

8/8/07 0400 dr

P000188

Exhibit 84



## CFMG
**California Forensic Medical Group**
I N C O R P O R A T E D



EXHIBIT __84__
WIT: __Moskovitz__
DATE: __9-16-11__
Kim Edelen, CSR #9042

## CONFIDENTIAL TRANSFER OF MEDICAL INFORMATION

FACILITY ___JAIL MEDICAL SERVICES___
___COUNTY OF VENTURA SHERIFFS DEPARTMENT___
___800 SO. VICTORIA AVE___
___VENTURA, CA. 93009___

DATE FORM COMPLETED __6-27-2008__

☐ NEEDS IMMEDIATE ATTENTION

☑ NO MEDICAL TREATMENT GIVEN PRIOR TO TRANSFER

INMATE NAME: __Hernandez, Daniel__

AKA: _____  DOB: __03-29-1980__

ALLERGIES: __NKDA__

MEDICAL / MENTAL HEALTH PROBLEMS: __mood disorder.__

| MEDICATIONS: | DOSE | ROUTE | FREQUENCY | START DATE | STOP DATE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TREATMENTS:

PREGNANT:
☐ YES  ☐ NO  ☐ UNKNOWN

TB    SKIN TEST:   NEG  POS    DATE __2-15-07__

CHEST X-RAY:    NEG  POS    DATE _____

OTHER LAB DATA:

TESTS:                          TREATED DATE

RPR:    NEG    POS    YES  NO _____

VDRL:   NEG    POS    YES  NO _____

GC:     NEG    POS    YES  NO _____

OTHER: _____    YES  NO _____

PENDING APPOINTMENTS:

IMMUNIZATIONS GIVEN:                DATE

ATTACHMENTS: ☐ YES  ☐ NO

COMPLETED BY: __J. Alcanom__  LVN    SIGNATURE / TITLE

TRANSPORT INSTRUCTIONS:    ☑ UNIVERSAL BODY SUBSTANCE PRECAUTIONS

**000097**

RELEASED

8/28/08
d

P000022

Exhibit 85

## CFMG
### California Forensic Medical Group
INCORPORATED

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

NAME: _Hernandez  Daniel_   DOB: 3-28-80   BOOKING NO _____
    (Last)    (First)    (MI)

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| | 1-3-08  1235 | _[handwritten progress notes, largely illegible]_ |

PROGRESS NOTES

EXHIBIT  85
WIT: Moskowitz
DATE: 9-16-11
Kim Edelen, CSR #9042

**PSYCH**

000088

Exhibit 86



**CFMG**
**California Forensic Medical Group**
INCORPORATED

## DOCTORS ORDERS     ALLERGIES _____

Hernandez, Daniel     MJ-1-MB-00-00
DOB: 03/29/1980       BKG#: 1168866
nkda

NAM _____     ___B _____     BKG # _____

| | |
|---|---|
| 10-30-08 1335 | Zyprexa 10 mg + tab. p.o. g HS x 30 days Psych Nurse line 11.2.08 |
| | V.O. B. Sung / Meany T/O Noted Nurse mn 10/30/ @ 18:5/m |
| 11-18-08 1110 | D/C Zyprexa Noted B. Sung LVN 11/18/08 1130 |

EXHIBIT **86**
WIT: **Moskowitz**
DATE: **9-16-11**
Kim Edelen, CSR #9042

P000017

CFMG DO1

000007

**CALIFORNIA FORENSIC MEDICAL GROUP, INC.**
**MEDICATION ADMINISTRATION RECORD**

Month: October 2008

| Drug · Dose · Route · Frequency | | | | | INIT | SIGNATURE | INIT | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| Olanzapine / Zyprexa | | | | | | | | |
| 10 mg | PO | QHS | 30 | Days | | | | |
| Start Date: 10/30/2008 | | | | | | | | |
| End Date: 11/28/2008 | | | | | | | | |
| Start Date: 00/00/0000 | | | | | | | | |
| End Date: 00/00/0000 | | | | Days | | | | |
| Start Date: 00/00/0000 | | | | | | | | |
| End Date: 00/00/0000 | | | | Days | | | | |
| Start Date: 00/00/0000 | | | | | | | | |
| End Date: 00/00/0000 | | | | Days | | | | |

**CODES**

| | |
|---|---|
| D/C | Discontinue |
| R | Refused |
| C | Court |
| W | Withheld |
| O | Other |

Name: Hernandez, Daniel
Booking Nbr: 1168866
Location: MJ-1-MB-00-00

ALLERGIES
nkda

P000093

000083

CALIFORNIA FORENSIC MEDICAL GROUP, INC.

