# Exhibit 94

SUBJECT:   HEALTH SERVICES MONITORING OF HUNGER STRIKING INMATES

POLICY:

>  Health services shall be notified by the on-duty officer of a hunger strike by one or more inmates that continues for more than 24 hours. Upon such notification, health services staff shall begin monitoring the physical and mental status of inmates involved in such action.

PROCEDURE:

1.   Health services staff shall determine if the inmate has a medical and/or psychiatric condition that has been or is currently being treated and, if so, notify the responsible medical/psychiatric provider.

2.   Daily welfare checks shall be instituted upon notification by custody that the inmate is refusing meals.  Welfare check documentation shall include:

    a.   Level of consciousness

    b.   General appearance

    c.   General mental/behavioral condition

    d.   Status of fluid intake

    e.   Status of elimination

3.   Baseline vital signs and weight will be obtained at the initial welfare check; vital signs, weight and urine analysis dip test shall be monitored and documented twice a week or as ordered by the responsible medical provider thereafter.

4.   The Refusal of Meal Log maintained by custody staff will be collected by the nurse during the 0600 pill pass and put with the health services hunger strike observation log for the medical provider to review.

5.   The medical provider shall review the custody meal refusal log, the health services observation log and the inmate's medical record weekly; a physical examination of the inmate may be conducted at that time at the discretion of the medical provider based upon log review.

6.   Any inmate refusing to eat for ten or more days shall be scheduled for a physical examination by a qualified medical provider.

355



EXHIBIT 94
KORZELIUS
1-31-12

5088

7.  Hunger striking inmates shall be evaluated by mental health staff at the first available opportunity after custody notification and weekly thereafter.

8.  In the event the inmate's general medical and/or mental health condition is determined to be in peril by the continued refusal to eat, custody and health services management shall take immediate measures to transfer the inmate to an appropriate treatment facility.

356

94-2

## CFMG HUNGER S KB MONITORING LOG

| DAY | SUN | MON | TUES | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|---|
| DATE/TIME | | | | | | | |
| LOC | | | | | | | |
| PHYSICAL APPEARANCE | | | | | | | |
| MENTAL/BEHAVIORAL CONDITIONS | | | | | | | |
| FLUID INTAKE | | | | | | | |
| ELIMINATION | | | | | | | |
| INITIALS, TUBS & TRE | | | | | | | |
| VITAL SIGNS WEIGHT HA cm | | | | | | | |
| COMMENTS/DISPOSITION | | | | | | | |

357

# Exhibit 114

# Ventura County Sheriff's Department
## Detention Services
## Divisional Policy



### ARTICLE 39
### *Use of Safety Cells*

Drafted: *November 6, 2007*          Reviewed: _____          Revised: *February 5, 2008*

## PURPOSE:

To establish policy and procedures for the use of the safety cells in the Detention Services Division. This policy is designed to outline methods of providing temporary, safe and humane housing to hold only those inmates who display behavior which results in the destruction of property or reveals an intent to cause physical harm to self or others. (Per Title 15, Section 1055)

## DEFINITIONS:

### Safety Cell

The padded cells in the Pre-Trial Detention Facility (PTDF) Reception/Booking, in the PTDF Special Housing Section, and the Todd Road Jail (TRJ) Intake Area are specially designed and equipped for inmates who display behavior which results in the destruction of property or reveals the intent to cause physical harm to self or others.

### Intoxicated Person

A person who appears to be, or displays the objective symptoms of being under the influence of alcohol or drugs, or a combination of both and who appears to be unable to care for his own safety and the safety of other persons.

### Mentally Disordered Inmate/5150 W&I

An inmate that appears to be a danger to himself or others or appears to be gravely disabled. Per, 5150 W&I, "When any person, as a result of a mental disorder, is a danger to others, or to himself or herself, or gravely disabled, a peace officer, or other professional person designated by the county may, upon probable cause, take, or cause to be taken, the person into custody and place him or her in a facility designated by the county and approved by the State Department of Mental Health as a facility for 72-hour treatment and evaluation."

### Monitoring Logs

When any inmate is placed in a safety cell, a 15-minute monitoring log will be maintained at the inmate's cell.

## POLICY:

    I.  **Use of the Safety Cell**

        A.  PTDF Reception/Booking Area and Special Housing Safety Cells

2050

The safety cells at the PTDF maybe used in the following cases only with the approval of the Facility Manager, the Facility Watch Commander, or the designated physician:

1. When a transporting officer advises the Reception Deputy that the prisoner he is bringing in has attempted or may have the tendency to attempt suicide.

2. When it has been determined by the Reception, Security or Classification Deputy that there is a great likelihood of an inmate causing self-inflicted physical harm if he is placed in a regular holding cell or sobering cell.

3. When an inmate displays behavior, which results or is likely to result in the destruction of property, or reveals an intent to cause physical harm to self or others.

B. TRJ Intake Area Safety Cell

1. The safety cell shall only be used to house those inmates who meet the criteria outlined in Section 1055 of Title 15 (The safety cell will be used to hold only those inmates who display behavior which results in the destruction of property or reveals an intent to cause physical harm to self or others). Because the majority of inmates being placed in the safety cell at TRJ will not be "newly" booked arrestees, Title 15 regulations will be the guideline for placement.

2. Due to staffing restrictions and logistical placement of the safety cell at TRJ, the safety cell will only be used as a temporary holding location until arrangements can be made to transport any inmate placed in the cell to the PTDF. The exception will be when all three safety cells at the PTDF are occupied.

3. When an inmate is placed into the TRJ safety cell, a deputy will be staffed in the Intake Area the entire time (exception when the Classification Unit is on duty) to monitor the inmate and ensure the 15-minute monitoring log is maintained. There will be continuous staffing of a deputy until the inmate is either transported to the PTDF or is cleared from all safety precautions and is rehoused.

## PROCEDURE:

I. **Placement in a Safety Cell**

A. An inmate shall be placed in a safety cell only with the approval of the Facility Manager, Watch Commander or the designated physician. The decision to place an inmate in a safety cell shall be made with the recommendation of Medical Staff.

1. When an inmate is placed in a safety cell, regardless of the reason, a 15-minute monitoring log will be maintained at the inmate's cell.

B. The Facility Sergeant shall be notified and will require a Jail Incident Report (JIR) indicating the reason the inmate was placed into the safety cell. Both the

Reception/Housing Deputy and Booking Nurse/Medical Staff shall write a JIR. A copy of the approved JIR will be attached to the 15-minute monitoring log.

C. Immediately upon placement into the safety cell, the Booking Nurse/Medical Staff will be notified and will respond and check the inmate to determine his health condition. This assessment must be done within one hour of being placed in the safety cell.

D. Continued retention in the safety cell will be reviewed every **six hours** by both Medical Staff and the Facility Manager or Facility Sergeant. Both Medical Staff and the Facility Manager or Facility Sergeant will document their findings and reason for continued retention on the monitoring log. This review is intended to remove an inmate from the safety cell as soon as it is safe to do so.

    1. The six-hour retention checks by Medical Staff and Facility Sergeant are in addition to, not in lieu of, the 15-minute checks performed by custody staff.

    2. Medical Staff will check an inmate in the safety cell at any time requested by custody staff.

E. A mental health opinion on placement and retention shall be secured within twenty-four (24) hours of placement. Psychiatric staff then shall evaluate the inmate every twenty-four hours thereafter, as long as the inmate remains in the safety cell.

F. Either the physician, PA/FNP or RN on sick call, shall medically clear the inmate every 24 hours thereafter.

G. **In no case shall the safety cell be used for punishment or as a substitute for treatment.**

H. An inmate showing no physical or mental improvement or continuing deterioration such as escalating, inappropriate and/or bizarre behaviors, and is not able to take fluids after six hours of placement, shall be transferred to the hospital for further medical treatment and evaluation. This is not meant to require that if an inmate, after six hours in the safety cell still has non-violent suicidal ideations, should be transported to the hospital. If it is impossible to complete a hands-on assessment including vital signs due to an inmate's behavior and security concerns, every effort by Detention and medical staff must be made to obtain that evaluation as to not have to transport that inmate to the hospital.

II. **Clothing Removal**

A. While some inmates may use their clothing to harm themselves, it is not acceptable to routinely deprive inmates in safety cells of all clothing. The complete removal of clothing must be individualized and based on clear justification that retention of the clothing represents a risk to the safety of the individual or the security of the facility.

B. If a decision is made to remove clothing, the reasons for removal of the clothing shall be documented on a JIR form, and consideration should be

2052

given to substituting a suitably designed safety garment or safety blanket. These garments are preferable to nudity both in terms of managing the inmate and allowing the individual some dignity and privacy.

C.  Nothing in this regulation is intended to limit the ability to remove shoes, shoelaces, belts or other external garments that could threaten the inmate's safety or be used to damage the cell padding.

### III.  Food, Water, and Inmate Property

A.  Paper plates, foam drinking cups, and a scoop made from a foam cup will be used at meals.  Inmates will be given the same portions of food as any other inmate.

B.  No other property will be given to an inmate in a safety cell.  However, when placing the inmate in the safety cell, the deputy(s) should ask the inmate if he wants water.  Water will also be provided to the inmate upon request.  These requests and the fact that water was given will be documented on the monitoring log.

### IV.  Level of Safety Precautions

A.  **Level 1, Maximum Safety Precautions**

1.  Housed in Safety Cell

2.  A 15-minute monitoring log will be maintained at the inmate's cell.

3.  A safety smock may be provided for clothing.  If a clean safety smock is unavailable, a paper gown may be substituted temporarily.  Female inmates on their menstrual cycle will be allowed to wear underpants.

4.  Meals served on paper plates with foam scoops; liquids served in foam cups.

5.  No personal property.

6.  Attorney/Client visits only, with Facility Sergeant's approval.

B.  **Level II, Standard Safety Precautions**

1.  Housed in Special Housing Cell at the PTDF or Special Use Cells #1 or #2 at the TRJ.

2.  A 30-minute monitoring log will be maintained at the inmate's cell.

3.  The inmate may have toilet paper and a gray blanket.

4.  No clothing other than the jail blues.  Underpants are allowed for female inmates who are on their menstrual cycle

5.  No dayroom privileges.

6.  No personal belongings.

7.  Meals served on paper plates with foam scoops; liquids in foam cups.

2053

8. Attorney/Client visits only, with Facility Sergeant's approval.

C. **Level III, Minimum Safety Precautions**

1. Housed in Special Housing Cell at the PTDF or Special Use Cells #1 or #2 at the TRJ.

2. The inmate may have personal belongings except for: razor, pencils or toothbrush.

3. Inmate restored to full privileges otherwise, including visits and dayroom /roof/recreation yard.

4. An optional monitoring log may be maintained at the inmate's cell upon the recommendation of the psychiatrist or psychiatric social worker. This will be an hourly log (60 minutes). The monitoring log is in addition to the hourly cell scans via the wand. The maintenance of a log at Level III Safety Precautions will be limited to three weeks or less. If additional monitoring via a log is needed, the inmate should be re-evaluated for return to Level II status. Nothing prohibits the deputy from doing the scan and monitoring log during the same hourly check.

D. **Mandatory Safety Precautions**

1. All inmates sentenced to extensive Prison Terms (in excess of 15 years) or receiving a death sentence shall be held in the Level One Control Interview Room (at the PTDF) or an interview room in the Intake Area (at the TRJ), where they can be kept under observation, until evaluated by the Booking Nurse/Medical Staff. At that time, Medical Staff can make the determination as to the placement of the inmate onto safety precautions or return the inmate to the housing area.

2. Staff should remain alert for any signs of distress exhibited by any inmate returning from court. In any case in which an inmate returning from court exhibits symptoms of depression he should be evaluated by Medical Staff.

V. **Reporting Procedures**

A. The deputy placing an inmate into a safety cell shall be responsible for preparing and submitting the appropriate Jail Incident Report (JIR) within two (2) hours after such a placement is made. A copy of the JIR shall be posted on the cell door.

B. The Security Deputies, assigned to the location of the safety cell, will maintain inmate monitoring logs involved. The inmate monitoring log shall contain a record of the times when the condition of the inmate in the safety cell is checked and any appropriate remark that they may have concerning the inmate.

2054

C. All visual and physical contacts will be noted on the inmate monitoring log. This includes Deputy staff (Senior Deputies and Sergeants included) and Jail Medical staff.

D. At the beginning of each shift the Level/Housing Senior Deputies will apprise the Facility Sergeant of the safety cell status on their level/housing area. The Facility Sergeant can, at his discretion, request evaluation by Medical Staff of an inmate in a safety cell to determine if continued retention is necessary. The Facility Sergeant shall notify the Facility Manager or Commander.

E. Once the inmate is taken off all safety precautions, he may continue to be housed in Special Housing (at the PTDF) for psychiatric treatment or released to general population. Medical staff will advise the Classification Unit if further medical housing is required.    Medical staff will also document their recommendations on a JIR form.

F. If an inmate with a medical-suicidal flag is granted an O.R., posts bail, or is otherwise released from custody, one of the following must occur:

    1. A written release must be obtained from the psychiatric/medical staff.

    2. The inmate will be transported to and released to Mental Health.

    3. The Level 1 Senior Deputy shall evaluate the inmate.

        a) The Level 1 Senior Deputy shall interview the inmate prior to release to determine if the inmate meets the criteria of 5150 W&I.

        b) The Level 1 Senior Deputy shall review the inmate's G.I. (General Information) regarding any suicidal/medical information.

        c) If the inmate does not obviously meet the criteria of 5150 W&I, the Level 1 Senior Deputy shall call upon a member of the medical staff to assist in making an evaluation of an inmate's mental condition.

        d) The Level 1 Senior Deputy shall document their assessment on a Psychological Evaluation Form.

        e) The Facility Sergeant shall approve the Psychological Evaluation prior to the decision being made on the inmate's release.

        f) If the inmate meets the criteria of 5150 W&I, then the Department approved procedure for commitment to Mental Health shall be adhered to.

G. Upon removal of the inmate from the safety cell, the monitoring log shall be forwarded to Central Inmate Records for filing in the inmate's jacket.

