Exhibit 121

## CALIFORNIA DEPARTMENT OF MENTAL HEALTH
## DMH WELLNESS AND RECOVERY PLAN

| **INDIVIDUAL'S NAME:** | HERNANDEZ, DANIEL TIDOSO | **CASE NUMBER:** | 161121-9 |
|---|---|---|---|
| **CONFERENCE DATE:** | 10/28/2008 | **FINALIZED DATE:** 10/29/2008 | **FREQUENCY TYPE:** 14-Day |

| **DIAGNOSIS:** | *(Begin with principal diagnosis if the individual has multiple Axis I or Axis II diagnoses).* | |
|---|---|---|
| Axis: I | 298.9     P | PSYCHOTIC DISORDER NOS | Diagnosis Date: 10/28/2008 |
| Axis: II | V71.09B | NO DIAGNOSIS ON AXIS II | Diagnosis Date: 10/28/2008 |
| Axis: III | | None | |
| Axis: IV | | Problems in interaction with legal services (arrest, victimization) | |
| Axis: V | | GAF: 60 | Last Quarterly GAF: 0 |

**LEGAL STATUS:** *(Begin with primary legal status if the Individual has multiple legal statuses).*

| Code | Description | Effective Date | End Date |
|---|---|---|---|
| PC1370 | INCOMPETENT TO STAND TRIAL | 7/23/2008 | 4/12/2011 |

**CASE FORMULATION:** *(Succinct analysis and integration of interdisciplinary assessments, including strengths and risk evaluation, which provides an understanding of the individual's situation, treatment and recovery needs).*

### Pertinent History

#### Personal History

Family of Origin: Mr. Hernandez was born in Santa Maria, CA. He stated his childhood was good and he denied any experience of childhood abuse. He reports that his parents are currently divorced. However, he said he has a good relationship with both parents. He was living with his mother. His father lives in another state. Mr. Hernandez said that he has 1 younger brother. He reports a good relationship with his sibling.

Education: He stated in other reports that he had finished high school and attended college at Santa Anna College and Moor Park College studying general subjects.

Employment: Mr. Hernandez has worked with Pacific Bell and was in the Navy for a time. He was released from the Navy on a less than honorable discharge but was unable to state the reasons why, other than being unable to complete his job responsibilities. He has not been receiving SSDI assistance.

Current Support System: Mr. Hernandez identified his mother and his aunt as primary social supports in his life.

#### Psychiatric History

Psychiatric History: Onset of mental illness is uncertain. When queried as to his feelings regarding his current level of mental health, Mr. Hernandez responded that his mental state is currently a 10/10 indicating a severe lack of insight into his current condition. His symptoms since admission include: high anxiety level, extreme guardedness, and refusal to acknowledge any elements of mental illness in his life, though he has been treated with medications in the past, was released from the Navy on an other than honorable discharge, and exhibits odd changes in behavior at times.

History of Suicidal Behavior: Mr. Hernandez reports he has never had suicidal ideations or attempts.

Substance use/abuse: He denied any history of abuse, though he has had multiple arrests for driving under the influence of alcohol.

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 1 of 17 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | NAME:   HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID:   161121-9<br>PROGRAM: VI     UNIT:  EB02 |
| See the current WRP Manual for additional information regarding this form. | |

Legal History

Juvenile History: None known.

Adult Criminal History: Mr. Hernandez has been arrested 13 times since 2000. There was no record of arrest as a juvenile. Some of his adult charges include multiple counts of driving under the influence (alcohol – 0.8% BAC), driving without a license, failure to appear, burglary (multiple counts), vandalism – under $400, spousal battery, inflicting corporal injury on spouse, robbery, second degree, violation of parole and resisting arrest.

Current Arrest/Alleged offense:
PC 664/211, attempted robbery:second degree(F): term 16:2:3 and PC 245(a)(1), assault with a deadly weapon with priors(F): term 2:3:4.

He could recall the ADW charge, but not the robbery charge. He contested the veracity of the ADW charge, but the process was explained to him that we do not make legal decisions and he appeared to understand and moved on.

Alienist and other Court-Ordered Evaluations:
In a court-ordered evaluation by Dr. David J. Jimenez, EdD, dated 6/30/08, Mr. Hernandez was described as having pressured speech throughout the interview with odd voice changes at various points of the process. He had limited eye contact. He denied all symptoms of psychosis during this interview, but according to a report by his mother, he had been treated in the prison for mental illness and was now adamantly opposed to taking medications. He stated fears that the medication caused him to "lose his soul." The reasons for the treatment were not specified. He provided some biographical information, but it appeared at times to be confused and potentially confabulated. He had limited awareness of the required court material and was subsequently considered to be incompetent to stand trial and in need of further stabilization and treatment. Furthermore, based on his mental instability, he was deemed unable to rationally cooperate with his attorney at this time.

## Predisposing Factors

Mr. Hernandez' records do not indicate that he has a history of head trauma, medical illnesses and or history of physical, emotional, and sexual abuse. Mr. Hernandez denied special education history.

