DAVID S. McLANE, SBN 124952
dmclane@kmbllp.com
KAYE, McLANE & BEDNARSKI, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
Attorneys for K.N.H. by and through
her guardian ad litem, Amber Rodriguez

BRIAN A. VOGEL, SBN 167493
brian@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
Facsimile: (805) 654-0326
Attorney for Esther Biselli and the
Estate of Daniel T. Hernandez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ESTHER BISELLI AND THE ESTATE OF DANIEL T. HERNANDEZ, BY AND THROUGH HIS PERSONAL REPRESENTATIVE ESTHER BISELLI; K.N.H., [NAME REDACTED] A MINOR, BY AND THROUGH HER GUARDIAN AND MOTHER, AMBER RODRIGUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF VENTURA, et al.<br><br>Defendants. | CASE NO. CV 09-08694-CAS(Ex)<br><br>**DECLARATION OF BRIAN A. VOGEL IN SUPPORT OF OPPOSITION TO V.C.S.D. AND C.F.M.G. MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: June 4, 2012<br>Time: 10:00 a.m.<br>Courtroom: 5 |

1

I, BRIAN A. VOGEL, declare as follows:

1. I am an attorney duly licensed and admitted to practice law in all courts of the State of California, including the United States District Court for the Central District of California. I am the principal attorney with the law firm of the Law Offices of Brian A. Vogel, PC, counsel of record for Plaintiff Esther Biselli and the Estate of Daniel Hernandez in the above-entitled case. I make this declaration based upon information personally known to me. If called to do so, I could and would testify competently to the facts set forth below.

2. Attached hereto as Exhibit A are true and correct copies of portions of the deposition transcripts of <u>Brian Adams</u> which are relevant to and cited in Plaintiffs' Opposition to Defendants County of Ventura's, Ventura County Sheriff's Department's, and Sheriff Bob Brook's Motion to Summary Judgment Or, in the Alternative, Motion for Summary Adjudication Defendant s' Motion for Summary Judgment/Summary Adjudication as well as Defendants California Forensic Medical Group's, Taylor Fithian, M.D.'s, John Korzelius, M.D.'s, Melvin Myung Jung, M.D.'s, and Maria Baez, L.V.N.'s Motion for Summary Judgment (hereinafter collectively referred to as "Motions for Summary Judgment").

3. Attached hereto as Exhibit B are true and correct copies of portions of <u>Chad Anderson's</u> deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

4. Attached hereto as Exhibit C are true and correct copies of portions of

2

Maria Baez's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

5. Attached hereto as Exhibit D are true and correct copies of portions of Bob Brooks' deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

6. Attached hereto as Exhibit E are true and correct copies of portions of Rob Davidson's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

7. Attached hereto as Exhibit F are true and correct copies of portions of John Eisenhard's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

8. Attached hereto as Exhibit G are true and correct copies of portions of Karen Hanson's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

9. Attached hereto as Exhibit H are true and correct copies of portions of Jeremy Jackson's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

10. Attached hereto as Exhibit I are true and correct copies of portions of David Jimenez's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

11. Attached hereto as Exhibit J are true and correct copies of portions of

Marvin Jung's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

12. Attached hereto as Exhibit K are true and correct copies of portions of Matthew Koenig's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

13. Attached hereto as Exhibit L are true and correct copies of portions of Linda Moskowitz's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

14. Attached hereto as Exhibit M are true and correct copies of portions of Rudy Negrete's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

15. Attached hereto as Exhibit N are true and correct copies of portions of Lois Nestel's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

16. Attached hereto as Exhibit O are true and correct copies of portions of Diane Rodelander's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

17. Attached hereto as Exhibit P are true and correct copies of portions of Francis Valdez's deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

18. Attached hereto as Exhibit Q are true and correct copies of portions of

Nicoleta Weeks' deposition transcript which are relevant to and cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

19. On May 21, 2012, I reviewed the record of conviction in Ventura County Superior Court case no. 200700277 and confirmed that on June 19, 2007, Daniel Hernandez was sentenced to 16 months in the Department of Corrections and Rehabilitations with a total credit of 224 days in custody, leaving him with approximately 261 days left to serve in the Department of Corrections as of that date.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of May 2012, at Ventura, California.

                                              /s/
                                  Brian A. Vogel, Esq., Declarant