MEDICATION ADMINISTRATION RECORD

Month: November 2008

**Drug - Dose - Route - Frequency**

Olanzapine / Zyprexa

10 mg          PO          QHS          30 Days

Start Date: 10/30/2008
End Date: 11/28/2008

Start Date: 00/00/0000
End Date: 00/00/0000          Days

Start Date: 00/00/0000
End Date: 00/00/0000          Days

Start Date: 00/00/0000
End Date: 00/00/0000          Days

Start Date: 00/00/0000
End Date: 00/00/0000          Days

| CODES | | |
|---|---|---|
| D/C | Discontinue |
| R | Refused |
| C | Court |
| W | Withheld |
| O | Other |

| INIT | SIGNATURE | INIT | SIGNATURE |
|---|---|---|---|

**Name:** Hernandez, Daniel

**Booking Nbr:** 1168866

**Location:** MJ-1-MB-00-00

**ALLERGIES** nkda

| T M | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

P000092

P000082



**CFMG**
California Forensic Medical Group
INCORPORATED

## RELEASE OF RESPONSIBILITY, REFUSAL OF MEDICAL CARE

This is to certify that _Hernandez, Daniel 1168866_, presently
confined to _UMas n Jail_ County Detention Facilities, refuses:
(check which applies)

✓ Medication prescribed         _Zyprexa 10 mg QHS_

_____ Medical appointments

_____ Dental appointments         _Continue_
                                   _Zyprexl 10mg OHS_
_____ Sick call                         _QD_

_____ Medical treatment

I hereby release and agree to hold harmless CFMG, Inc, the provider of medical services, it's agents and officers, the County of _____the attending physicians, the nursing staff, the sheriff, his Deputies and Correctional officers, from all responsibility and the ill effects which may result from this action, and I personally **assume all responsibility** for my welfare.

WITNESS _M. Walumtu_              PATIENT _____

WITNESS _____          DATE/TIME: _11/14/08 @ 1900_

**PLEASE NOTE:** If there is refusal to sign, two (2) people shall witness this, and the circumstances of refusal documented.

CFMG-ROR-1

P000091

000081



**CFMG**
California Forensic Medical Group
I N C O R P O R A T E D

## ~~RELEASE OF RESPONSIBILITY,~~ REFUSAL OF MEDICAL CARE

This is to certify that _Hernandez, Daniel  1168866_ , presently

confined to _____ County Detention Facilities, refuses:

(check which applies)

_✓_ Medication prescribed        _Zyprexa_

_____ Medical appointments

_____ Dental appointments

_____ Sick call

_____ Medical treatment

I hereby release and agree to hold harmless CFMG, Inc, the provider of medical services, it's agents and officers, the County of _____ the attending physicians, the nursing staff, the sheriff, his Deputies and Correctional officers, from all responsibility and the ill effects which may result from this action, and I personally assume all responsibility for my welfare.

WITNESS _S Walentin_         PATIENT _____

WITNESS _____         DATE/TIME: _11/16/08 @ 1900_

**PLEASE NOTE:** If there is refusal to sign, two (2) people shall witness this, and the circumstances of refusal documented.

CFMG-ROR-1

P000090

**000080**



**CFMG**
California Forensic Medical Group
IN CORPORATED

## RELEASE OF RESPONSIBILITY, REFUSAL OF MEDICAL CARE

This is to certify that _Hmmden, Daniel 1168866_ , presently

confined to _____ County Detention Facilities, refuses:
  (check which applies)

_____X_____ Medication prescribed    . Zyprexa 10MA QHS.

_____ Medical appointments    M says he doesn't want it because he doesn't need it!

_____ Dental appointments

_____ Sick call

_____ Medical treatment

I hereby release and agree to hold harmless CFMG, Inc, the provider of medical services, it's agents and

officers, the County of _____ the attending physicians, the nursing staff, the sheriff,

his Deputies and Correctional officers, from all responsibility and the ill effects which may result from this

action, and I personally assume all responsibility for my welfare.

WITNESS _Carmela_ ·    PATIENT _____

WITNESS _214429_    DATE/TIME: _____ 11/17/08 1300·

**PLEASE NOTE:** If there is refusal to sign, two (2) people shall witness this, and the circumstances of refusal
documented.

CFMG-ROR-1

P000089

000079



**CFMG**
California Forensic Medical Group
I N C O R P O R A T E D

## RELEASE OF RESPONSIBILITY, REFUSAL OF MEDICAL CARE

This is to certify that ___Hernandez Daniel___ , presently
confined to ___Ventura___ County Detention Facilities, refuses:
(check which applies)

_____ Medication prescribed

_____ Medical appointments

_____ Dental appointments

_____ Sick call

___✗___ Medical treatment   √3 due to Hunger Strike

I hereby release and agree to hold harmless CFMG, Inc, the provider of medical services, it's agents and officers, the County of ___Ventura___ the attending physicians, the nursing staff, the sheriff, his Deputies and Correctional officers, from all responsibility and the ill effects which may result from this action, and I personally ~~assume all responsibility~~ for my welfare.

WITNESS ___Maria E Baez RN___   PATIENT ___

WITNESS ___#4666___   DATE/TIME: ___1/31/09___

__PLEASE NOTE:__ If there is refusal to sign, two (2) people shall witness this, and the circumstances of refusal documented.

CFMG-ROR-1
P000088

000078