2055

Exhibit 115

# Jail Incident Report

| | | | |
|---|---|---|---|
| **Jail Incident #:** | 36014 | **JIR Type:** | Inmate |
| **Incident Type:** | Contraband - Other | | |
| **Incident:** | Possible Heroin in Section / Destruction of Jail Property / Possession of a Rat l | | |
| **Original Jir:** | | **Supplemental Jir:** | Yes |
| **Other Agency Report#:** | No | **Report Number:** | |
| **Incident Date/Time:** | 12/19/2004 13:11 | | |
| **Facility Location:** | TR-1-C -6 - | **Outside Location:** | |
| **Written By: (ID/Name)** | 3754 - Bastiaans, Mark | **Date Written:** | 12/19/2004 13:11 |
| **Approved By: (ID/Name)** | 3022 - Peach, Guy | **Approval Status:** | Approved |

### Supplemental JIR's

| JIR Number | Incident Title |
|---|---|
| 36026 | Section Search |

| Inmate Name | Role | Primary | Booking Number | Housing Locator | Class |
|---|---|---|---|---|---|
| | Keep Away | | BI Number | | |
| Harman, Neal | Suspect | No | 1025609 | | PCM |
| | No Ka | | 335738 | | |
| Hernandez, Daniel | Other | No | 1036215 | | L3 |
| | No Ka | | 307135 | | |
| Bratten, Ron | Other | No | 1044189 | | PC |
| | No Ka | | 331340 | | |
| Snelling, Jason | Other | No | 1045610 | | L1KC |
| | No Ka | | 341057 | | |
| Hernandez, Gerardo | Suspect | No | 1047276 | | ST |
| | No Ka | | 253978 | | |
| Beltran, Daniel | Other | No | 1047589 | | L1KC |
| | No Ka | | 327593 | | |

### Incident #: 36014

### Narrative:

On 12/19/2004, I was working as a Security Deputy assigned to Housing Unit "C" at the Todd Road Jail in Santa Paula, California.

At approximately 1300 hours, Sheriff Service Technician Swingle, who was in the Housing Unit "C" Control Booth, told me that inmates housed in Section 6 Cells 10 and 12 were throwing rat lines under their cell doors into the dayroom. The term "rat line" refers to a device commonly constructed of a string with a

1958

## Jail Incident Report

**Incident #: 36014**

**Narrative:**

weight, commonly a bar of soap, tied at one end and is used by inmates to pass contraband from one cell to another cell.

I went to Section 6 and searched Cells 10 and 12. I found one rat line in each of the cells. The rat line in cell 10 was located on the floor between the lower bunk and the toilet. The rat line in cell 12 was located under the toilet. The rat lines were both made from strips of cloth tied together and were about 15 feet long with a bar of soap tied at the end. The strips of cloth were consistent with the material from jail issued sheets.

I questioned the Inmates housed in Cells 10 and 12 about the rat lines that I found. Inmate Hernandez # 1047276), who was housed in Cell 10, told me he was responsible for the rat line I found in Cell 10. He said the rat line was "already" in his cell before he was housed there and he did not construct it. Hernandez said he was throwing the ratline out into the dayroom because he was "bored" ,but, was not trying to pass or receive anything using the rat line.

When I searched Hernandez' cell, I found that one of his sheets was torn. Hernandez told me he received the sheet in that condition during clothing exchange.

I told Hernandez he would be receiving a major write-up for possession of contraband (the rat line) and destruction of jail property. Hernandez did not want 24 hours to prepare a defense.

Inmate Hernandez has been housed in Cell 10 since 11/27/2004.

Inmate Harman (BK# 1025609), who was housed in Cell 12, told me he was responsible for the rat line I found in Cell 12. He said that he made it earlier in the day and used it to "go fishing". He said he was not passing or receiving any contraband.

I told Harman he would be receiving a major write-up for possession of contraband and destruction of jail property. Harman does not want 24 hours to prepare a defense.

At approximately 1315 hours, SST Swingle told me Inmate Bratten (BK# 1044189), who is housed in Section 6 Cell 11, wanted to talk to me about the contraband that was being passed in Section 6.

I had Bratten walk out of the Section and I escorted him to Interview Room #2 where I interviewed him. Bratten told me Hernandez in Cell 10 was trying to pass Heroin to Hernandez (BK# 1036215) in Cell 14. Bratten said the Heroin came from Section 5 and Inmate Diaz (BK# 1047589), who was a Housing Unit "C" Hall worker, passed the Heroin to Hernandez in Cell 10 during lunch time cup and tray collection. Bratten said he did not actually see the Heroin but saw Diaz push a small commissary wrapper under Cell# 10's door.

Bratten believes it was Heroin because the inmates were talking about getting Heroin.

I told Senior Deputy Burgess and Deputy Dike from the Security and Placement Unit about the possibility of Heroin in Section 6.

1959

At about 1410 hours, Senior Deputies Burgess and Martin and Deputies O'Brien, Sullivan, San Jose,

Exhibit 116

# Jail Incident Report

| | | | |
|---|---|---|---|
| **Jail Incident #:** | 61664 | **JIR Type:** | Inmate |
| **Incident Type:** | Class-Reclass | | |
| **Incident:** | Inmate info/ AP2DEP CLASS | | |
| **Original Jir:** | | **Supplemental Jir:** | No |
| **Other Agency Report#:** | No | **Report Number:** | |
| **Incident Date/Time:** | 01/23/2007 11:07 | | |
| **Facility Location:** | MJ-1-MB- - | **Outside Location:** | |
| **Written By: (ID/Name)** | 4098 - Malagon, Odilon | **Date Written:** | 01/23/2007 11:07 |
| **Approved By: (ID/Name)** | 3419 - McConville, Michael | **Approval Status:** | Approved |

| Inmate Name | Role | Primary | Booking Number | Housing Locator | Class |
|---|---|---|---|---|---|
| | Keep Away | | BI Number | | |
| Hernandez, Daniel | Other | No | 1112791 | | ASAP2[ |
| | No Ka | | 307135 | | |

## Incident #: 61664

**Narrative:**

On 1/23/07, I was assigned as a Risk Assessment deputy at the Ventura County Pre-Trial Detention Facility. At about 0700 hours, I conducted an investigation into Daniel Hernandez' classification and background. Hernandez was booked into the PTDF on 1/22/07 on a PC3056 parole hold. Hernandez was classified as a General Population L3.

During the booking process, Hernandez refused his armband and became verbally and physically combative with Deputy Clark. Hernandez punched Deputy Clark several times and was subsequently arrested for PC 243(b), battery on Peace Officer. The District Attorney's Office later upgraded the charge to PC 69, Resisting an Executive Officer.

I reviewed Hernandez' custody behavior during his previous custody stays. Hernandez had several write-ups ranging from disrespect towards staff, mutual combat, unauthorized communications and possession of contraband.

I reviewed Hernandez' California criminal history which dated back to the year 2000. Hernandez had prior arrests for charges ranging from DUI, burglary, domestic battery and vandalism. Hernandez was convicted of a robbery, in 2004 and was sentenced to two years state prison term.

I spoke with Officer Bauer from the Oxnard Parole Office. I informed Officer Bauer about Hernandez' confrontation with Deputy Clark. I asked Officer Bauer about Hernandez' gang affiliations, custody behavior and classification while in State Prison. I told Officer Bauer Hernandez was claiming to be a drop out currently in bad standing.

Officer Bauer was able to provide me with limited information regarding Hernandez. Officer Bauer told me the following: Hernandez is considered to be a "high control" inmate due to his controlling case (PC 211). Hernandez paroled from North Kern State Prison in December of 2006. He was housed in Administrative Segregation after Hernandez assaulted a Corrections Officer in North Kern State Prison, November 24,

1953

**Ventura County Sheriff's Department**
**Detention Services**
## Jail Incident Report

### Incident #: 61664

### Narrative:

2006. Hernandez was also dishonorably discharged from the United States Navy after he assaulted a high-ranking officer.   Officer Bauer did not have any information regarding Hernandez' gang affiliation or drop out status.

I spoke with Officer Eddie Sanchez from North Kern State Prison. Officer Sanchez was able to provide me with information regarding Hernandez. Hernandez was transferred from Wasco State Prison to the North Kern.  Hernandez was housed in their Administrative Segregation housing area. Hernandez was removed from the general population while in Wasco after he made staff misconduct allegations.  Hernandez claimed several inmates sexually assaulted him while in Wasco and he accused Prison Staff of allowing the assaults to take place.  Hernandez made similar false allegations while housed at North Kern.  Hernandez was handled as a Psychiatric inmate as a result.

I asked Officer Sanchez about the alleged assault by Hernandez on a Corrections Officer in North Kern State Prison.  Sanchez told me Hernandez was extracted from his cell after he barricaded himself.  The assault on a staff member took place during the cell extraction.  According to Sanchez, the assault was not significant and was never filed with the District Attorney's Office.  According to Officer Sanchez, Hernandez was not classified as a drop out nor was he ever validated as a prison gang member.  Hernandez' behavior was consistent of that of a psychiatric inmate.

Based on the above information, I reclassified Hernandez to Administrative Segregation, 2 Deputy Move inmate.  I notified Psychiatric Nurse Nunez about Hernandez.  Hernandez will be housed in Segregated Housing until further notice.

I notified Classification Senior Deputy McConville.

Exhibit 117

Ventura County Sheriff's Department
Detention Services

# Jail Incident Report

| | | | |
|---|---|---|---|
| **Jail Incident #:** | 66430 | **JIR Type:** | Inmate |
| **Incident Type:** | Medical-General | | |
| **Incident:** | Inmate Hernandez (Bk #1112791) made suicidal statements. | | |
| **Original Jir:** | | **Supplemental Jir:** | No |
| **Other Agency Report#:** | No | **Report Number:** | |
| **Incident Date/Time:** | 06/09/2007 13:40 | | |
| **Facility Location:** | TR-1-SU-00-01 | **Outside Location:** | |
| **Written By: (ID/Name)** | 4616 - Schoenhofen, Kenneth | **Date Written:** | 06/09/2007 14:38 |
| **Approved By: (ID/Name)** | 2485 - Sanders, Anthony | **Approval Status:** | Approved |

| Inmate Name | Role | Primary | Booking Number | Housing Locator | Class |
|---|---|---|---|---|---|
| | Keep Away | | BI Number | | |
| Hernandez, Daniel | Suspect | No | 1112791 | | ASAP2D |
| | No Ka | | 307135 | | |

## Incident #: 66430

**Narrative:**

On 06/09/2007, I was working as a Security Deputy in Housing Unit "C," at the Todd Road Jail in Santa Paula, California. At approximately 1340 hours, Deputy Arnold contacted Deputy Littlefield and I requesting us to respond to (SU) Cell 1, to check on Inmate Hernandez (Bk #1112791) who told Senior Deputy Marcos that he was feeling suicidal.

Littlefield asked Hernandez how he was feeling. Hernandez responded by telling us that he wanted to "Kill" himself. Littlefield asked Hernandez why he wanted to kill himself. Hernandez told us he had planned on hanging himself with his sheets. Littlefield asked why he wanted to kill himself and he said, "The demons and voices in my head told me too." Hernandez then told Littlefield that he wanted to see the "Doctor" because he wanted to start taking his medication. Again Littlefield asked why he wanted to kill himself and he replied, because he was not "Happy here." Littlefield asked again if he felt like hurting himself and he said, "Yes."

Littlefield asked Hernandez if he would pass his sheets, blanket, and towel through the food pass door and he complied. Littlefield then had Hernandez show us what he had in his personal property box to make sure that there was nothing he could use to harm himself with. Hernandez complied by showing us the contents in his box.

Littlefield then briefed Sergeant Zermano, Senior Deputy Tiffany, and Senior Deputy Marco about the situation. Tiffany said, he contacted Nurse Gerhart at 1345 hours, and advised her of the situation. Tiffany advised Littlefield that Hernandez was being placed on Level One Safety Precautions, Littlefield went to Housing Unit "A", to retrieve a pair of belly chains and shackles. During this time I monitored Hernandez to ensure he would not hurt himself.

Hernandez was told to place his hands through the food pass door so he could be hand cuffed. Hernandez complied. Hernandez was told to kneel on his bed, we entered the cell and placed belly chains and shackles on him with out resistance. Littlefield asked Hernandez if he understood what we were doing after

1942

# Jail Incident Report

**Incident #: 66430**

**Narrative:**

he had been secured and he said, "Yes". your going to put me in a "Barney suit."  Hernandez' remark "Barney suit" is in reference to the safety smock used to replace the standard issued jail clothing when an inmate is placed on Level One Safety Precautions.

Hernandez was escorted to the safety cell located in Intake.  While escorting Hernandez, he stated that he wanted to see the Doctor so that he could get his medication. Hernandez was placed in the Safety Cell where Deputies Nicolas, and Witchell from the Classification Unit assisted in removing Hernandez' clothing. Hernandez complied with no resistance.  A Level One Safety Log was established.

Senior Deputy Marco was Advised.

1943

Exhibit 118

Ventura County Sheriff's Department
Detention Services

## Jail Incident Report

| | | | |
|---|---|---|---|
| **Jail Incident #:** | 68297 | **JIR Type:** | Inmate |
| **Incident Type:** | Medical-General | | |
| **Incident:** | inmate made suicidal statements | | |
| **Original Jir:** | | **Supplemental Jir:** | No |
| **Other Agency Report#:** | No | **Report Number:** | |
| **Incident Date/Time:** | 07/28/2007 09:05 | | |
| **Facility Location:** | MJ-2-SG- - | **Outside Location:** | |
| **Written By: (ID/Name)** | 4554 - Rawston, Robert | **Date Written:** | 07/28/2007 10:58 |
| **Approved By: (ID/Name)** | 3053 - Lynch, Kevin | **Approval Status:** | Approved |

| Inmate Name | Role | Primary | Booking Number | Housing | Class |
|---|---|---|---|---|---|
| | Keep Away | | BI Number | Locator | |
| Hernandez, Daniel | Reporting Party | No | 1112791 | | ASAP2[ |
| | No Ka | | 307135 | | |

### Incident #: 68297

### Narrative:

On 7-28-2007 I was assigned as a Security Housing Deputy to the Segregated Housing Unit at the Pre-Trial Detention Facility in Ventura, California.

At about 0900 hours Inmate Hernandez (bkg #1112791) rang his emergency buzzer. I asked Hernandez what his medical emergency was but could not understand what he said. I went over to the Section A sally port, entered it and opened the pass through to his cell. Inmate Hernandez is housed in Section A, Cell 2.

Hernandez came over to the sally port and told me he was feeling suicidal. I asked Hernandez if he was feeling suicidal how he would kill himself and he responded, "oh man, there is a bunch of different ways I could do it." I asked him again if he was feeling suicidal how he was going to kill himself and again he said there was a bunch of different ways he could do it.

I radioed for the Resource Nurse to respond to Segregated Housing and Nurse Rodelander arrived. Hernandez was handcuffed and removed from his cell. Hernandez was provided a chair to sit down in the Segregated Hallway where Nurse Rodelander evaluated Hernandez.

She asked Hernandez, approximately 5 or 6 times, how he was going to hurt himself in order for her to determine what his plan was and he gave the same response each time. Hernandez continually told the Nurse "there is something wrong with that cell." Hernandez told Nurse Rodelander "there is something inside of me that is going to drive me to hurt myself and I don't want to let that happen." Hernandez also stated he wanted to live in a cell that did not have any windows. If he was housed in a cell with a window that "something would come in and get him."