## Precipitating Factors

Prior to this most recent arrest, Mr. Hernandez was living with his mother and aunt in Oxnard, CA. He reported no difficulties in this arrangement and said he has a good relationship with his family. He denies any mental illness, though it could have been a factor in the incident. During this interview, he was ancy and asked the same question several times. He appears to have low insight into his current condition and limited judgment. These factors could have contributed to his current situation.

## Perpetuating Factors

He has limited social support, outside of his family, a history of substance-related arrests, though he denies ever having been arrested for substance-related issues, and a multitude of arrests. He has good intellectual functioning, but appears to have more limitations in his judgment and coping skills which could present more problems in the future if not properly addressed.

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 2 of 17 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | NAME:   HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID:   161121-9<br>PROGRAM: VI   UNIT:  EB02 |
| See the current WRP Manual for additional information regarding this form. | |

P000477

## Previous Treatment and Response

Past Inpatient and Outpatient Treatment: This is his first hospitalization at PSH. Mr. Hernandez denied past inpatient and outpatient treatment and denied having been on psychotropic medications in the past.

Summary of the Individual's Treatment Progress During the Current Hospitalization at PSH:

At the 7-day conference, Mr. Hernandez presented as anxious and somewhat guarded. He was introduced to the treatment team and the WRP process was explained to him. He asked no questions. We provided a list of his charges and the required court material to learn for competency restoration. He reported that he has had no psychiatric symptoms this week, but staff reported that they have observed him talking to himself and making odd comments when outside on grounds. He has also refused his TB test and blood draws. We explained the purpose of these procedures and he agreed to participate in the process today. We will meet again next week to review goals and reassess his situation.

At the 14-day conference, Mr. Hernandez was anxious and made little eye contact for the duration of the meeting. He stated that he was feeling somewhat better, but was having some moderate side effects from his medications, primarily anticholinergic effects such as dry mouth. The psychiatrist agreed to look at his medications for potential adjustments if necessary, but essentially stated the side effects should resolve before long. Mood was anxious and affect was constricted, but he was cooperate and able to participate adequately.

At his 28-day conference, Mr. Hernandez participated appropriately and was able to state all of his court material upon questioning. He stated he would like to stay at Patton to get vocational training, but he was informed this would not be available to him. Upon receiving this info, he agreed to work towards getting out and moving through his case. Affect was constricted and he appeared somewhat anxious, but was improved from last meeting. Overall, his mood appears to be brightening and he stated that he is feeling better.

At the 42-day conference, Mr. Hernandez was quiet and calm. He was exhibiting some mild anxiety as evidenced by facial tension, but was able to maintain appropriate eye contact. He entered the room and immediately began to explain the reasons for his aberrant behavior and retraints last week. He indicated some strong concerns over the concentration of his medications and said that the Zyprexa is making him sleepy. We discussed the appropriate mechanisms for requesting changes in his medications and making requests for such issues. He indicated he would act more appropriately in the future. We also discussed the loss of his IT assignment based on the situation. He expressed sincere remorse over the loss. We spoke with shift lead and he reported that the assignment had already been delegated elsewhere, but the team would be mindful to provide him with other opportunities for engagement when available.

## Present Status

### Symptoms

Mental Health Symptoms: At the 60-day conference, Mr. Hernandez was calm and pleasant. He indicated that he feels he is doing much better now and is still interested in vocational rehabilitation. We encouraged to seek resources in the community which he said he would do. He was given positive feedback from the team. Mood was euthymic, affect was within normal limits.

Changes made to Psychiatric Diagnosis: GAF changed to 60 on his 28 day conference.

Medical Symptoms: Mr.Hernandez denies any health issues, and no medical symptoms known at this time.

Key Indicators:
(1) 4.11 Weight change plus or minus 5% in 1 month 10/1/2008 12:00:00 AM

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| Patton State Hospital | WRP Status: FINAL |

Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines - Current WRP

See the current WRP Manual for additional information regarding this form.

NAME: HERNANDEZ, DANIEL TIDOSO
INDIVIDUAL ID: 161121-9
PROGRAM: VI    UNIT: EB02

P000478

## Interventions and Response

FOCI 1:
Zyprexa 15mg orally at 8pm.

FOCI 6:
Per Dr. Mach (Physician) recommendation to attend Healthy Living classes and light/low intensity exercise 3x/week 1 hour each time.
Okay for weight training - clearance from the medical doctor on 9/10/08
For Hepatitis B vaccination:
1st dose: Hep B vaccine 1ml IM x1 was given on 9/11/08
2nd dose: Hep B vaccine 1ml IM x 1 to be given 1 month after the first dose
3rd dose: Hep B vaccine 1ml IM x 1 5 months from the 1st dose.