Hernandez was escorted to Special Housing by Sergeant Harwood, Deputy Moran and I and placed into Safety Cell #1 at 0930 hours.

Sergeant Seeba was notified of the placement into the Safety Cell.

1924

Case 2:09-cv-08694-CAS -E   Document 85   Filed 05/21/12   Page 23 of 61   Page ID #:1454

**Ventura County Sheriff's Department**

**Detention Services**

# Jail Incident Report

Incident #: 68297

Narrative:

Exhibit 119

# DOCKET REPORT

**Case Number   2008015089 F A**

| | Report Request Criteria |
|---|---|
| 1. Docket Date Range | : No date range specified. |
| 2. Sequence Number Range | : No sequence number range specified. |
| 3. Docket Category | : No docket category specified. |

**People Vs Hernandez, Daniel Tidoso**

| Docket Dt | Seq | Code | Text |
|---|---|---|---|
| 06/19/2008 | 1 | FCTRNS | Copy of transcript given to attorney Jeane Renick on 06/19/08 . |
| | 2 | FCREC | Receipt for Transcripts sent to Records to be attached to file. |
| 07/02/2008 | 1 | HHELD | Competency Hearing  Heard  in  Courtroom 12  on  Jul 02, 2008  at  01:30 PM . |
| | 2 | OFJUD | Judge - Daily ,  Douglas  W . |
| | 3 | OFJA | Judicial Assistant - Brown ,  Aimee . |
| | 4 | OFREP | Court Reporter - Cogburn ,  Erin is present. |
| | 5 | PP | The defendant is present in court. |
| | 6 | PPD | Public Defender Helfrich is present in court. |
| | 7 | PPDA | Deputy District Attorney Karr present. |
| | 8 | FLD3 | Dr. letter filed on 07/02/08 . |
| | 9 | CRRSTCC | This entry is made to restore the case to the Court's control. |
| | 10 | MHCP | Criminal proceedings are suspended/civil proceedings are instituted. |
| | 11 | MHPLR | Referred to the Department of Behavioral Health for Placement Recommendation. |
| | 12 | MHI | The court finds the defendant is incompetent  to stand trial, understand proceedings or cooperate with counsel; pursuant to the provisions of Section 1368 of the Penal Code. |
| | 13 | CLCONT | **Case continued to 07/23/08 at 01:30 PM in Courtroom 12 for On Placement .** |
| | 14 | BLCURS | Defendant is remanded to the custody of the Sheriff's Office.  Bail remains as previously set. |
| | 15 | BLOTA | The court orders you to appear. |
| | 16 | LOCVR | File located to Ventura Records. |
| 07/07/2008 | 1 | FCRCDS | Subpoenaed records received from Custody Care, Inc. -David J. Jimenez, ED.D. . |
| | 2 | FCREC | Subpoenaed Records sent to Records to be attached to file. |
| | 3 | FCRCDS | Subpoenaed records received from Custody Care, Inc. -David J. Jimenez, ED.D. . |
| | 4 | FCREC | Subpoenaed Records sent to Records to be attached to file. |
| | 5 | FCRCDS | Subpoenaed records received from Custody Care, Inc. -David J. Jimenez, ED.D. . |
| | 6 | FCREC | Subpoenaed Records sent to Records to be attached to file. |
| 07/22/2008 | 1 | FCRCD | Placement Recommendation from Department of Behavioral Health is received. |
| | 2 | FCJA | Placement Recommendation from Department of Behavioral Health sent to Judicial Assistant Division to be attached to the file. |
| 07/23/2008 | 1 | HHELD | On Placement   Heard  in  Courtroom 12  on  Jul 23, 2008  at  01:30 PM . |

1249

# DOCKET REPORT

**Case Number   2008015089 F A**

## People Vs Hernandez, Daniel Tidoso

**Report Request Criteria**

1. Docket Date Range        : No date range specified.
2. Sequence Number Range : No sequence number range specified.
3. Docket Category          : No docket category specified.

| Docket Dt | Seq | Code | Text |
|---|---|---|---|
| 07/23/2008 | 2 | OFJUD | Judge - Clark , Bruce  A . |
| | 3 | OFJA | Judicial Assistant -  Wortman ,  Jody L . |
| | 4 | OFREP | Court Reporter - Kohli ,  Maureen E is present. |
| | 5 | PP | The defendant is present in court. |
| | 6 | PPDA | Deputy District Attorney Karr present. |
| | 7 | PPD | Public Defender Helfrich is present in court. |
| | 8 | MHDH | Defendant is committed to Department of Health pursuant to 1368 PC . |
| | 9 | MHMAX | The court finds the maximum time for which defendant may be committed is 3  Year(s) . |
| | 10 | MHPLA | Placement: Patton State Hospital State Hospital. |
| | 11 | MHMED | Court authorizes Patton State Hospital to administer involuntary antipsychotic medication to the defendant pursuant to 1370(a)(2)(b) PC. |
| | 12 | MHCTS | Credit of Actual - 102 days, 4019(b) PC - 0 days, State Institution- 0 days, for a total of 102 days. |
| | 13 | MHTRANS | The defendant is remanded forthwith to the custody of the Sheriff.  The Sheriff is ordered to transport the defendant to the Patton State Hospital . Without further order of the court, the Sheriff's department is directed to redeliver the defendant to court upon receiving a copy of certification of restoration from the state hospital or treatment facility. |
| | 14 | LOC12 | File located to courtroom #12. |
| | 15 | MHMAX | The court finds the maximum time for which defendant may be committed is 3  Year(s) . |
| 07/29/2008 | 1 | FCFREE | Packet sent to transportation |
| | 2 | LOCVR | File located to Ventura Records. |
| 11/03/2008 | 1 | FLD3 | Certificate of Mental Competence 1372 PC filed11/03/08 by Patton State Hospital filed on 11/03/08 . |
| 11/06/2008 | 1 | CLADD | Case calendared to 11/14/08 at 09:00 AM in 12 for HEARING COMP . |
| | 2 | FCREC | minute order rece'b by SGT. Brian R. Koffenjan badge # 2403 sent to Records to be attached to file. |
| | 3 | FCREC | Certification of Mental Competency 1372 PC sent to Records to be attached to file. |
| | 4 | FCREC | Signed Minute Order and Proof of Service sent to Records to be attached to file. |
| 11/14/2008 | 1 | HHELD | Competency Hearing   Heard  in  Courtroom 12  on Nov 14, 2008  at  09:00 AM . |
| | 2 | OFJUD | Judge - Clark , Bruce  A . |
| | 3 | OFJA | Judicial Assistant -  Wortman ,  Jody L . |
| | 4 | OFREP | Court Reporter - Rogers ,  Tanya is present. |

1250

Exhibit 120

## Admission Wellness and Recovery Plan

| | | | |
|---|---|---|---|
| Case Number: | 1611219 | Admission Date: | 08/28/2008 |
| Name: | Hernandez, Daniel | Physician: | Kansal, Tapeesh |
| Status: | Pc1370 | RN: | Forsang, James |
| County: | Ventura | Date of Plan: | 08/28/2008 |

Focus:  1.1  Forensic Trial Comopetency

Objectives:

1.1.1  Daniel Hernandez will be able to follow unit residence milieu and will voice concerns to staff when feeling depressed or agitated.

Interventions:

1.1 - 01    Educate Daniel Hernandez in alternative ways to cope with stress, anger, and history of sel-injurious behaviors.

1.1 - 02    Encourage Daniel Hernandez to actively participate in group activities and to be directly involved in her / his Wellness and Recovery.

1.1 - 03    Staff will allow Daniel Hernandez to verbalize feelings, will provide alternative activities, and will redirect to a quiet area t help relieve Daniel Hernandez of anxiety / agitation and depression.

**RISK FACTORS / ALERTS**

Assault

**ADMISSIONS TEAM**

I have reviewed and approved this Admission and Wellness Recovery Plan

_Jim Forsang_  8/28/08

Admitting Physician / MD            Date    Admitting Registered Nurse / Nurse Practitioner        Date

Page 1 of 1

ADMISSION WELLNESS AND RECOVERY PLAN

Confidential Patient Information
See W&I Code Section 5328 and
HIPAA Privacy Rule CFR Section 164.508

Patton State Hospital

**INDIVIDUAL IDENTIFYING DATA**

**Name:**  Hernandez, Daniel
**Case Number:**  1611219
**Program:**  VI    **Unit:**  EB02

MH Form # Pending

State of California-Health and Human Services Agency

Department of Mental Health

**DMH Integrated Assessment: Psychiatry Section**
MH-C 9073 (02/08)

**Date of Evaluation:** 09/02/2008             **Date of Admission:** 08/28/2008

**Individual's Name:** DANIEL TIDOSO HERNANDEZ             **Individual's Identification #:** 161121-9

The following sources of information were reviewed in the preparation of this assessment: (Check all that apply)

Integrated Assessments:   ☐ Psychology          ☐ Social Work
                          ☐ Nursing             ☐ Rehabilitation Therapy

Additional Sources of    ☒ Alienist Reports    ☒ Admission History and Physical
Information:             ☒ Chart Review        ☐ Other (specify) :

| PSYCHIATRIC HISTORY | |
|---|---|
| **Identification Data:** | The patient is from Ventura County under Penal Code 1370.<br><br>This patient is a 28-year-old Hispanic male, admitted to Patton State Hospital on August 28, 2008 from Ventura County under Penal Code 1370, with the charges of second-degree robbery and assault with a deadly weapon.<br><br>The patient's date of birth is March 29, 1980.  His grade of education is high school diploma and six months of college.  He is supported by his work.  He worked in the labor force. |
| **Current Legal Status:** | 1370, incompetent to stand trial. |
| **Chief Complaint:** | The patient had no complaint at all.  He has been found incompetent to stand trial. |
| **History of Present Illness/ Reason for Admission:** | This patient was seen by the alienist Mr. David Jimenez, Ed.D., who saw this man as a request from the Superior Court.  The report is dated June 30, 2008.  The report was done after the patient was seen on June 26, 2008, that was done as a request from the Superior Court.  The alienist saw a collateral informant, the patient's mother, and he said:  "The informant and biological mother of the defendant did not seem pleased that this evaluator would not discuss her son's present mental state with her, when she inquired.  She did represent that her son has no psychiatric history, including thoughts of suicide.  She then related her belief that in February 2008, after he had apparently been sent by authorities to Wasco where medication was 'forced on him,' Mr. Hernandez was 'crying and begging not to give him medication.' "<br><br>The alienist continued in the *Psychological and Legal Questions and Opinions*, he said: "Mr. Hernandez stated that he graduated from Carson High School in Carson City, Nevada.  He attended Santa Ana College and Moorpark College in California, commenting, '*I was taking general courses.*'  Occupationally, he has been employed before by his report, '*I was placed in a position of authority.  It was everywhere that I wanted to be.  They paid me what I was worth.  They paid me in check.*' " |

---

| INTEGRATED ASSESSMENT - Psychiatry | INDIVIDUAL IDENTIFYING DATA (ADDRESSOGRAPH) |
|---|---|
| Confidential Patient Information<br>See W&I Code Section 5328 and<br>HIPAA Privacy Rule CFR Section 164.508<br>Filing Guidelines Assessment<br><br>State Hospital | HERNANDEZ, DANIEL TIDOSO<br>PAT: 161121-9<br>PROGRAM: VI  UNIT: EB-02 |

P000557

State of California-Health and Human Service   Agency                                    Department of Mental Health

**DMH Integrated Assessment: Psychiatry Section**
MH-C 9073 (02/08)

|  | The report continues saying:  "Mr. Hernandez stated, *'I made a mistake, unfortunately, I am accused of something I didn't do.'* "  He mentioned that the diagnosis is Schizoid Personality Disorder and declared that this man is incompetent to stand trial.

The alienist from the admission suite in Patton saw him also on August 28, 2008, mentioning about the charges.  And the reason for admission, he mentioned, "I'm surprised they sent me here."  The alienist did not find anything remarkable during the mental status examination.  He arrived at the diagnosis of Rule Out Adjustment Disorder with Mixed Emotional Features. He gave a GAF of 60.

During the Psychiatric Evaluation today, the patient did not bring too much information, only that he was guarded, inappropriate smiling, poor historian, very irrelevant, tangential.  He was observed to be internally preoccupied and talking and mumbling to himself.  He was observed looking from one arm to another arm and talking something that I could not understand.  He was internally preoccupied and also very secretive.  When I asked him about the charges, he said, "I'd rather not talk about it," so he was guarded.  The interview went on that way with part of the patient answering questions or not answering questions, or me the psychiatrist observing him without him noticing that he was observed to see his reactions.