Mr. Hernandez is currently scheduled to attend following groups:

Mondays:
955-1045 Indoor Walking Group
1055-1145 The Study of 1370
1510-1600 Life Skills
1610-1700 Citizenship & Social Responsibility

Tuesdays:
955-1045 Medication Education
1055-1145 Discharge Planning/ Relapse Preventions
1510-1600 Creative Expressions through Arts/Crafts
1610-1700 Smokey's Cafe

Wednesdays:
955-1045 Working with your Attorney BC
1055-1145 Stress Management
1510-1600 Collaborative Recovery Group
1610-1700 WRP: Understanding Your WRP

Thursdays:
955-1045 Conflict Management
1055-1145 Discharge Planning/Relapse Preventions
1510-1600 Music & Relaxation
1610-1700 Solutions For Wellness

Fridays:
955-1045 Informational Court A
1055-1145 Steps to Better Health
1510-1600 Stress Management through Leisure
1610-1700 Hope & Spirituality

## Risk Factors

SUICIDE RISK or Self-Injurious Behavior: He denies any history of suicide attempt and current suicide ideation. His rates "none" for current risk per Patton criteria.
ASSAULT RISK: Low-He denies history of assault and no indication of assault at this time.
CONTAINMENT RISK: No medical or psychological
ESCAPE RISK: Low. He denies history of escape and no record of escape history
FALLS: Low. He has no medical problems that may cause fall risk.

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 4 of 17 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | NAME: HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID: 161121-9<br>PROGRAM: VI UNIT: EB02 |
| See the current WRP Manual for additional information regarding this form. | |

<u>Cultural</u>

There are no cultural issues identified which could serve as a barrier to treatment for Mr. Hernandez.

<u>Functional</u>

Mr.Hernandez evidences no major functional difficulties. He is capable of handling his own ADL's.

From the RT Assessment, his level of functioning are as follows:
Physical Function:
Mr. Hernandez does not present with any visual, auditory or speech impairments nor does he need assistance with transfer or positioning. His gross and fine motor functioning are adequate as observed in assessment activities. He has a healthy BMI of 19 and his two medical problems open in the chart at time of assessment are for: refusal of admission treatment, blood draws, vital signs check and diagnostic procedures and also milk and dairy product allergies.

Social Function:
Mr. Hernandez appears to follow staff instruction and is able to comply with unit rules and routine. He is supportive of peers and encouraging and is able to demonstrate appropriate verbal and physical interpersonal boundaries. However, he does appear to have a deficit regarding accepting responsibility for his actions that led to his current hospitalization and it does not appear that he thinks through the long term consequences of his actions, thereby affecting his ability to achieve long term goals.

Life Skills:
Mr. Hernandez appears to have an average life skills ability. He seems to have an appreciation for time management, appropriate grooming and hygiene standards and can independently attend to daily chores. He however displays a deficit in understanding his inability to make careful decisions and ensure the success of his long term goals.

Strengths:
"I am independent, good at working hard and likable." As observed by assessment interview and activities, Mr. Hernandez is able to identify leisure interests and is physically able to participate in wellness activities. He seems to have good social skills, an appreciation for time management and adequate hygiene. He demonstrates leadership ability and can independently attend to his ADL's . He also can demonstrate appropriate verbal and physical interpersonal boundaries with peers and staff.

<u>Barrier to Discharge</u>

Mr. Hernandez needs to successfully address all components of his commitment as PC1370 to achieve competency to return to court.
Mr. Hernandez will be able to verbalize / demonstrate a clear understanding of the courtroom material to the Wellness and Recovery Treatment Team in the following areas:
1) Knowledge of the specific charges filed against him.-14d "assault with deadly weapon and it's a felony"
28 day-"Assault with a deadly weapon" Met

2) Knowledge of the four pleas that he may enter (Not guilty, guilty, no contest, and not guilty by reasons of insanity). Within this concept, knowledge of plea-bargaining is expected.- 14d aware of 3/4 pleas and a plea bargain-"a deal" but still not sure the benefits of a plea bargain
28 day- Met

3) Knowledge of the potential outcomes and consequences for each plea option.

4) Knowledge of the various courtroom participants and their roles, including himself.- 14d-"judge, bailiff, court reporter, DA, PD, and myself"
28 day-Met

5) Ability to state that he will cooperate with his attorney in the defense of his case.-28d-Met

Mr. Hernandez will be discharged back to court (jail). He needs to be educated with his medications and coping techniques.

Mr. Hernandez passed his staffing on his 28 day conference.

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| Patton State Hospital | WRP Status: FINAL |
| Page 5 of 17 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | NAME: HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID: 161121-9<br>PROGRAM: VI UNIT: EB02 |
| See the current WRP Manual for additional information regarding this form. | |

**Behavioral Guidelines / PBS Plan**

There is no behavioral evidence requiring a PBS plan at this time.

Approximately 2 weeks ago, Mr. Hernandez became agitated and reqwuired staff intervention to calm down. His case was assessed by the team who felt that behavioral guidelines would not be helpful under the circumstances. We will continue to explore the details to make further changes.

**By Choice**

Mr. Hernandez was explained the By Choice program, point allocation, incentive store times and dates. He expressed no changes to his Blue card at this time.