The reason for admission is for the patient to become competent to stand trial. |
|---|---|
|  | *(Include statements from individual, pertinent positive and negative findings, diagnoses, medications given at previous facilities, and the effectiveness of treatment given.)* |
| **Response to Medication Since Admission Including Side Effects (if applicable):** | Not applicable. |
| **Previous Psychiatric History:** | The patient denies ever being under psychiatric care whatsoever. |
| **Substance Abuse History:** | The patient again denies any history of substance abuse. |
| **Medical History:** | The patient denies any medical problems. |
| **Allergies:** *(Food and medication, including over-the-counter drugs)* | None reported. |
| **Developmental History:** *(if available)* | Not obtained because the patient is a poor historian, also irrelevant and tangential. |
| **Family History:** | The patient denies any family history contributory to any mental illness. |
| **Psychosocial History:** | As above. |
|  | *Include: education, occupation/military, marital/relationship, sexual, and legal history and religious and cultural influences.* |

## MENTAL STATUS EXAMINATION

| **Attitude and Cooperation:** | The patient was calm.  His cooperation was limited due to the fact that the patient was giggling and smiling, and making a lot of irrelevant comments |
|---|---|

INTEGRATED ASSESSMENT - Psychiatry

Confidential Patient Information
See W&I Code Section 5328 and
HIPAA Privacy Rule CFR Section 164.508
Filing Guidelines Assessment

State Hospital

INDIVIDUAL IDENTIFYING DATA
(ADDRESSOGRAPH)

HERNANDEZ, DANIEL TIDOSO
PAT: 161121-9
PROGRAM: VI  UNIT: EB-02

P000558

State of California-Health and Human Service  Agency                         Department of Mental Health
**DMH Integrated Assessment: Psychiatry Section**
MH-C 9073 (02/08)

|  |  |
|---|---|
|  | throughout the examination. |
| **General Appearance:** | The patient was wearing the hospital uniform.  His grooming is fair. |
| **Motor Activity:** | The patient was not agitated, non-belligerent, but he was observed to be internally preoccupied, moving his lips and talking.  All of a sudden he said, "I will get it, don't worry about it." |
| **Speech:** | His speech is normal tone of voice and is underproductive. |
| **Mood/Affect:** | The patient's mood is euthymic and his affect is inappropriate.  He starts giggling and laughing without any specific reason. |
| **Thought Process/Content:** | The thought process at the present time the patient is irrelevant, tangential, guarded, inappropriate, poor historian, and as I mentioned before the patient is internally preoccupied, and has been observed talking and mumbling to himself. |
| **Perceptual Alterations:** | The patient denies the presence of any auditory or visual hallucinations. |
| **COGNITIVE FUNCTIONING** | |

|  |  |  |
|---|---|---|
|  | **Alertness:** | The patient seems to be alert, however, many times the patient was observed to be preoccupied internally. |
|  | **Orientation:** | Fair. |
|  | **Memory:** | Fair. |
|  | | *Include recent, remote, and immediate recall* |
|  | **Attention:** | Fair. |
| **Fund of General Knowledge:** | | Not done because the patient is irrelevant and tangential. |
| **Mini-Mental State Examination:** (Folstein) | | Folstein Mini-Mental State Examination Administered: ☐ Yes.  Record score:  ☒ No.  Explain reason MMSE was not administered.  ***The patient did not show any major memory problems.***  ☐ N/A |
| **Abstraction Ability:** | | Not done because the patient is irrelevant and tangential. |
| **Judgment:** | | Impaired. |
| **Insight:** | | Impaired. |
| **Strengths/Assets:** | | To be determined when the patient is more stable. |

| **RISK ASSESSMENT** | |
|---|---|
| **Suicide:** | None at the present time. |
| | *Include suicidal ideations, threats, plans to harm self, history of previous suicide attempts, relevant demographic risk factors, and psychosocial losses* |
| **Seclusion/Restraint:** | None at the present time. |
| | *Include any contraindications for seclusion or restraint* |
| **Aggression/Fire-setting/ Elopement/Victimization, etc.:** | None at the present time. |

---

| INTEGRATED ASSESSMENT - Psychiatry | INDIVIDUAL IDENTIFYING DATA |
|---|---|
| Confidential Patient Information See W&I Code Section 5328 and HIPAA Privacy Rule CFR Section 164.508 Filing Guidelines Assessment | (ADDRESSOGRAPH) |
| State Hospital | HERNANDEZ, DANIEL TIDOSO PAT: 161121-9 PROGRAM: VI  UNIT: EB-02 |

P000559

State of California-Health and Human Serv,   Agency                          Department of Mental Health

**DMH Integrated Assessment: Psychiatry Section**
MH-C 9073 (02/08)

## DIAGNOSIS

| | |
|---|---|
| Diagnostic Formulation and Differential Diagnosis: | This patient is a 28-year-old Hispanic male, admitted to Patton State Hospital on August 28, 2008 from Ventura County, Penal Code 1370, with the charges of second-degree robbery. The patient at the present time denies the charges and he denies any other possibility of having any mental disorder. However, during the Mental Status Examination he was observed to be guarded, inappropriately smiles, being a poor historian, irrelevant, tangential, internally preoccupied, and all of a sudden he will talk to himself and say, "I will get it, I will get it, don't worry about it." He was also observed looking from one arm to another arm and then talking and mumbling to himself. The patient also was secretive. That leads us to the working diagnosis of: |
| | *Include diagnostic criteria for the given diagnosis and address findings which may support other diagnosis* |

**Current Diagnosis** *(Begin with principal diagnosis if the Individual has multiple Axis I or Axis II diagnoses.)*

| Axis I | Code: 298.9  P | Psychotic Disorder, Not Otherwise Specified |
|---|---|---|
| | Code: | |
| | Code: | |
| Axis II | Code: 799.9 | Diagnosis Deferred on Axis II |
| | Code: | |
| Axis III | None Acute | |
| Axis IV | Problems Related to Interaction with the Legal System/Crime Incarceration | |
| Axis V | Current GAF: 40 | Highest GAF in Past Year (if available):  Unknown |

## PLANS

| | |
|---|---|
| Psychopharmacological Plans: | The patient is going to be placed on a mild tranquilizer, second generation medication, will be in group therapy, individual therapy, and all the activities for his total recuperation including a vocational rehabilitation treatment plan. |
| Consent for Medication | ☐ Yes          ☐ No |
| Plan for Medical Conditions: | The patient is completely against taking medication, but we will convince him the necessity to take at least medication to help him sleep. |
| Management of Identified Risks: | None at the present time. |

Psychiatrist's Name:  Roberto Moreno, M.D.

| INTEGRATED ASSESSMENT - Psychiatry | INDIVIDUAL IDENTIFYING DATA (ADDRESSOGRAPH) |
|---|---|
| Confidential Patient Information<br>See W&I Code Section 5328 and<br>HIPAA Privacy Rule CFR Section 164.508<br>Filing Guidelines Assessment<br><br>State Hospital | HERNANDEZ, DANIEL TIDOSO<br>PAT: 161121-9<br>PROGRAM: VI  UNIT: EB-02 |

P000560

State of California-Health and Human Service   Agency                                    Department of Mental Health

**DMH Integrated Assessment: Psychiatry Section**
MH-C 9073 (02/08)

_____          9.4.3
Signature                                           Date

---

| INTEGRATED ASSESSMENT - Psychiatry | INDIVIDUAL IDENTIFYING DATA (ADDRESSOGRAPH) |
|---|---|
| Confidential Patient Information<br>See W&I Code Section 5328 and<br>HIPAA Privacy Rule CFR Section 164.508<br>Filing Guidelines Assessment<br><br>State Hospital | <br>HERNANDEZ, DANIEL TIDOSO<br>PAT: 161121-9<br>PROGRAM:  VI   UNIT: EB-02 |

P000561

| Hospital Name: Patton State Hospital | Date of Assessment: 9/2/08 |
|---|---|

## INTEGRATED PSYCHOLOGY ASSESSMENT

### 1. Identifying Information

| Full Name: Daniel Tidoso Hernandez | Hospital Identification #: 161121-9 |
|---|---|
| Date of Admission: 8/28/08 | Date of Birth: 3/29/80 |
| Age: 28 | Gender: Male |
| Ethnicity/Cultural Identity: Hispanic | Marital Status: Single |
| Religion/Spiritual preferences: Christian | Legal Status: 1370 – Incompetent to Stand Trial |

### 2. Review of all available psychological assessments, forensic reports, Wellness and Recovery Plans, and other pertinent medical records (list the types, dates, and summary of relevant findings of documents):

1. In a court-ordered evaluation by Dr. David J. Jimenez, EdD, dated 6/30/08, Mr. Hernandez was described as having pressured speech throughout the interview with odd voice changes at various points of the process. He had limited eye contact. He denied all symptoms of psychosis during this interview, but according to a report by his mother, he had been treated in the prison for mental illness and was now adamantly opposed to taking medications. He stated fears that the medication caused him to "lose his soul." The reasons for the treatment were not specified. He provided some biographical information, but it appeared at times to be confused and potentially confabulated. He had limited awareness of the required court material and was subsequently considered to be incompetent to stand trial and in need of further stabilization and treatment. Furthermore, based on his mental instability, he was deemed unable to rationally cooperate with his attorney at this time.

### 3. Primary/Preferred Language

a) Primary/preferred language:   ☒ English   ☐ Spanish   ☐ Others (specify):

b) If primary/preferred language is not English, this assessment was completed in his/her own language
☐ Yes   ☐ No (explain):

c) If no to (b), there is a plan to conduct further assessment using an interpreter in the individual's primary language and dialect.
☐ Yes (describe the plan):
☐ No (explain):

d) If yes to (c), the plan is being implemented to meet the individual's assessment needs including the use of an interpreter in the individual's primary language and dialect
☐ Yes
☐ No (explain):

DMH INTEGRATED ASSESSMENT:
PSYCHOLOGY SECTION
Page 1 of 7
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

ADDRESSOGRAPH

**HERNANDEZ, DANIEL TIDOSO**

**PATTON ID: 161121-9**

**PROG: VI      UNIT: EB-02**

P000562

e) Can Individual Attend Wellness and Recovery Activities Conducted Using English?
☒ Yes   ☐ No (explain):

## 4.   Diagnosis and Diagnostic Clarification:

☒ Clinical Interview completed

History of prior arrests: Mr. Hernandez has been arrested 13 times since 2000. There was no record of arrest as a juvenile. Some of his adult charges include multiple counts of driving under the influence (alcohol – 0.8% BAC), driving without a license, failure to appear, burglary (multiple counts), vandalism – under $400, spousal battery, inflicting corporal injury on spouse, robbery, second degree, violation of parole and resisting arrest.

Awareness of current charges: Mr. Hernandez was not fully aware of his current charges of
1) PC 664/211 – F – 16:2:3 – Attempted Second Degree Robbery
2) PC 245(a)(1) – F – 2:3:4 – Assault with a Deadly Weapon
   With priors.

He could recall the ADW charge, but not the robbery charge. He contested the veracity of the ADW charge, but the process was explained to him that we do not make legal decisions and he appeared to understand and moved on.

Precipitating factors to alleged crime:
Mr. Hernandez did not comment on the events leading to his most recent arrest.

According to police reports, Mr. Hernandez allegedly attacked a man with the motive of robbery in an alley in Oxnard on 4/12/08. The victim was apparently walking to get some cigarettes when he was attacked by the suspect. According reports from another witness, the son of the alleged victim's son, the victim fell to the ground and Mr. Hernandez continued to strike him and check his pockets for a wallet or valuables at the same time. As the son was moving towards his father, Mr. Hernandez allegedly ran away, but threw a beer bottle striking the son on the head.

Precipitating factors:
Prior to this most recent arrest, Mr. Hernandez was living with his mother and aunt in Oxnard, CA. He reported no difficulties in this arrangement and said he has a good relationship with his family. He denies any mental illness, though it could have been a factor in the incident. During this interview, he was ancy and asked the same question several times. He appears to have low insight into his current condition and limited judgment. These factors could have contributed to his current situation.

Perpetuating Factors:
He has limited social support, outside of his family, a history of substance-related arrests, though he denies ever having been arrested for substance-related issues, and a multitude of arrests. He has good intellectual functioning, but appears to have more limitations in his judgment and coping skills which could present more problems in the future if not properly addressed.

Hygiene / General Presentation: Mr. Hernandez presented as an anxious young man who appeared his stated age. He was of slight build and his eyes were darting around the room during the interview time. He did not appear to be responding to internal stimuli. He was guarded in most of his responses, though he was able to answer all of the questions in an appropriate manner throughout. He was focused on wanting to leave the hospital as soon as he could and kept asking if there was "any way" he could leave earlier, as if to suggest that by doing certain activities

ADDRESSOGRAPH

**DMH INTEGRATED ASSESSMENT:**
**PSYCHOLOGY SECTION**
**Page 2 of 7**
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

**HERNANDEZ, DANIEL TIDOSO**

**PATTON ID: 161121-9**

**PROG: VI      UNIT: EB-02**

P000563

or favors he could be released early. He was informed of the process and assured that the team would do all we could to help him to return to court as soon as was feasible. Though he appeared somewhat disappointed by this, he was able to receive the information and move forward.

Description of behavior
His speech was pressured and rapid. The content of his speech was appropriate and there was no delusional content observed. He appears to be a reliable historian regarding most biological information, but is very guarded in the realm of answering questions regarding his mental health.

Posturing: Appropriate; guarded in communications involving his mental health.
Cooperation: Good

Orientation:
  Person: Yes
  Place:  Yes.
  Time: Yes
  Situation: He was able to identify the role of Patton for the restoration of competency, but not fully aware of the time process involved in doing so.
  Governor: He was able to identify the current governor of California
  President: He was able to identify the current president of the United States.
Serial 7's: In a task used to provide a gross assessment of attention and concentration, coupled with cognitive flexibility, Mr. Hernandez was asked to count backwards from 100 in multiples of 7. He was able to successfully complete the task. He was also able to add the numbers 8+5, and spell the word WORLD backwards.
Overall, his cognitive capacity appears to be intact and no significant problems were noted.

Developmental / Family History:
Place of birth: Mr. Hernandez was born in Santa Maria, CA
Description of childhood: He stated his childhood was good and he denied any experience of childhood abuse.
Parents: He reports that his parents are currently divorced. He said he has a good relationship with both parents. He was living with his mother. His father lives in another state.
Siblings: Mr. Hernandez said that he has 1 younger brother. He reports a good relationship with his siblings.
Spouse: Never married
Children: He has a young daughter named Kayla who is currently 5 years old. He states he has regular contact with her.
Most recent living location: Prior to his most recent arrest, Mr. Hernandez was living with his mother and aunt in Oxnard, CA

Occupational History:
Past jobs: Mr. Hernandez has worked with Pacific Bell and was in the Navy for a time. He was released from the Navy on a less than honorable discharge but was unable to state the reasons why, other than being unable to complete his job responsibilities. He has not been receiving SSDI assistance.

Mental health self-description: When queried as to his feelings regarding his current level of mental health, Mr. Hernandez responded that his mental state is currently a 10/10 indicating a severe lack of insight into his current condition.

Response to psychotropic meds:
Current meds: He currently has a court order for the involuntary administration of medications. He was unable to identify any medications he was currently taking and denied having been on medications in the past.

Substance History:

---

DMH INTEGRATED ASSESSMENT:
PSYCHOLOGY SECTION
Page 3 of 7
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

ADDRESSOGRAPH

HERNANDEZ, DANIEL TIDOSO

PATTON ID: 161121-9

PROG: VI      UNIT: EB-02

P000564

History of use/abuse: He denied any history of abuse, though he has had multiple arrests for driving under the influence of alcohol.

| Axis I: | 305.00 | Alcohol Abuse |
| | | R/O Schizophrenia, Paranoid Type, Chronic |
| Axis II: | V71.09 | No Diagnosis on Axis II |
| Axis III: | | None |
| Axis IV: | | Interactions with the legal system, incarceration |
| Axis V: | GAF | Current: 40 |

Mr. Hernandez meets the following criteria for the diagnosis of Alcohol Abuse:
   a) He has been arrested a number of times for driving under the influence of alcohol with a BAC of 0.8. He currently denies any substance abuse problems, but based on this description, he appears to meet the criteria.

He also appears to have features of Schizophrenia, Paranoid Type, based on his high anxiety level, extreme guardedness, and refusal to acknowledge any elements of mental illness in his life, though he has been treated with medications in the past, was released from the Navy on an other than honorable discharge, and exhibits odd changes in behavior at times. Overall, making a full diagnosis in this are is difficult, but it would be worth considering a diagnosis of Schizophrenia to account for his behaviors. It is recommended that more information be gathered during his stay before a formal diagnosis in this area is made.