At the 14-day conference, Mr. Hernandez was informed that he was currently receiving about 90% of his current points. He was unable to recall why he may have lost points, but based on the spread of the loss, it may be that he did not turn in his card on one d. He said his groups were going well otherwise and requested no changes in point allocation. We will keep points the same until next conference.

At the 28-day conference, he was receiving about 95% of his total points. He noted that he was unsure why he had lost points on 5 PM time slots. He requested no changes in the overall structure of points and no changes were made in the plan.

At the 42-day conference, Mr. Hernandez was receiving about 98% of his total points. He stated that he was unsure why he had lost points, but it appears to be based on the incident about non-compliance with medications which occurred last week. He has otherwise been attending all groups and doing well. He noted he is working hard to maintain attention even though he becomes sleepy at times in the group. He made no requests for changes in the group or the point allocation, so no changes were made at this time.

At the 60-day conference, Mr. Hernandez was receiving 100% of his alloted points. Due to his impending transfer status, no changes were made to his point allocation. He stated he will continue to attend his scheduled groups and feels he is learning from the groups.

**MOSES**

Mr. Hernandez has not expressed nor has he been observed exhibiting any adverse effects to his current medication regimen.

| LIFE GOALS: | *(In the individual's own words, include statements of dreams, hopes, aspirations, role functions and vision of life).* |
| --- | --- |

Per RN assessment 8/28/08- "To get out."
Per IPA 9/2/08- Mr. Hernandez stated that his life goal was to "be done with all of this." He said, with prompts that he had a trade he may return to, but he did not specify what that was.

| DISCHARGE CRITERIA FOR ANTICIPATED PLACEMENT: | *(Specific observable, behavioral, or measurable criteria for discharge).* |
| --- | --- |

Mr. Hernandez needs to successfully address all components of his commitment as PC1370 to achieve competency to return to court.
Mr. Hernandez will be able to verbalize / demonstrate a clear understanding of the courtroom material to the Wellness and Recovery Treatment Team in the following areas:
1) Knowledge of the specific charges filed against him.

2) Knowledge of the four pleas that he may enter (Not guilty, guilty, no contest, and not guilty by reasons of insanity). Within this concept, knowledge of plea-bargaining is expected.

3) Knowledge of the potential outcomes and consequences for each plea option.

4) Knowledge of the various courtroom participants and their roles, including himself.

5) Ability to state that he will cooperate with his attorney in the defense of his case.

Mr. Hernandez will be discharged back to court (jail). He needs to be educated with his medications and coping techniques.

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
| --- | --- |
| **Patton State Hospital** | WRP Status: FINAL |
| Page 6 of 17 | |
| Confidential Patient Information | NAME:   HERNANDEZ, DANIEL TIDOSO |
| See W&I Code Section 5328 | INDIVIDUAL ID:   161121-9 |
| Filing Guidelines - Current WRP | PROGRAM: VI   UNIT:  EB02 |
| See the current WRP Manual for additional information regarding this form. | |

| FOCUS OF HOSPITALIZATION: | (Check the items which are barriers to discharge) |
|---|---|

| FOCUS # | FOCUS DESCRIPTION |
|---|---|
| ☐ 1.1 | Staged objectives waived because 'less than 60 days of admission'; Staff reported that they have observed him talking to himself and making odd comments when outside on grounds. |
| ☐ 6.1 | REFUSAL OF ADMISSION TREATMENTS, BLOOD DRAWS, VITAL SIGNS CHECK AND DIAGNOSTIC PROCEDURES. |
| ☐ 6.2 | MILK AND DAIRY PRODUCTS INTOLERANCE/ALLERGIES |
| ☑ 7.1 | He had limited awareness of the required court material and was subsequently considered to be incompetent to stand trial. |
| ☐ 10.1 | Mr.Hernandez stated that he enjoys participate in art activities. |
| ☐ 11.1 | Mr. Hernandez coped poorly in a jail setting and needs assistance preparing for his discharge back to court. |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 7 of 17 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | NAME:  HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID:  161121-9<br>PROGRAM: VI    UNIT:  EB02 |
| See the current WRP Manual for additional information regarding this form. | |

| FOCUS # 1.1 Psychiatric and Psychological | | | | |
|---|---|---|---|---|
| Staff reported that they have observed him talking to himself and making odd comments when outside on grounds. | | | | |