## 5.  Suicide Risk Assessment Summary:

☒ Clinical Interview completed
☒ Record Review completed
☐ BSSI completed
☐ RFL completed
☐ Other measures completed (specify) :

| Number of attempts: 0 | Describe method of previous attempts: None |

Current Risk Level: ☒ Low  ☐ Moderate  ☐ Severe

If Moderate or Severe, document risk factors as well as protective factors:

Comments: No history of attempts and denied any current ideation. The BSSI was not administered based on hiss denial of ideation and no previous gestures in this capacity.

## 6.  Cognitive level of functioning:

☒ Record Review completed

☐ Other measures completed (specify) :

Level of education completed:

☐ No Formal Education  ☐ Elementary  ☐ Junior High  ☐ High School
☐ GED  ☒ College  ☐ College Graduate  ☐ Post Graduate

He stated in other reports that he had finished high school and attended college at Santa Anna College and Moor

ADDRESSOGRAPH

DMH INTEGRATED ASSESSMENT:
PSYCHOLOGY SECTION
Page 4 of 7
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

HERNANDEZ, DANIEL TIDOSO

PATTON ID: 161121-9

PROG: VI          UNIT: EB-02

P000565

Park College studying general subjects.

History of Special Education:   ☒ No   ☐ Yes (specify):

Learning Disability:   ☒ No   ☐ Yes (specify):

History of head trauma:   ☒ No   ☐ Yes (specify):

History of loss of consciousness:   ☒ No   ☐ Yes (specify):

Previous cognitive data (IQ, reading level, attention, memory, etc.): None

Current cognitive screening tests conducted: ☐ RBANS ☐ GSRT ☐ WASI ☒ WRAT ☐ Other ☐ None

Preliminary estimation of level of cognitive functioning: ☐ Challenged   ☒ Average   ☐ Advanced

<u>WRAT-3 Reading Subtest</u>: Mr. Hernandez performed at the Post High School reading level (Standard Score – 107) on this brief screening of reading ability. This is commensurate with his reported level of education of some college coursework. (*The WRAT-3 assesses reading ability, but not reading comprehension. This individual's ability to understand concepts and words while reading may be lower than assessed ability per this screening).

---

**7.   Implications for Wellness and Recovery Plan based on sections 1 through 5: (Include an evaluation of the individual's psychological functioning to support the therapeutic and rehabilitation service planning process).**

Mr. Hernandez displayed no significant cognitive deficits during this interview, but there does appear to be some deficits with regards to his level of judgment and insight. He can benefit from and participate in a wide variety of mainstream programming but may require assistance to benefit from full array of programming options based on being ill and presence of guarded behavior, pressured speech, and limited insight regarding his current condition. He will benefit from structured activities aimed at decreasing the impact of thought disorder symptoms, bolstering focus and concentration, and repeated presentations of the court material to improve competency.

Mr. Hernandez noted a personal area of strength to be that he "likes sports and enjoys exercising and lifting weights. He denied any personal areas of weakness.

Life Goal: Mr. Hernandez stated that his life goal was to "be done with all of this." He said, with prompts that he had a trade he may return to, but he did not specify what that was.

---

**8.   Further Psychological Assessments to Consider:**

ADDRESSOGRAPH

DMH INTEGRATED ASSESSMENT:
PSYCHOLOGY SECTION
Page 5 of 7
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

**HERNANDEZ, DANIEL TIDOSO**

**PATTON ID: 161121-9**

**PROG: VI      UNIT: EB-02**

P000566

Identify any unresolved issues encompassed by the DMH Integrated Psychology Assessment and, where appropriate, specify further testing, observations, records review, interviews, or re-evaluations that should be performed or considered to resolve such issues.

## Follow-Up Assessment: (please check all that apply and narrative rationale)

| | |
|---|---|
| ☒ **A. Diagnostic Clarification**<br>Rationale: We will continue to observe behavior to see if symptoms are consistent. Any changes made to the initial diagnosis will be reflected in the WRP and final diagnosis will be noted in the 60-day WRP.<br><br>Proposed date of completion: 60 days | ☐ **B. Cognitive Screening**<br>A cognitive screening must be completed for individuals with a diagnosis within the schizophrenia spectrum, a history of substance abuse, and/or history of head trauma.<br><br>☐ RBANS ☐ GSRT ☐ WASI ☐ WRAT<br><br>☐ Other(s):<br><br>☒ None at this time |
| ☐ **C. Cognitive Assessment**<br>Rationale: None. Will assess behavior on unit and provide further testing if team feels his cognition is a barrier to participation in groups and restoration of competency | ☐ **D. Academic Assessment**<br>Rationale: None<br><br>Proposed date of completion: |
| ☐ **E. Personality Assessment**<br>Rationale: None | ☐ **F. Intellectual Functioning**<br>Rationale: None |
| ☐ **G. Behavioral Assessment**<br>Rationale: None | ☐ **H. Forensic Issues**  ☐ Malingering<br>                                      ☐ Court Competency<br>                                      ☐ Risk Assessment<br>                                      ☐ MDO (placement, annual, extension evaluations)<br><br>Proposed date of completion: To be assessed at each WRP meeting. |
| ☐ **I. ESL**<br>Not required for this individual | ☐ **J. Reading/Writing/Language Comprehension**<br>Rationale: None |

## 9.   Other Psychology Services:

ADDRESSOGRAPH

DMH INTEGRATED ASSESSMENT:
PSYCHOLOGY SECTION
Page 6 of 7
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

HERNANDEZ, DANIEL TIDOSO

PATTON ID: 161121-9

PROG: VI         UNIT: EB-02

P000567

☐ Positive Behavior Support (PBS) Team
Not needed at this time. No aggression or threats of harm.

☐ Developmental and Cognitive Abilities Team (DCAT)
Not needed at this time

☐ Neuropsychology
Not needed at this time

| 10. Recommended therapeutic and rehabilitation services to consider: | |
|---|---|
| ☐ Individual Therapy<br>please specify: | ☒ Substance Abuse groups<br>please specify:  Based on his history of abuse, he needs education on triggers and relapse prevention |
| ☐ Group Therapy<br>please specify: | ☒ Forensic Issues groups<br>please specify:  Needs court competency groups |
| ☒ Psychoeducational groups<br>please specify:  Can benefit from groups designed to help him more effectively manage his symptoms of guardedness and anxiety. | ☐ Sex Offender Treatment<br>please specify: |

**11.  Other Priority Issues (please specify):**

WRPT Psychologist Name:  John W. Johnson, Ph.D. – Staff Psychologist – Unit EB-02

Signature: _____          Date: _____ 9/2/08 _____

ADDRESSOGRAPH

**DMH INTEGRATED ASSESSMENT:**
**PSYCHOLOGY SECTION**
**Page 7 of 7**
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

**HERNANDEZ, DANIEL TIDOSO**

**PATTON ID: 161121-9**

**PROG: VI       UNIT: EB-02**

State of California-Health and Human Services Agency | Department of Mental Health

**DMH Integrated Assessment: Rehabilitation Therapy Section**
MH-C 9043 (01/08)

Hospital Name:Patton State Hospital                    Date of Assessment: 9/3/08

## I.   IDENTIFYING INFORMATION
Individual Name: Daniel Hernandez                     Individual Identification #: 1611219
Date of Admission: 8/28/08                            Unit #:  EB 02

## II.  INFORMATION SOURCES
List source(s) of information:  Interview conducted by this writer on 9/3/08, Assessment Activities conducted by the RIAT members on 9/3/08, Admission WRP completed on 8/28/08, IDN's from 8/28/08 - 9/3/08 completed by Unit EB 02 Nursing Staff, Initial Nurse Screening completed on 8/28/08 by Unit RN, Admission Psychiatric Assessment completed by admitting psychiatrist on 8/28/08
PLEASE NOTE: Integrated Nursing Assessment was not included in information sources because Mr. Hernandez had refused the assessment more than one time.

## III. ACTIVITIES
List activities used during the assessment groups:  Bean bag throw name game – participants must learn the order in which the bean bag will be tossed to other group participants, as well as learning the names of members within the group
Creating a Dance - participants stand in a circle and one by one take turns creating a dance movement in a count of 8 for others to follow.  Once everyone has created a movement, the group practices the dance all together and then performs the dance with music.  Participants practice taking turns leading others in their dance movments and following the movements of others.
Safe Place Box - participants are given an unfolded paper box and asked to choose from word stickers and words cut out of magazines to represent things that are important to them.  They are instructed to stick or glue those things on one side of the box.  They are then instructed to turn the paper over and put stickers or cut out magazine pictures on that side that make them feel safe.  When each participant is done, their box is folded so that the things that are important to them are "protected" on the inside of the box and the things that make them feel safe are on the outside. Each participant is given a chance to share  their box with the rest of the group.
Pentatonic Improvisation - Participants are individually invited to sit at the piano with music therapist and participate in a pentatonic or "black key" improvisation where the participant is instructed to play however he or she would like except the only rule is that they can only play on the black keys.  Participant and music therapist improvise together and when improvisation is over, the entire group processes the music experience.

## IV. LEISURE/ENRICHMENT PROFILE
Include past and present interests; Include direct quotes. Clearly note why if direct quotes were not/could not be used.

| | |
|---|---|
| 1. | Music: "Alternative and Rap.  My favorite bands are Blink 182 and Tupac." |
| 2. | Sports: "Basketball - everything basketball.  My favorite team is the Lakers.  I love to play." |
| 3. | Dance/movement/yoga/other:"No." |
| 4. | Cards/games: "I love to play Pinochle." |
| 5. | Arts: "I like going to Alternative and rap concerts.  Also history museums." |
| 6. | Crafts: "I like to try everything.  Painting and drawing are my two favorite arts." |
| 7. | TV/movies: "I like Vanilla Sky." |
| 8. | Reading preference: "Real life stories and mystery novel." |
| 9. | Outdoor/nature/other: "I like camping because it entails everything - hiking, swimming, cooking out." |
| 10. | Current use of leisure time: "Working out and watching the T.V." |
| 11. | Other hobbies/interest: "No." |
| 12. | Friends/family/supports: "Yes."  Mr. Hernandez did not elaborate |
| 13. | Volunteer work: "Yes."  Mr. Hernandez did not elaborate. |
| 14. | Support group: "Yes."  Mr. Hernandez did not elaborate. |
| 15. | Cultural background: "I grew up in Santa Maria California and lived with my mom and little brother.  Mr. Hernandez was reluctant to give anymore information about his family.  He stated "I don't want to talk about my family.  I don't know what is going to happen.  Mr. Hernandez is Hispanic. |
| 16. | Spiritual/religious background: "I am a Christian. I might like to attend church services." |
| 17. | Substance use/abuse/recovery: "I don't use drugs or alcohol at all.  They are bad for you."  Although he |

| | |
|---|---|
| denies any use, records indicate that he has had multiple arrests for DUI. | |
| 18. Vocation: "Construction jobs.  I worked for Pacific Bell and the Navy." | |
| 19. Education: "I graduated high school and I went to a little college." | |

## V.  FUNCTIONAL OBSERVATIONS

### a.  Physical Functioning:

| | Barrier | No Barrier | |
|---|---|---|---|
| 1.  Adaptive Equipment Use | ☐ | ☒ | CHECK ALL THAT APPLY:<br>☐ Cane   ☐ Communication Device   ☐ Contacts<br>☐ Crutches   ☐ Dentures   ☐ Eyeglasses   ☐ Hearing Aids<br>☐ Helmet   ☐ Splints   ☐ Walker   ☐ Walking-Stick<br>☐ Wheelchair   ☐ Other:<br>Explain: " I don't use any of that stuff." |
| 2.  Vision | ☐ | ☒ | Explain: "Good." |
| 3.  Auditory | ☐ | ☒ | Explain: "Good." |
| 4.  Speech | ☐ | ☒ | Explain: No problems reported by Mr. Hernandez.  No problems reported by nursing staff or documented in chart at time of assessment. |
| 5.  Transfer | ☐ | ☒ | Explain: No problems reported by Mr. Hernandez.  No problems reported by nursing staff or documented in chart at time of assessment. |
| 6.  Positioning | ☐ | ☒ | Explain: No problems reported by Mr. Hernandez.  No problems reported by nursing staff or documented in chart at time of assessment. |
| 7.  Translocation | ☐ | ☒ | Explain: No problems reported by Mr. Hernandez.  No problems reported by nursing staff or documented in chart at time of assessment. |
| 8.  Endurance | ☐ | ☒ | Explain: No problems reported by Mr. Hernandez.  No problems reported by nursing staff or documented in chart at time of assessment. |
| 9.  Balance | ☐ | ☒ | Explain: No problems reported by Mr. Hernandez.  No problems reported by nursing staff or documented in chart at time of assessment. |
| 10.  Coordination | ☐ | ☒ | Explain: No problems reported by Mr. Hernandez.  No problems reported by nursing staff or documented in chart at time of assessment. |
| 11.  Gait | ☐ | ☒ | Explain: Appeared even and steady. |
| 12.  BMI | ☐ | ☒ | Explain: BMI of 19.  Appropriate range for height and weight. |
| 13.  Dietary | ☐ | ☒ | Explain: Regular diet.  However, he has an open medical problem for lactose intolerance. |
| 14.  Swallowing/choking | ☐ | ☒ | Explain: No problems reported by Mr. Hernandez.  No problems reported by nursing staff or documented in chart at time of assessment. |
| 15.  Health | ☒ | ☐ | Explain:  Open medical problems at time of assessment for: refusal of admission treatment, blood draws, vital signs check and diagnostic procedures and for milk and dairy product allergies. |
| 16.  Pain | ☐ | ☒ | Explain: No problems reported by Mr. Hernandez.  No problems reported by nursing staff or documented in chart at time of assessment. |

| DMH INTEGRATED ASSESSMENT:<br>REHABILITATION THERAPY SECTION<br><br>DO NOT PURGE | ADDRESSOGRAPH<br><br>HERNANDEZ, DANIEL TIDOSO<br>161121-9   M SGL 3   3-29-80<br>28-08 VENT  PC 1370   CALIF<br>CHRI<br>UNIT...<br>KA BISELLI, TIODOSO DANIEL |
|---|---|

P000570

Integrated Assessment: Rehabilitation Therapy Section                                                      Page 3 of 6
MH-C 9043 (01/08)