| OBJECTIVES: | *(Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms. Include the target date for completion for each objective and the method used to measure progress).* | | | |
|---|---|---|---|---|
| OBJ # | OBJECTIVE DESCRIPTION | STAGE | STATUS | TARGET DATE |
| 1.1.1 | Mr. Hernadez will be able to engage in a conversation with staff for at least five minutes during conference as documented in ID weekly notes. | 1 - Pre-Contemplation | Partially Met | 12/12/2008 |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| INT # | INTERVENTION DESCRIPTION | ACTIVE TX | DISC. REASON | DISC. DATE |
| 1.1.1.1 | Nursing staff will dispense medications and educate about the purpose and effects of the medicine, the reason for the prescription, possible benefits, and side effects. | ☐ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 1.1.1.2 | Nursing staff will also teach about the signs and symptoms of mental illness and the importance of medication adherence for recovery. | ☐ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 1.1.1.4 | Sandra Brizuela will provide Life Skills on Mondays 1510-1600 in EB-02 dayhall to assist Mr.Hernandez to identify symptoms of mental illness and to educate how WRP is to be utilized to develop skills necessary when he gets out of PSH. Strengths: Mr.Hernandez is cooperative with rules and routine on the unit. | ☑ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 1.1.1.5 | Afzal Sarbuland will provide Medication Education group on Tuesdays 955-1045 in room A245 to educate positive effects of medication, and assist Mr.Hernandez to identify symptoms of mental illness. Strengths: Mr.Hernandez is able to participate in non-productive activities, such as arts and crafts and sports, with minimal verbal prompts. | ☑ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 8 of 17 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | NAME: HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID: 161121-9<br>PROGRAM: VI   UNIT: EB02 |
| See the current WRP Manual for additional information regarding this form. | |

| INTERVENTIONS: | *(Describe the clin... activity/treatment modality/therapeutic milieu activity, ... provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 1.1.1.6 | Dr. John Johnson will provide WRP: collaborative Recovery Group on Wednesdays 1510-1600 in EB-02 dayhall. Mr.Hernandez will participate with their WRT in discussions relating to their WRP. Strengths: Mr.Hernandez participated in scheduled groups actively and has been receiving full participation for those groups he participates. | ☑ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 1.1.1.7 | Joseph Hernandez will provide WRP: Understanding your WRP group on Wednesdays 1610-1700 in EB-02 dayhall to assist Mr.Hernandez to identify symptoms of mental illness and to educate how WRP is to be utilized to develop skills necessary when he gets out of PSH. Strengths: Mr.Hernandez is cooperative and follow directions with minimal verbal directions. | ☑ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 1.1.1.8 | Sandra Brizuela will provide Citizenship & Social Responsibility on Mondays 1610-1700 in EB-02 dayhall to educate Mr.Hernandez how to be socially responsible as a citizen. Strengths: He is able to participate in group activities with minimal verbal prompts. | ☑ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 1.1.1.9 | Barbara Jones will provide Stress Management through Leisure on Fridays 1510-1600 in EB-02 dayhall to assist Mr.Hernandez in improving their ability to manage stress by exploring various types of leisure. Strengths: Mr.Hernandez is able to verbalize his needs to staff members as needed. | ☑ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 1.1.1.10 | N.Jabonillo, PT will provide Hope & Spirituality on Fridays 1610-1700 in EB-02 dayhall. This group is about linking life experience to our spirituality by exploring through discussion and other modes of communication while we are here and the purpose of our existence. | ☑ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 9 of 17 | NAME: HERNANDEZ, DANIEL TIDOSO |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | INDIVIDUAL ID: 161121-9 |
| See the current WRP Manual for additional information regarding this form. | PROGRAM: VI  UNIT: EB02 |

| INTERVENTIONS: | (Describe the cli... . activity/treatment modality/therapeutic milieu activity, . . . .  ovider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.) | | | |
|---|---|---|---|---|
| 1.1.1.11 | Robert Quijada will provide Conflict Management on Thursdays 955-1045 in room A228 to educate Mr.Hernandez how to manage when he face with conflict, so that he can overcome with issues in the future.  Strengths: Mr.Hernandez is able to verbalize his needs and issues to staff members when needed. | ☑ | | |
| **INTERVENTIONS:** | (Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.) | | | |
| 1.1.1.12 | Marjorie Simmons will provide Stress Management group on Wednesdays 1055-1145 in room A130 to educate Mr.Hernandez how stress affects the body mentally and physically and how to decrease stress. Strengths: Mr.Hernandez is able to cooperate with unit rules and routine with minimal verbal prompts. | ☑ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 10 of 17 | |
| Confidential Patient Information | NAME:  HERNANDEZ, DANIEL TIDOSO |
| See W&I Code Section 5328 | INDIVIDUAL ID:  161121-9 |
| Filing Guidelines - Current WRP | PROGRAM:  VI    UNIT:  EB02 |
| See the current WRP Manual for additional information regarding this form. | |

P000485

FOCUS # 6.1 Medical, Health and Wellness

REFUSAL OF ADMISSION TREATMENTS, BLOOD DRAWS, VITAL SIGNS CHECK AND DIAGNOSTIC PROCEDURES.