**b.  Social Functioning:** Provide a brief description of the individual's abilities.

| | |
|---|---|
| 1. | Follows instruction: Follwed all instruction staff while in the assessment clinic. |
| 2. | Uses materials/equipment correctly: Utilized bean bags, art supplies and piano appropriately. |
| 3. | Contributes ideas, thoughts, and feelings: Moderate contribution of ideas to this writer during interview. Appeared suspicious about the questions asked of him and stated "Now who is getting these answers and what are they going to do with them?"  This writer explained to him that this information would go directly to his team and be put in his chart. |
| 4. | Accepts various group roles: "I just stay where I am a participate in things. I'll do whatever. "  Mr. Hernandez participated in all of the assessment activities. |
| 5. | Encourages/supports involvement of others: "I can encourage people if I want to." |
| 6. | Gets along with others: "I can do that."  Cooperative and pleasant with staff and peers while in the clinic. |
| 7. | Shows a great deal of initiative: Demonstrated initiative to attend the clinic and participate in the assessment activities. |
| 8. | Willing to change topic: No problems noted changing topic during assessment or transitioning between assessment activities. |
| 9. | Accepts structure and rules: "The rules are relaxed, pretty easy here."  Compliant with structure and milieu of the clinic. |
| 10. | Accepts criticism from peers or staff: "I get easily frustrated with criticism but I am working on it." |
| 11. | Handles conflict: "It depends on who I am dealing with. If I know someone and have a problem with them, then I will talk it out, but if I don't know them, then I might get a bit more aggressive." |
| 12. | Accepts responsibility: "I have never had a problem with that.  Anyone who says otherwise is crazy." Appears to have limited insight into mental illness and his ability to accept responsibility for his actions is likely to be impeded by his thought disorder at this time. |
| 13. | Is self-confident: "It's pretty good." |
| 14. | Appropriate interpersonal boundaries: Demonstrated appropriate verbal and physical interpersonal boundaries with peers and staff while in the assessment clinic. |

**c.  Life Skills**: Provide a detailed comment explaining your assessment of the individual's skill level in all 12 areas

| | | COMMENTS: |
|---|---|---|
| 1. | Time management | "I spend time at work and with my family and relax and do things with them.  I am usually on time for things." |
| 2. | Appearance, ADLs/hygiene | "I shower and brush my teeth everyday and shave when I need to." States he can independently care for his ADL's. Appeared clean and groomed when he came to the clinic. |
| 3. | Money management/shopping | "I didn't budget money that great in the community.  I didn't have a bank account .  I lived with my mom and didn't have a lot of bills because I was saving up for my own place." |
| 4. | Food preparation | "I like to cook Italian food and my favorite dish to make is spaghetti. I can follow a simple recipie. |
| 5. | Transportation | "I used to have a drivers license and a car.  But towards the end ,before I went to jail, I took the bus a lot of the time or walked to where I needed to go." |
| 6. | Laundry | "I would do laundry at least one time a week.  I usually did it on my own but sometimes my mom would help me." |
| 7. | Planning and decision making | "I let things come as they are."  Ability to plan and make long term decisions is likely to be impeded by his thought processes at the present time. |
| 8. | Safety | "I don't really think about that much." |
| 9. | Reading and writing ability | "I like writing letters and I reading about people." |
| 10. | General coping skills | "Smoking, working out, writing letters and talking on the phone to my |

| | |
|---|---|
| DMH INTEGRATED ASSESSMENT: REHABILITATION THERAPY SECTION<br><br>DO NOT PURGE | ADDRESSOGRAPH<br>HERNANDEZ, DANIEL TIDOSO<br>PAT 161121-9   M SGL 3   3<br>8-28-08 VENT  PC 1370  CA<br>                                      CH<br>                                      UN<br>AKA BISELLI, TIODOSO DANIEL |

|  | family." |
| 11.  Task completion | "I follow through on most things.  Things that are important to me and my family." |
| 12.  Communication | "I don't like to ask for help too much but I can if I need to." |

## VI.  FUNCTIONAL STATUS

a.  Physical functioning: Mr. Hernandez does not present with any  visual, auditory or speech impairments nor does he need assistance with transfer or positioning. His gross and fine motor functioning are adequate as observed in assessment activities.  He has a healthy BMI of 19 and his two medical problems open in the chart at time of assessment are for: refusal of admission treatment, blood draws, vital signs check and diagnostic procedures and also milk and dairy product allergies.  Implications for Rehabilitation Therapy services suggest that Mr. Hernandez should participate in physical activity of his choosing on a regular basis to help him maintain his healthy BMI.  He should be educated by unit staff about the benefits of compliance with medical procedures and how they can help him maintain his health and to protect his long term health.

b.  Social functioning: Mr. Hernandez appears to follow staff instruction and is able to comply with unit rules and routine.  He is supportive of peers and encouraging and is able to demonstrate appropriate verbal and physical interpersonal boundaries.  However, he does  appear to have a  deficit regarding accepting responsibility for his actions that led to his current hospitalization and it does not appear  that he thinks through the long term consequences of his actions, thereby affecting his ability to achieve long term goals.  Implications for Rehab. Therapy Services suggest that Mr. Hernandez may benefit from actively participating in discussion oriented processing groups where he could offer and receive verbal feedback to others.  He may also benefit from participating in social skills groups or conflict management  groups  to help him learn ways to work on coping with stressors in the hospital environment and learning appropriate ways to manage conflicts with others.

c.  Life skills: Mr. Hernandez appears to  have an average life skills ability.  He seems to have an appreciation for time management, appropriate grooming and hygiene standards and can independently attend to daily chores.  He however displays a  deficit in understanding his inability to make careful decisions and ensure the success of his long term goals. Implications for Rehabilitation Therapy Services suggest that Mr. Hernandez would benefit from  structured WRAP and Discharge Planning/ Relapse Prevention groups aimed at giving him training and education for long term goal planning.  He also has a wide range of leisure interests which can be utilized to expand the range of coping skills and activities readily available to him.  He may benefit from instruction in money management

## VII. SKILLS AND SUPPORTS NEEDED TO FACILITATE TRANSFER TO THE NEXT LEVEL OF CARE

Mr. Hernandez has a court commitment of PC 1370 and will need trial competency education to help prepare him to return to court and face his charges.  He will  need mental health education classes to help him understand his mental illness and to help promote insight as to how symptoms and underlying pathology of his illness have caused him trouble in the past.  He will also need assistance with long range planning, decision making, and learning and expanding his knowledge of functional life skills.  Mr. Hernandez would benefit from attending groups that can help support and encourage new interests  so he can use them to further enhance his coping skills.  Based upon his history of substance abuse, Mr. Hernandez may benefit from continued substance abuse treatment to help retain the knowledge of the importance of a sober lifestyle and help him continue to understand how substance abuse may have negatively impacted his life choices. To achieve placement in a locked board and care, he will need assistance with long range planning and decision making and would greatly benefit from sustained participation in  a WRAP group where he might develop guidelines for healthy choices on a daily basis.  To achieve placement in an open board and care, he will need consistent practice in implementing his WRAP and a well developed range of coping skills.  To achieve community placement, he would benefit from vocational training and a stable support network.

## VIII. INDIVIDUAL'S LIFE GOALS FOR ENGAGING IN WELLNESS ACTIVITIES

"I want to let things come as they are.  I want to just get out of here, get a job and get on with my life."

| DMH INTEGRATED ASSESSMENT: REHABILITATION THERAPY SECTION | ADDRESSOGRAPH |
| DO NOT PURGE | HERNANDEZ,  DANIEL  TIDOSO<br>PAT  161121-9    M  SGL  3    3-29-80<br>8-28-08  VENT    PC  1370    CALIF<br>CHRI<br>UNIT |

AKA  BISELLI,  TIODOSO  DANIEL

## IX.  STRENGTHS FOR ENGAGING IN WELLNESS ACTIVITIES

"I am independent, good at working hard and likable." As observed by assessment interview and activities, Mr. Hernandez is able to identify leisure interests and is physically able to participate in wellness activities. He seems to have good social skills, an appreciation for time management and adequate hygiene. He demonstrates leadership ability and can independently attend to his ADL's . He also can demonstrate appropriate verbal and physical interpersonal boundaries with peers and staff.

## X.  MOTIVATION FOR ENGAGING IN WELLNESS ACTIVITIES

When asked what motivates him in general, Mr. Hernandez stated "continuing to work towards getting out of here, getting a job  and being self employed." When asked what would help motivate him to participate in wellness activities and engage in treatment planning, Mr. Hernandez stated " the very same things as I just said." Regarding his motivation to engage in treatment planning and to attend wellness activities, Mr. Hernandez appears to be in the action stage of change. Regarding his motivation to address the implications of his mental illness and criminal charges, Mr. Hernandez appears to be in the precontemplation stage of change.

## XI. CLINICAL INDICATIONS FOR WELLNESS AND RECOVERY PLAN

Include Focus, Objective, and Intervention (including strength[s] to be utilized to help the individual achieve the objective) in functional and measurable terms.

Focus # :10. Leisure and Recreation
Objective: 10.1.1 Mr. Hernandez  will actively draw and paint and increase his technical artistic abilities as evidenced by regular partipation in his visual art group. Progress will be measured by Monthly Mall Facilitator Progress Notes.
Intervention: 10.1.1.1 Utilizing his strength of artistic interest, Mr. Hernandez will participate in a visual art group on a weekly basis. Mr. Hernandez states that he is interested in drawing and would like to take an art group.

Focus # :
Objective:
Intervention:

Focus # :
Objective:
Intervention:

Focus # :
Objective:
Intervention:

## XII. RECOMMENDATIONS AND REFERRALS

Recommend focused assessment:      ☐ Yes      ☒ No
Type of focused assessment:
Rationale:

Assessment completed by: (For auditing purposes, the name and signature of the therapist who completed the MH-C 9043 should appear first in the name and signature block below.)

| | | |
|---|---|---|
| Renata Geyer RT M.M. MT-BC | *Renata Geyer, RTMMMTBC* | 9/3/08 |
| Name/Discipline | Signature | Date |
| *ETTA CANADY RT* | *Etta Canady* | 09-03-08 |
| Name/Discipline | Signature | Date |
| *Sharon Deus Bain* | *Sharon Brain RT,CM,AOM* | 9-3-08 |
| Name/Discipline | Signature | Date |
| *Bxcd Ummel RX* | *Bxcd Ummel* | 9-3-08 |

| DMH INTEGRATED ASSESSMENT:
REHABILITATION THERAPY SECTION

DO NOT PURGE |

HE ADDRESSOGRAPH DANIEL TIDOSO
PAT 161121-9   M SGL 3   3-29-80
8-28-08  VENT   PC 1370   CALIF
                         CHRI
                         UNIT...
AKA BISELLI, TIODOSO DANIEL

State of California-Health and Human Services Agency | Department of Mental Health

**DMH Integrated Assessment: Social Work Section**
MH-C 9022 (05/08)

Confidential Patient Information
See W&I Code Section 5328

| Hospital Name: Patton State Hospital | Date of Assessment: 09/02/2008 |
|---|---|
| | |

| I. Identifying Information | |
|---|---|
| Full Name: Daniel Tidoso Hernandez | Hospital Identification #: 161121-9 |
| Date of Admission: 08/28/2008 | Date of Birth: 03/29/1980 |
| Age: 28 | Gender: Male |

## II. Sources of Information

List sources of information: Sources of information for this Integrated Social Work Assessment include:  Police report, dated 04/12/2008, the CII report, Minute Order, dated 07/23/2008 and a Clinical Interview with Mr. Hernandez  on 09/02/2008.  This writer attempted to contact Mr. Hernandez' mother (Ester Alaniz) via telephone; however, was not successful. Consequently, collateral information was not obtained.

## III. Behavioral Observations (since admission)

Mr. Hernandez was oriented X4 to time, place, person and situation. He was calm and cooperative. He attempted to answer questions; however, was not able to provide detailed information. He denied suicidal and homicidal ideations. He appeared to be responding to internal stimuli as evidenced by his mumbling to self.

## IV. Persons Affiliated with Individual (primary family/friend, CONREP, conservator, other)

| Name | Relationship | Address | Phone | Release of Information |
|---|---|---|---|---|
| Ester Alaniz | Mother | Unknown Ventura County, CA | 805-988-8499 | ☐ No ☒ Yes |
| | | | | ☐ No ☐ Yes |
| | | | | ☐ No ☐ Yes |
| | | | | ☐ No ☐ Yes |

## V. Relationships

| | | | |
|---|---|---|---|
| ☐ Common-Law | ☐ Divorced | ☐ Married | ☐ Domestic Partner |
| ☐ Separated | ☒ Single | ☐ Unknown | ☐ Widowed |

Children: ☐ No   ☒ Yes, Indicate Name / Approximate age   ☐ Unknown

| 1. Kayla Hernandez (5 years old) | 3.   N/A |
|---|---|
| 2. N/A | 4. N/A |

## VI. Living arrangements / Duration Prior to Hospitalization

| Street Address: unknown | | Phone: N/A | |
|---|---|---|---|
| City: Ventura and Oxnard | State: CA | Zip Code: unknown | Duration: 1 year |
| ☐ Own home | ☒ With Family / Friends | ☐ Board and Care | ☐ IMD |

**DMH INTEGRATED ASSESSMENT:
SOCIAL WORK SECTION
Page 1 of 5**
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

ADDRESSOGRAPH

HERNANDEZ, DANIEL TIDOSO
PAT 161121-9  M SGL 3  3-29-80
8-28-08 VENT  PC 1370  CALIF
                         CHRI
                         UNIT...
AKA BISELLI, TIODOSO DANIEL

P000574

State of California-Health and Human Services Agency — Department of Mental Health

## DMH Integrated Assessment: Social Work Section
MH-C 9022 (05/08)

Confidential Patient Information
See W&I Code Section 5328

### VI.   Living arrangements / Duration Prior to Hospitalization

| | | |
|---|---|---|
| ☐ Shelter | ☐ Homeless | ☐ Jail | ☐ State Hospital |
| ☐ Prison | ☐ Other: | | |

Living Situation Past 6 Months Has Been:
☐ Stable   ☒ Unstable   ☐ Serial Failed Placements

Upon Discharge, the Individual:
☐ May return to pre-hospitalization living situation, or
☒ Will need a new living situation

### VII.   Abuse / Trauma / Victimization History

| | | |
|---|---|---|
| ☒ None Reported | ☒ Individual's Report | ☒ Based on Chart Review |
| ☐ Domestic Violence / Abuse | ☐ Sexual Abuse | ☐ Physical Abuse |
| ☐ Physical Neglect | ☐ Emotional Abuse | ☐ Community Violence |
| ☐ Elder Abuse | ☐ Other, Specify: | |

Full review in 30 Day Psychosocial Assessment: ☒ None needed   ☐ Yes
Mandatory Report: ☒ No   ☐ Yes          If Yes, Agency Name: N/A
Phone Number:   N/A                               Person Contacted: N/A

### VIII.   Violence Risk Factors

☒ Based on Chart Review   and/or   ☐ Self Report / Available Information

Type of Risk Factors:

| | | |
|---|---|---|
| ☒ Substance Abuse | ☐ Assault | ☐ Arson |
| ☐ Sexual Offense | ☒ Theft / Burglary / Robbery | ☐ Other |
| ☐ Criminal Use of Weapons | ☐ Cruelty to Animals History | ☐ Escape From Confinement |
| ☐ Juvenile Criminal History | ☐ Institutional Assaults History | |
| ☐ Incarceration Prior to Committing Offense | | |

Describe: Mr. Hernandez' arrest history dates back to 2001. He has the following convictions: DUI, Driving while LIC Suspended, Driving without a license (multiple), burglary, robbery: second degree and obstruct/ resist executive officer (multiple).