| OBJECTIVES: | *(Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms. Include the target date for completion for each objective and the method used to measure progress).* | | | |
|---|---|---|---|---|
| OBJ # | OBJECTIVE DESCRIPTION | STAGE | STATUS | TARGET DATE |
| 6.1.1 | Mr. Hernandez will cooperate and comply with admission treatments, blood draws, and diagnostic procedures while he is here at PSH in three months as evidenced in ID notes. | 00 - No Specific Stage | Partially Met | 10/31/2008 |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| INT # | INTERVENTION DESCRIPTION | ACTIVE TX | DISC. REASON | DISC. DATE |
| 6.1.1.1 | Teach Mr. Hernandez the importance of these treatments and procedures during one on one with case manager/counselor for 15 minutes per week at his level of understanding. | ☐ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 6.1.1.2 | Have unit psychiatrist Dr. Moreno evaluate and assess the need of the individual for psychotropic medication once per week for 15 minutes and encourage compliance with medication. | ☐ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 6.1.1.4 | Once medication is prescribed, monitor individual's compliance with medication to treat mental illness and psychotic symptoms daily and improvements of symptoms on a daily basis for three months. | ☐ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 6.1.1.5 | Barbara Jones will provide Smokey's Café on Tuesdays 1610-1700 in EB-02 dayhall. Mr.Hernandez will engage in an interactive approach to stop smoking. Strengths: Mr.Hernandez is able to verbalize his needs to staff members as needed. | ☑ | | |

DMH WELLNESS AND RECOVERY PLAN

Patton State Hospital

Page 11 of 17

Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines - Current WRP

See the current WRP Manual for additional information regarding this form.

ADDRESSOGRAPH
WRP Status: FINAL

NAME:          HERNANDEZ, DANIEL TIDOSO
INDIVIDUAL ID:  161121-9
PROGRAM: VI   UNIT:  EB02

P000486

FOCUS # 6.2  Medical, Health and Wellness

MILK AND DAIRY PRODUCTS INTOLERANCE/ALLERGIES

| OBJECTIVES: | (Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms. Include the target date for completion for each objective and the method used to measure progress.) | | | |
|---|---|---|---|---|
| OBJ # | OBJECTIVE DESCRIPTION | STAGE | STATUS | TARGET DATE |
| 6.2.1 | Mr Hernandez will have no allergic reaction to milk and dairy products for three months while he is here at PSH. | 00 - No Specific Stage | Partially Met | 10/31/2008 |

| INTERVENTIONS: | (Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.) | | | |
|---|---|---|---|---|
| INT # | INTERVENTION DESCRIPTION | ACTIVE TX | DISC. REASON | DISC. DATE |
| 6.2.1.1 | Have Med Surg MD order food with no milk products. | ☐ | | |

| INTERVENTIONS: | (Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.) | | | |
|---|---|---|---|---|
| 6.2.1.2 | Monitor food intake consumed or eaten in the dining room daily/sack lunches served during weekdays. | ☐ | | |

| INTERVENTIONS: | (Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.) | | | |
|---|---|---|---|---|
| 6.2.1.3 | Notify dietician about allergies/intolerance and have dietician evaluate the individual. Make food service worker aware about food intolerance and provide substitutes for menus that have milk and dairy products. | ☐ | | |

| INTERVENTIONS: | (Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.) | | | |
|---|---|---|---|---|
| 6.2.1.4 | Monitor for allergic reactions to food daily during mealtime such as hives, rashes, shortness of breath and nausea and vomiting and notify the MD/MOD immediately. | ☐ | | |

| INTERVENTIONS: | (Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.) | | | |
|---|---|---|---|---|
| 6.2.1.5 | Kathy Moreno, PT will provide Solutions for Wellness on Thursdays 1610-1700 in EB-02 dayhall to educate Mr.Hernandez on metabolic syndrome & diabetes as well as assisting them with understanding the importance of self-health maintenance. Strengths: He is able to verbalize his needs to staff members as needed. | ☑ | | |

DMH WELLNESS AND RECOVERY PLAN

**Patton State Hospital**

Page 12 of 17

Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines - Current WRP

See the current WRP Manual for additional information regarding this form.

ADDRESSOGRAPH
WRP Status: FINAL

NAME:  HERNANDEZ, DANIEL TIDOSO
INDIVIDUAL ID:  161121-9
PROGRAM:  VI  UNIT:  EB02

P000487

**FOCUS # 7.1 Legal**

He had limited awareness of the required court material and was subsequently considered to be incompetent to stand trial.

| OBJECTIVES: | *(Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms. Include the target date for completion for each objective and the method used to measure progress).* | | | |
|---|---|---|---|---|
| **OBJ #** | **OBJECTIVE DESCRIPTION** | **STAGE** | **STATUS** | **TARGET DATE** |
| 7.1.1 | Mr. Hernandez will learn and understand the 4 pleas available for his defense and all other court materials in order for him to return to court. | 00 - No Specific Stage | Partially Met | 10/31/2008 |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| **INT #** | **INTERVENTION DESCRIPTION** | **ACTIVE TX** | **DISC. REASON** | **DISC. DATE** |
| 7.1.1.1 | Mr. Hernandez will have a 1:1 session with WRT PT, J. Taylor and/or WRT RN, A. Spendlove once a week for 30 minutes to assist him in learning court materials and assess his progress and needs. | ☐ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 7.1.1.2 | WRT PT, will provide Mr. Hernandez with court materials and assist him and provide him techniques on how to learn and remember necessary materials so he can return to court. | ☐ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 7.1.1.3 | WRT will assess Mr. Hernandez' knowledge regarding court materials once a week to review what he has learned while awaiting for his staffing and court date. | ☐ | | |

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 7.1.1.5 | Shuri Yamauchi will provide Informational Court A group on Fridays 955-1045 in room A244 to provide information necessary to return to court, to educate the court process, and to assist Mr.Hernandez to develop skills that he is able to cooperate with is attorney in a rational manner. Sterngths: Mr.Hernandez is able to follow directions with minimal verbal prompts. | ☑ | | |

DMH WELLNESS AND RECOVERY PLAN

**Patton State Hospital**

Page 13 of 17

Confidential Patient Information
See W&I Code Section 5328
Filing Guidelines - Current WRP

See the current WRP Manual for additional information regarding this form.