### IX.   Financial Information

Source of Earnings / Income: Employment at Service Deli
Amount Per Month: $1200                    ☒ Refer to $12.50 List

### X.   Religion / Spirituality

☐ None Reported
Religious Preference: Christian
Level of Current Practice: Minimal
Would Like to See Representative of Their Faith: ☒ No   ☐ Yes
   If Yes, Name and Date Notified: N/A
Immediate Impact on Wellness and Recovery? ☒ No   ☐ Yes
   If Yes, Describe:
   N/A

**DMH INTEGRATED ASSESSMENT:**
**SOCIAL WORK SECTION**
**Page 2 of 5**
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

ADDRESSOGRAPH
HERNANDEZ, DANIEL TIDOSO
PAT 161121-9   M SGL 3   3-29-80
8-28-08 VENT   PC 1370   CALIF
                                    CHRI
                                    UNIT...
AKA BISELLI, TIODOSO DANIEL

P000575

State of California-Health and Human Services Agency | Department of Mental Health

**DMH Integrated Assessment: Social Work Section**
MH-C 9022 (05/08)

Confidential Patient Information
See W&I Code Section 5328

| XI.   Cultural / Ethnic Issues / Information / Concerns (e.g., dietary requirements) |
|---|
| ☒ None Reported |
| If Reported, Describe: |
| N/A |
| Immediate Impact on Wellness and Recovery: ☒ No     ☐ Yes |
| If **Yes**, Describe:<br>N/A |

| XII.   Military History | |
|---|---|
| Served: ☐ No     ☒ Yes | |
| Type of Service: Active Duty | Branch: Navy |
| Dates of Service: 1990-1999 | Service Number: unknown |
| Service Connected Disability: ☒ No     ☐ Yes | |
| If **Yes**, Describe:<br>N/A | |
| If **VA Contacted**, List Name and Phone Number of Contact: | |
| Name: N/A | Phone: N/A |
| Trauma Experienced During Service: ☒ No     ☐ Yes<br>If **Yes**, Describe:<br>N/A | |
| Combat Exposure: ☒No     ☐ Yes | |
| Type of Discharge: "Other than Honorable" | |

| XIII.   Legal Commitment | | |
|---|---|---|
| ☒ Forensic Commitment | | |
| Commitment Code: PC 1370 | Maximum Term of Commitment: 07/23/2011 | |
| Committing/Alleged Offense(s)/Brief Description: | | |
| PC 644/211, robbery: second degree and PC 245, assault with deadly weapon. | | |
| Brief Description: According to police report, Mr. Hernandez allegedly attempted to rob male victim and when victim stated to Mr. Hernandez that he did not have any money Mr. Hernandez hit victim and attempted to flee the scene. | | |
| ☐ Voluntary | | |
| ☐ Civil Commitment | Type: N/A | Date Expires:   N/A |
| Reason for commitment: | | |
| N/A | | |

| XIV.   Employment | | |
|---|---|---|
| ☐ Homemaker | ☐ Student | ☐ In Institution |

**DMH INTEGRATED ASSESSMENT:**
**SOCIAL WORK SECTION**
**Page 3 of 5**
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

```
HERNANDEZADDRESSOGRAPH TIDOSO
PAT 161121-9   M SGL 3   3-29-80
8-28-08 VENT   PC 1370   CALIF
                         CHRI
                         UNIT...
AKA BISELLI, TIODOSO DANIEL
```

State of California-Health and Human Services Agency

Department of Mental Health

## DMH Integrated Assessment: Social Work Section

MH-C 9022 (05/08)

Confidential Patient Information
See W&I Code Section 5328

### XIV.  Employment

| | | |
|---|---|---|
| ☐ Sheltered Workshop | ☐ Never Employed | ☐ Retired |
| ☒ Unemployed | ☐ Other, Specify: | |

**Job Performance History**

☒ Recently Employed

| Last Day Worked: Unknown | ☒ Full Time (≥35 hrs/wk.) | ☐ Part Time (< 35 hrs/wk.) |
|---|---|---|

Employment history in last 5 years: ☐ No  ☒ Yes
  If **Yes**, Number of jobs in last 5 years:  2
  (Describe the jobs): Mr. Hernandez has worked in a service deli and in construction.

### XV.  Education

| Highest Education Level(s): | ☐ High School: highest grade completed | ☐ AA degree | ☐ BA in | ☐ Masters in |
|---|---|---|---|---|
| | ☒ High School graduate | | | |
| | ☐ GED | | | |
| ☐ Vocational School training in | | ☐ Special Education classes | | ☐ Unknown |

### XVI.  Recommended Therapeutic and Rehabilitation Services to Consider

| ☒ Individual Therapy (specify):<br>To develop insight into how his mental illness impacts his substance abuse, relationships with others and his interaction with the legal system. | ☒ Substance Abuse groups (specify):<br>Mr. Hernandez has a substance abuse history and would benefit from groups to assist him in developing insight into how his substance abuse impacts his mental illness, relationships with others and his interaction with the legal system. |
|---|---|
| ☒ Group Therapy (specify):<br> Life Skills, Stress Management, Anger Management, Money Management, and Social Skills | ☒ Forensic Issues groups (specify):<br>Trial Competency groups aimed to increase Mr. Hernandez' understanding to the legal system. |
| ☒ Psychoeducational groups (specify):<br> Medication Management and Relapse Prevention would be helpful to increase Mr. Hernandez' record of medication compliance and decrease the risk of returning to an institution. | ☐ Sex Offender Treatment (specify):<br>N/A |

### XVII.  Other Priority Issues (specify)

No other issues of concern have been identified at this time.

**DMH INTEGRATED ASSESSMENT:**
**SOCIAL WORK SECTION**
**Page 4 of 5**
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

ADDRESSOGRAPH

HERNANDEZ, DANIEL TIODOSO
PAT 161121-9  M SGL 3  3-29-80
8-28-08 VENT  PC 1370  CALIF
                        CHRI
                        UNIT...
AKA BISELLI, TIODOSO DANIEL

P000577

State of California-Health and Human Services Agency

Department of Mental Health

**DMH Integrated Assessment: Social Work Section**
MH-C 9022 (05/08)

Confidential Patient Information
See W&I Code Section 5328

| I.   WRPT Social Worker Name:  Deanna Reyes, CSW |
|---|

Signature: _____          Date: _____

**DMH INTEGRATED ASSESSMENT:**
**SOCIAL WORK SECTION**
**Page 5 of 5**
Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines Assessment

ADDRESSOGRAPH

HERNANDEZ, DANIEL TIDOSO
PAT 161121-9   M SGL 3   3-29-80
8-28-08 VENT   PC 1370   CALIF
                                  CHRI
                                  UNIT...
AKA BISELLI, TIODOSO DANIEL

P000578

## CALIFORNIA DEPARTMENT OF MENTAL HEALTH
## DMH WELLNESS AND RECOVERY PLAN

| **INDIVIDUAL'S NAME:** HERNANDEZ, DANIEL TIDOSO | **CASE NUMBER:** 161121-9 |
|---|---|
| **CONFERENCE DATE:** 9/3/2008 | **FINALIZED DATE:** 9/4/2008 | **FREQUENCY TYPE:** 7-Day Initial |

**DIAGNOSIS:** *(Begin with principal diagnosis if the individual has multiple Axis I or Axis II diagnoses).*

| Axis: I | 298.9 | P | PSYCHOTIC DISORDER NOS | Diagnosis Date: 9/3/2008 |
|---|---|---|---|---|
| Axis: II | V71.09B | S | NO DIAGNOSIS ON AXIS II | Diagnosis Date: 9/3/2008 |
| Axis: III | | | None | |
| Axis: IV | | | Problems in interaction with legal services (arrest, victimization) | |
| Axis: V | | | GAF: 40 | Last Quarterly GAF: 0 |

**LEGAL STATUS:** *(Begin with primary legal status if the Individual has multiple legal statuses).*

| Code | Description | Effective Date | End Date |
|---|---|---|---|
| PC1370 | INCOMPETENT TO STAND TRIAL | 7/23/2008 | 4/12/2011 |

**CASE FORMULATION:** *(Succinct analysis and integration of interdisciplinary assessments, including strengths and risk evaluation, which provides an understanding of the individual's situation, treatment and recovery needs).*

### Pertinent History

#### Personal History

Family of Origin: Mr. Hernandez was born in Santa Maria, CA. He stated his childhood was good and he denied any experience of childhood abuse. He reports that his parents are currently divorced. However, he said he has a good relationship with both parents. He was living with his mother. His father lives in another state. Mr. Hernandez said that he has 1 younger brother. He reports a good relationship with his sibling.

Education: He stated in other reports that he had finished high school and attended college at Santa Anna College and Moor Park College studying general subjects.

Employment: Mr. Hernandez has worked with Pacific Bell and was in the Navy for a time. He was released from the Navy on a less than honorable discharge but was unable to state the reasons why, other than being unable to complete his job responsibilities. He has not been receiving SSDI assistance.

Current Support System: Mr. Hernandez identified his mother and his aunt as primary social supports in his life.

#### Psychiatric History

Psychiatric History: Onset of mental illness is uncertain. When queried as to his feelings regarding his current level of mental health, Mr. Hernandez responded that his mental state is currently a 10/10 indicating a severe lack of insight into his current condition. His symptoms since admission include: high anxiety level, extreme guardedness, and refusal to acknowledge any elements of mental illness in his life, though he has been treated with medications in the past, was released from the Navy on an other than honorable discharge, and exhibits odd changes in behavior at times.

History of Suicidal Behavior: Mr. Hernandez reports he has never had suicidal ideations or attempts.

Substance use/abuse: He denied any history of abuse, though he has had multiple arrests for driving under the influence of alcohol.

| DMH WELLNESS AND RECOVERY PLAN<br>**Patton State Hospital**<br>Page 1 of 11<br>Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP<br>See the current WRP Manual for additional information regarding this form. | ADDRESSOGRAPH<br>WRP Status: FINAL<br><br>NAME: HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID: 161121-9<br>PROGRAM: VI   UNIT: EB02 |
|---|---|

Legal History

Juvenile History: None known.

Adult Criminal History: Mr. Hernandez has been arrested 13 times since 2000. There was no record of arrest as a juvenile. Some of his adult charges include multiple counts of driving under the influence (alcohol – 0.8% BAC), driving without a license, failure to appear, burglary (multiple counts), vandalism -- under $400, spousal battery, inflicting corporal injury on spouse, robbery, second degree, violation of parole and resisting arrest.

Current Arrest/Alleged offense:
PC 664/211, attempted robbery:second degree(F): term 16:2:3 and PC 245(a)(1), assault with a deadly weapon with priors(F): term 2:3:4.

He can recall the ADW charge, but not the robbery charge. He contested the veracity of the ADW charge, but the process was explained to him that we do not make legal decisions and he appeared to understand and moved on.

Alienist and other Court-Ordered Evaluations:
In a court-ordered evaluation by Dr. David J. Jimenez, EdD, dated 6/30/08, Mr. Hernandez was described as having pressured speech throughout the interview with odd voice changes at various points of the process. He had limited eye contact. He denied all symptoms of psychosis during this interview, but according to a report by his mother, he had been treated in the prison for mental illness and was now adamantly opposed to taking medications. He stated fears that the medication caused him to "lose his soul." The reasons for the treatment were not specified. He provided some biographical information, but it appeared at times to be confused and potentially confabulated. He had limited awareness of the required court material and was subsequently considered to be incompetent to stand trial and in need of further stabilization and treatment. Furthermore, based on his mental instability, he was deemed unable to rationally cooperate with his attorney at this time.

## Predisposing Factors

Mr. Hernandez' records do not indicate that he has a history of head trauma, medical illnesses and or history of physical, emotional, and sexual abuse. Mr. Hernandez denied special education history.

## Precipitating Factors

Prior to this most recent arrest, Mr. Hernandez was living with his mother and aunt in Oxnard, CA. He reported no difficulties in this arrangement and said he has a good relationship with his family. He denies any mental illness, though it could have been a factor in the incident. During this interview, he was ancy and asked the same question several times. He appears to have low insight into his current condition and limited judgment. These factors could have contributed to his current situation.

## Perpetuating Factors

He has limited social support, outside of his family, a history of substance-related arrests, though he denies ever having been arrested for substance-related issues, and a multitude of arrests. He has good intellectual functioning, but appears to have more limitations in his judgment and coping skills which could present more problems in the future if not properly addressed.

## Previous Treatment and Response

Past Inpatient and Outpatient Treatment: This is his first hospitalization at PSH. Mr. Hernandez denied past inpatient and outpatient treatment and denied having been on psychotropic medications in the past.

Summary of the Individual's Treatment Progress During the Current Hospitalization at PSH:

Summary of the Individual's Treatment Progress During the Last 30-Day Treatment Cycle (address at 28-Day and 56-Day WRPCs on admission units):

<table>
<tr><td colspan="2">DMH WELLNESS AND RECOVERY PLAN<br>**Patton State Hospital**<br>Page 2 of 11<br><br>Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP<br>See the current WRP Manual for additional information regarding this form.</td><td colspan="2">ADDRESSOGRAPH<br>WRP Status: FINAL</td></tr>
<tr><td></td><td></td><td>**NAME:**<br>**INDIVIDUAL ID:**<br>**PROGRAM:** VI</td><td>HERNANDEZ, DANIEL TIDOSO<br>161121-9<br>**UNIT:** EB02</td></tr>
</table>

## Present Status

### Symptoms

Mental Health Symptoms: At the 7-day conference, Mr. Hernandez presented as anxious and somewhat guarded. He was introduced to the treatment team and the WRP process was explained to him. He asked no questions. We provided a list of his charges and the required court material to learn for competency restoration. He reported that he has had no psychiatric symptoms this week, but staff reported that they have observed him talking to himself and making odd comments when outside on grounds. He has also refused his TB test and blood draws. We explained the purpose of these procedures and he agreed to participate in the process today. We will meet again next week to review goals and reassess his situation.

Changes made to Psychiatric Diagnosis: NA at this time.
Medical Symptoms: Mr.Hernandez denies any health issues, and no medical symptoms known at this time.