ADDRESSOGRAPH
WRP Status: FINAL

NAME:             HERNANDEZ, DANIEL TIDOSO
INDIVIDUAL ID:    161121-9
PROGRAM: VI       UNIT: EB02

P000488

| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
|---|---|---|---|---|
| 7.1.1.6 | Letha Abraham will provide The Study of 1370 group on Mondays 1055-1145 to provide information necessary to return to court, to educate the court process, and to assist Mr.Hernandez to develop skills that he is able to cooperate with is attorney in a rational manner. Sterngths: Mr.Hernandez is able to follow directions with minimal verbal prompts. | ☑ | | |
| INTERVENTIONS: | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 7.1.1.7 | Lolita Senecal will provide Working with Your Attorney group on Wednesdays 955-1045 to provide information necessary to return to court to stand trial. Strengths: He is able to follow directions with minimal verbal prompts. | ☑ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 14 of 17 | NAME:  HERNANDEZ, DANIEL TIDOSO |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | INDIVIDUAL ID:  161121-9 |
| See the current WRP Manual for additional information regarding this form. | PROGRAM:  VI    UNIT:  EB02 |

| FOCUS # 10.1  Leisure and Recreation | | | | |
|---|---|---|---|---|
| Mr.Hernandez stated that he enjoys participate in art activities. | | | | |

**OBJECTIVES:** *(Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms. Include the target date for completion for each objective and the method used to measure progress).*

| OBJ # | OBJECTIVE DESCRIPTION | STAGE | STATUS | TARGET DATE |
|---|---|---|---|---|
| 10.1.1 | Mr.Hernandez will participate in art groups in order to reduce the risk participating in non-productive activities when returned to community. His participation status will be shown in By Choice score. | 00 - No Specific Stage | Not Met | 1/1/2009 |

**INTERVENTIONS:** *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)*

| INT # | INTERVENTION DESCRIPTION | ACTIVE TX | DISC. REASON | DISC. DATE |
|---|---|---|---|---|
| 10.1.1.1 | Joseph Hernandez will provide Creative Expressions through Arts/Crafts group on Tuesdays 1510-1600 in EB-02 dayhall to educate Mr.Hernandez develop alternative positive leisure skills to avoid future engagement in non-productive activities. Strengths: He is able to follow instructions with minimal directions. | ☑ | | |

**INTERVENTIONS:** *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)*

| | | | | |
|---|---|---|---|---|
| 10.1.1.2 | Lai Leung will provide Indoor Walking for Fitness group on Mondays 955-1045 to educate healthy alternative activities, and to educate positive effects of walking for his mental and physical wellness. Strengths: He is cooperative with rules and routine on the unit. | ☑ | | |

**INTERVENTIONS:** *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)*

| | | | | |
|---|---|---|---|---|
| 10.1.1.3 | E. Aquino, PT will provide Music & Relaxation group on Thursdays 1510-1600 in EB-02 dayhall. This groups will assist Mr.Hernandez to define stress and discuss the causes, and learn to use music as a way to relax and manage stress. Strengths: He is able to socialize with peers in appropriate manner. | ☑ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 15 of 17 | |
| Confidential Patient Information | NAME:  HERNANDEZ, DANIEL TIDOSO |
| See W&I Code Section 5328 | INDIVIDUAL ID:  161121-9 |
| Filing Guidelines - Current WRP | PROGRAM: VI    UNIT:  EB02 |
| See the current WRP Manual for additional information regarding this form. | |

P000490

| FOCUS # 11.1   Community Integratio... | | | | |
|---|---|---|---|---|
| Mr. Hernandez coped poorly in a jail setting and needs assistance preparing for his discharge back to court. | | | | |
| **OBJECTIVES:** | *(Describe the specific changes expected, in terms of the individual's behavior, in measurable and behavioral terms. Include the target date for completion for each objective and the method used to measure progress).* | | | |
| OBJ # | OBJECTIVE DESCRIPTION | STAGE | STATUS | TARGET DATE |
| 11.1.1 | Mr. Hernandez will verbalize at least one discharge plan by 60-day WRPC. It will be measured by IDN progress note. | 00 - No Specific Stage | Partially Met | 10/31/2008 |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| INT # | INTERVENTION DESCRIPTION | ACTIVE TX | DISC. REASON | DISC. DATE |
| 11.1.1.1 | Nursing staff will encourage him to explore his options for the future. | ☐ | | |
| **INTERVENTIONS:** | *(Describe the clinical activity/treatment modality/therapeutic milieu activity, the provider of the care and where and when the intervention will take place. For each intervention, state at least 1 (one) strength the individual has that will be used by the service provider to help the individual achieve the specific objective.)* | | | |
| 11.1.1.3 | Rikayah Benoit will provide Discharge Planning/Relapse Prevention groups on Tuesdays 1055-1145 in EB-02 dayhall, and on Thursdays 1055-1145 in room A245 to assist Mr.Hernandez to identify symptoms of mental illness and develop relapse prevention and coping skills. Strengths: Mr.Hernandez is able to follow directions with minimal verbal prompts. | ☑ | | |