Key Indicators: None

### Interventions and Response

FOCI 1:
Zyprexa 20mg orally at 10pm. If refused to have Zyprexa 10mg IM each time

FOCI 6:
Per Dr. Mach (Physician) recommendation to attend Healthy Living classes and light/low intensity exercise 3x/week 1 hour each time

Mr. Hernandez is currently scheduled to attend NAO Groups Monday through Friday 955-1145 and 1510-1700.
Rehab Therapist will schedule his groups by 14 days WRPC.

### Risk Factors

SUICIDE RISK or Self-Injurious Behavior: He denies any history of suicide attempt and current suicide ideation. His rates "none" for current risk per Patton criteria.
ASSAULT RISK: Low-He denies history of assault and no indication of assault at this time.
CONTAINMENT RISK: No medical or psychological
ESCAPE RISK: Low. He denies history of escape and no record of escape history
FALLS: Low. He has no medical problems that may cause fall risk.

### Cultural

There are no cultural issues identified which could serve as a barrier to treatment for Mr. Hernandez.

### Functional

Mr.Hernandez evidences no major functional difficulties. He is capable of handling his own ADL's

### Barrier to Discharge

Mr. Hernandez needs to successfully address all components of his commitment as PC1370 to achieve competency to return to court.
Mr. Hernandez will be able to verbalize / demonstrate a clear understanding of the courtroom material to the Wellness and Recovery Treatment Team in the following areas:
1) Knowledge of the specific charges filed against him.

2) Knowledge of the four pleas that he may enter (Not guilty, guilty, no contest, and not guilty by reasons of insanity). Within this concept, knowledge of plea-bargaining is expected.

3) Knowledge of the potential outcomes and consequences for each plea option.

4) Knowledge of the various courtroom participants and their roles, including himself.

5) Ability to state that he will cooperate with his attorney in the defense of his case.
Mr. Hernandez will be discharged back to court (jail). He needs to be educated with his medications and coping techniques.

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 3 of 11 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | **NAME:** HERNANDEZ, DANIEL TIDOSO<br>**INDIVIDUAL ID:** 161121-9<br>**PROGRAM:** VI   **UNIT:** EB02 |
| See the current WRP Manual for additional information regarding this form. | |

**Behavioral Guidelines / PBS Plan**

There is no behavioral evidence requiring a PBS plan at this time.

**By Choice**

Mr. Hernandez was explained the By Choice program, point allocation, incentive store times and dates. He expressed no changes to his Blue card at this time.

**MOSES**

Mr. Hernandez has not expressed nor has he been observed exhibiting any adverse effects to his current medication regimen.

| LIFE GOALS: | *(In the individual's own words, include statements of dreams, hopes, aspirations, role functions and vision of life).* |
|---|---|

Per RN assessment 8/28/08- "To get out."
Per IPA 9/2/08- Mr. Hernandez stated that his life goal was to "be done with all of this." He said, with prompts that he had a trade he may return to, but he did not specify what that was.

| DISCHARGE CRITERIA FOR ANTICIPATED PLACEMENT: | *(Specific observable, behavioral, or measurable criteria for discharge).* |
|---|---|

Mr. Hernandez needs to successfully address all components of his commitment as PC1370 to achieve competency to return to court.
Mr. Hernandez will be able to verbalize / demonstrate a clear understanding of the courtroom material to the Wellness and Recovery Treatment Team in the following areas:
1) Knowledge of the specific charges filed against him.

2) Knowledge of the four pleas that he may enter (Not guilty, guilty, no contest, and not guilty by reasons of insanity). Within this concept, knowledge of plea-bargaining is expected.

3) Knowledge of the potential outcomes and consequences for each plea option.

4) Knowledge of the various courtroom participants and their roles, including himself.

5) Ability to state that he will cooperate with his attorney in the defense of his case.

Mr. Hernandez will be discharged back to court (jail). He needs to be educated with his medications and coping techniques.

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 4 of 11 | |
| | **NAME:**  HERNANDEZ, DANIEL TIDOSO |
| Confidential Patient Information | **INDIVIDUAL ID:**  161121-9 |
| See W&I Code Section 5328 | |
| Filing Guidelines - Current WRP | **PROGRAM:** VI    **UNIT:** EB02 |
| See the current WRP Manual for additional information regarding this form. | |

| FOCUS OF HOSPITALIZATION: | *(Check the items which are barriers to discharge)* |
|---|---|

| FOCUS # | FOCUS DESCRIPTION |
|---|---|
| ☐ 1.1 | Staged objectives waived because 'less than 60 days of admission'; Staff reported that they have observed him talking to himself and making odd comments when outside on grounds. |
| ☐ 6.1 | REFUSAL OF ADMISSION TREATMENTS, BLOOD DRAWS, VITAL SIGNS CHECK AND DIAGNOSTIC PROCEDURES. |
| ☐ 6.2 | MILK AND DAIRY PRODUCTS INTOLERANCE/ALLERGIES |
| ☑ 7.1 | He had limited awareness of the required court material and was subsequently considered to be incompetent to stand trial. |
| ☐ 11.1 | Mr. Hernandez coped poorly in a jail setting and needs assistance preparing for his discharge back to court. |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 5 of 11 | |
| Confidential Patient Information See W&I Code Section 5328 Filing Guidelines - Current WRP | **NAME:** HERNANDEZ, DANIEL TIDOSO  **INDIVIDUAL ID:** 161121-9  **PROGRAM:** VI  **UNIT:** EB02 |
| See the current WRP Manual for additional information regarding this form. | |

| FOCUS # 1.1  Psychiatric and Psychological | | | | |
|---|---|---|---|---|
| Staff reported that they have observed him talking to himself and making odd comments when outside on grounds. | | | | |
| **OBJECTIVES:** | *(Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms. Include the target date for completion for each objective and the method used to measure progress).* | | | |
| OBJ # | OBJECTIVE DESCRIPTION | STAGE | STATUS | TARGET DATE |
| 1.1.1 | Mr. Hernadez will be able to engage in a conversation with staff for at least five minutes during conference as documented in ID weekly notes. | 1 - Pre-Contemplation | Not Met | 12/12/2008 |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| INT # | INTERVENTION DESCRIPTION | ACTIVE TX | DISC. REASON | DISC. DATE |
| 1.1.1.1 | Nursing staff will dispense medications and educate about the purpose and effects of the medicine, the reason for the prescription, possible benefits, and side effects. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 1.1.1.2 | Nursing staff will also teach about the signs and symptoms of mental illness and the importance of medication adherence for recovery. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 1.1.1.3 | Harry Oreol, PD  provides for NAO mall group on Monday to Friday from 0955-1145 for 10 days to educate him on hospital structure and recovery approach. | ☑ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 6 of 11 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | **NAME:** HERNANDEZ, DANIEL TIDOSO<br>**INDIVIDUAL ID:** 161121-9<br>**PROGRAM:** VI   **UNIT:** EB02 |
| See the current WRP Manual for additional information regarding this form. | |

| FOCUS # 6.1  Medical, Health and Wellness | | | | |
|---|---|---|---|---|
| REFUSAL OF ADMISSION TREATMENTS, BLOOD DRAWS, VITAL SIGNS CHECK AND DIAGNOSTIC PROCEDURES. | | | | |
| **OBJECTIVES:** | *(Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms. Include the target date for completion for each objective and the method used to measure progress).* | | | |
| OBJ # | OBJECTIVE DESCRIPTION | STAGE | STATUS | TARGET DATE |
| 6.1.1 | Mr. Hernandez will cooperate and comply with admission treatments, blood draws, and diagnostic procedures while he is here at PSH in three months. | 00 - No Specific Stage | Not Met | 9/25/2008 |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| INT # | INTERVENTION DESCRIPTION | ACTIVE TX | DISC. REASON | DISC. DATE |
| 6.1.1.1 | Teach Mr. Hernandez the importance of these treatments and procedures during one on one with case manager/counselor for 15 minutes per week at his level of understanding. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 6.1.1.2 | Have unit psychiatrist Dr. Moreno evaluate and assess the need of the individual for psychotropic medication once per week for 15 minutes and encourage compliance with medication. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 6.1.1.3 | Monitor attendance and participation with NAO mall treatment group with Harry Oreol,daily for two weeks Monday to Friday as part of new admission orientation to all the programs given for new admit individuals. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 6.1.1.4 | Once medication is prescribed, monitor individual's compliance with medication to treat mental illness and psychotic symptoms daily and improvements of symptoms on a daily basis for three months. | ☐ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 7 of 11 | |
| Confidential Patient Information See W&I Code Section 5328 Filing Guidelines - Current WRP See the current WRP Manual for additional information regarding this form. | **NAME:**  HERNANDEZ, DANIEL TIDOSO **INDIVIDUAL ID:**  161121-9 **PROGRAM:** VI  **UNIT:** EB02 |

| FOCUS # 6.2  Medical, Health and Wellness | | | | |
|---|---|---|---|---|
| MILK AND DAIRY PRODUCTS INTOLERANCE/ALLERGIES | | | | |
| **OBJECTIVES:** | *(Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms.  Include the target date for completion for each objective and the method used to measure progress).* | | | |
| OBJ # | OBJECTIVE DESCRIPTION | STAGE | STATUS | TARGET DATE |
| 6.2.1 | Mr Hernandez will have no allergic reaction to milk and dairy products for three months while he is here at PSH. | 00 - No Specific Stage | Not Met | 9/25/2008 |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place.  For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| INT # | INTERVENTION DESCRIPTION | ACTIVE TX | DISC. REASON | DISC. DATE |
| 6.2.1.1 | Have Med Surg MD order food with no milk products. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place.  For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 6.2.1.2 | Monitor food intake consumed or eaten in the dining room daily/sack lunches served during weekdays. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place.  For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 6.2.1.3 | Notify dietician about allergies/intolerance and have dietician evaluate the individual. Make food service worker aware about food intolerance and provide substitutes for menus that have milk and dairy products. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place.  For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 6.2.1.4 | Monitor for allergic reactions to food daily during mealtime such as hives, rashes, shortness of breath and nausea and vomiting and notify the MD/MOD immediately. | ☐ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 8 of 11 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | NAME: HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID: 161121-9<br>PROGRAM: VI   UNIT: EB02 |
| See the current WRP Manual for additional information regarding this form. | |

| FOCUS # 7.1  Legal | | | | |
|---|---|---|---|---|
| He had limited awareness of the required court material and was subsequently considered to be incompetent to stand trial. | | | | |
| **OBJECTIVES:** | *(Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms.  Include the target date for completion for each objective and the method used to measure progress).* | | | |
| OBJ # | OBJECTIVE DESCRIPTION | STAGE | STATUS | TARGET DATE |
| 7.1.1 | Mr. Hernandez will learn and understand the 4 pleas available for his defense and all other court materials in order for him to return to court. | 00 - No Specific Stage | Not Met | 9/25/2008 |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place.  For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| INT # | INTERVENTION DESCRIPTION | ACTIVE TX | DISC. REASON | DISC. DATE |
| 7.1.1.1 | Mr. Hernandez will have a 1:1 session with WRT PT, J. Taylor and/or WRT RN, A. Spendlove once a week for 30 minutes to assist him in learning court materials and assess his progress and needs. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place.  For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 7.1.1.2 | WRT PT, will provide Mr. Hernandez with court materials and assist him and provide him techniques on how to learn and remember necessary materials so he can return to court. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place.  For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 7.1.1.3 | WRT will assess Mr. Hernandez' knowledge regarding court materials once a week to review what he has learned while awaiting for his staffing and court date. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place.  For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 7.1.1.4 | Harry Oreol, PD provides for NAO mall group on Monday to Friday from 0955-1145 for 10 days to educate  him on hospital structure and recovery approach. | ☑ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 9 of 11 | |
| Confidential Patient Information See W&I Code Section 5328 Filing Guidelines - Current WRP | **NAME:** HERNANDEZ, DANIEL TIDOSO **INDIVIDUAL ID:** 161121-9 **PROGRAM:** VI   **UNIT:** EB02 |
| See the current WRP Manual for additional information regarding this form. | |

| FOCUS # 11.1  Community Integration | | | | |
|---|---|---|---|---|
| Mr. Hernandez coped poorly in a jail setting and needs assistance preparing for his discharge back to court. | | | | |
| **OBJECTIVES:** | *(Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms.  Include the target date for completion for each objective and the method used to measure progress).* | | | |
| OBJ # | OBJECTIVE DESCRIPTION | STAGE | STATUS | TARGET DATE |
| 11.1.1 | Mr. Hernandez will verbalize at least one discharge plan by 60-day WRPC. It will be measured by IDN progress note. | 00 - No Specific Stage | Not Met | 10/12/2008 |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place.  For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| INT # | INTERVENTION DESCRIPTION | ACTIVE TX | DISC. REASON | DISC. DATE |
| 11.1.1.1 | Nursing staff will encourage him to explore his options for the future. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place.  For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 11.1.1.2 | Harry Oreol, PD  provides for NAO mall group on Monday to Friday from 0955-1145 for 10 days to educate him on hospital structure and recovery approach. | ☑ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 10 of 11 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | NAME:   HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID:   161121-9<br>PROGRAM:  VI    UNIT:  EB02 |
| See the current WRP Manual for additional information regarding this form. | |

**Signature Information:**

| | | | |
|---|---|---|---|
| **Individual:** DANIEL TIDOSO HERNANDEZ | | **Participation Code:** FP | |
| **Individual ID:** 161121-9 | | **Description :** Full Participation | |
| **WRPID:** 55297 | | **Absence Reason:** | |

| | | |
|---|---|---|
| **WRP Status:** Final | **Discharge Criteria  Met:** No | |
| **Finalized Date:** 9/4/2008 | **Offered a Copy:** Yes | |
| **Conference Date:** 9/3/2008 | **Accepted a Copy:** No | |

| Discipline | Attendee Name | Lead | Attended | Signature |
|---|---|---|---|---|
| Individual | DANIEL TIDOSO HERNANDEZ | | | |
| Psychiatrist | MORENO, ROBERTO \| MD | Yes | Yes | |
| Psychologist | JOHNSON, JOHN, W \| PSYD | No | Yes | |
| Rehabilitation Therapist | KANO, TAMIKO \| RT | No | Yes | |
| Social Worker | REYES, DEANNA, N \| CSW | No | No | |
| RN / Psychiatric Nurse Practitioner | SPENDLOVE, ARLENE, T \| RN | No | Yes | |
| LVN / Psychiatric Technician | TAYLOR, JEFFREY, LEE \| PT | No | No | |
| Team Recorder | APOSTOL, CHARITY, TRINIDAD \| RN | No | Yes | |

| | |
|---|---|
| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
| **Patton State Hospital** | WRP Status: FINAL |
| Page 11 of 11 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | **NAME:** HERNANDEZ, DANIEL TIDOSO<br>**INDIVIDUAL ID:** 161121-9<br>**PROGRAM:** VI   **UNIT:** EB02 |
| See the current WRP Manual for additional information regarding this form. | |