| DMH WELLNESS AND RECOVERY PLAN | ADDRESSOGRAPH |
|---|---|
| **Patton State Hospital** | WRP Status: FINAL |
| Page 16 of 17 | |
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP | NAME:  HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID:  161121-9<br>PROGRAM: VI     UNIT:  EB02 |
| See the current WRP Manual for additional information regarding this form. | |

Signature Information:

| | | | | |
|---|---|---|---|---|
| Individual: | DANIEL TIDOSO HERNANDEZ | | Participation Code: | FP |
| Individual ID: | 161121-9 | | Description : | Full Participation |
| WRPID: | 68702 | | Absence Reason: | |
| | | | | |
| WRP Status: | Final | | Discharge Criteria Met: | Yes |
| Finalized Date: | 10/29/2008 | | Offered a Copy: | No |
| Conference Date: | 10/28/2008 | | Accepted a Copy: | No |

| Discipline | Attendee Name | Lead | Attended | Signature |
|---|---|---|---|---|
| Individual | DANIEL TIDOSO HERNANDEZ | | | |
| Psychiatrist | MORENO, ROBERTO \| MD | Yes | Yes | _____ |
| Psychologist | JOHNSON, JOHN, W \| PSYD | No | Yes | _____ |
| Rehabilitation Therapist | KANO, TAMIKO \| RT | No | Yes | _____ |
| Social Worker | BENOIT, RIKAYAH, S \| CSW | No | Yes | _____ |
| RN / Psychiatric Nurse Practitioner | SPENDLOVE, ARLENE, T \| RN | No | No | _____ |
| RN / Psychiatric Nurse Practitioner | SARBULAND, AFZAL \| RN | No | Yes | _____ |
| LVN / Psychiatric Technician | TAYLOR, JEFFREY, LEE \| PT | No | No | _____ |
| Team Recorder | APOSTOL, CHARITY, TRINIDAD \| RN | No | Yes | _____ |

| | |
|---|---|
| DMH WELLNESS AND RECOVERY PLAN<br>**Patton State Hospital**<br>Page 17 of 17<br><br>Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current WRP<br>See the current WRP Manual for additional information regarding this form. | ADDRESSOGRAPH<br>WRP Status: FINAL<br><br>NAME:     HERNANDEZ, DANIEL TIDOSO<br>INDIVIDUAL ID:   161121-9<br>PROGRAM: VI   UNIT: EB02 |

P000492

Exhibit 122

_CLASSIFICATION_ _# 30846_

# INMATE GRIEVANCE FORM

If, while in the Ventura County Jail system, you have a complaint regarding your CUSTODY TREATMENT, MEDICAL TREATMENT, or other related CUSTODY PROBLEMS, you may complete the following INMATE GRIEVANCE FORM. Every attempt will be made to resolve your grievance at the first level; however, it may be necessary to bring your grievance to higher levels for resolution.

*Grievances may be filed in all matters EXCEPT decisions handed down by the court.*

**BRIEFLY STATE YOUR GRIEVANCE:** I _DANIEL HERNANDEZ_ have the following grievance

_I would like to be given the chance to speak and_
_explain with the proper persons, I wish to talk_
_to a classification officer so that way I may clear_
_and see the reason I am ..._
_... I think ..._

**NOTE:** If you are dissatisfied with the grievance resolution, you may appeal the resolution by filling out another inmate grievance form. Attach prior grievance form(s) and direct to the next highest level.

1. HOUSING OFFICER _Class GONZALES_ SERIAL NO. _4308_ DATE _1/6/08_
2. LEVEL SUPERVISOR _____ SERIAL NO. _____ DATE _____
3. FACILITY SUPERVISOR _____ SERIAL NO. _____ DATE _____
4. FACILITY MANAGER _____ SERIAL NO. _____ DATE _____
5. CUSTODY COMMANDER _____ SERIAL NO. _____ DATE _____

**RESOLUTION:** _MR. HERNANDEZ,_
_Your request for a classification change to particular custody_
_has been denied. Your two-deputy move status will remain in_
_effect until further notice. Although the incident you are referring_
_to occurred over a year ago, it resulted in ▓▓▓▓▓ injuries_
_to yourself._

1009

Exhibit 123



