# EXHIBIT M

# DEPOSITION OF RUDY NEGRETE

```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
                     WESTERN DIVISION
ESTHER BISELLI AND THE        ) NO. CV_09-08694-CAS(Ex)
ESTATE OF DANIEL T.           )
HERNANDEZ, BY AND THROUGH     )
HIS PERSONAL REPRESENTATIVE   )
ESTHER BISELLI; K.N.H., [NAME )
REDACTED] A MINOR, BY AND     )
THROUGH HER GUARDIAN AND      )
MOTHER, AMBER RODRIGUEZ,      )
                              )
              Plaintiffs,     )
                              )
      vs.                     )
                              )
COUNTY OF VENTURA, VENTURA    )
COUNTY SHERIFFS               )
DEPARTMENT; SHERIFF BOB       )
BROOKS; CALIFORNIA FORENSIC   )
MEDICAL GROUP; TAYLOR         )
FITHIAN, M.D., Dr. JOHN       )
KORZELIUS, Dr. MELVIN MYUNG   )
JUNG, MARIA BAEZLIN, DOES 1   )
through 10, inclusive,        )
                              )
              Defendants.     )
_____)
Wasco, California             Thursday, May 10, 2012
                         -oOo-
                   DEPOSITION OF
                   RUDY NEGRETE
                         -oOo-



Reported by:

MARTHA S. GUERRA,
Certificate No. 6398
```

ASSOCIATED REPORTERS OF VISALIA
(559) 625-0544  (800) 605-0544

# DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | image? | 08:24:27 |
| 2 | MR. MCLANE:  Yes.  Can -- can you -- | 08:24:28 |
| 3 | THE VIDEOGRAPHER:  If you can hold it up. | 08:24:30 |
| 4 | MR. MCLANE:  Can you hold up the picture, | 08:24:32 |
| 5 | Mr. Vogel?  This is Plaintiffs' 111. | 08:24:33 |
| 6 | (Whereupon, the document | |
| 7 | was marked as Plaintiffs' | |
| 8 | Exhibit 111.) | |
| 9 | MR. MCLANE:  Q.  Do you recognize the person | 08:24:50 |
| 10 | depicted in that photograph? | 08:24:52 |
| 11 | A.    Yes, I do. | 08:24:53 |
| 12 | Q.    And who is that person? | 08:24:57 |
| 13 | A.    Daniel Hernandez. | 08:24:58 |
| 14 | Q.    And did you meet him at the Ventura County | 08:25:00 |
| 15 | Main Jail? | 08:25:03 |
| 16 | A.    Yes. | 08:25:04 |
| 17 | Q.    Where were you housed when you met | 08:25:07 |
| 18 | Mr. Hernandez? | 08:25:09 |
| 19 | A.    I was in Administrative Segregation, in the | 08:25:10 |
| 20 | Main Jail, which a lot of us inmates, we call it, the | 08:25:16 |
| 21 | "dungeon." | 08:25:21 |
| 22 | Q.    Did you say -- speak up when you can during | 08:25:24 |
| 23 | the deposition.  But as I understand it, you met | 08:25:26 |
| 24 | Mr. Hernandez while you were housed at the | 08:25:29 |
| 25 | Administrative Segregation portion of the Ventura County | 08:25:32 |

12

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | Main Jail, which you called the dungeon? | 08:25:36 |
| 2 | A.   Yes. | 08:25:38 |
| 3 | Q.   Now, do you recall approximately when you were | 08:25:43 |
| 4 | first housed at the Administrative Segregation Unit of | 08:25:45 |
| 5 | the Ventura County Main Jail? | 08:25:49 |
| 6 | A.   I believe it was, like, two months after I got | 08:25:50 |
| 7 | there, a month-and-a-half after I got there. | 08:25:54 |
| 8 | Q.   Do you know approximate, was that back in | 08:25:58 |
| 9 | 2006? | 08:26:01 |
| 10 | A.   Yes. | 08:26:01 |
| 11 | Q.   Okay.  And did you stay in Administrative -- | 08:26:02 |
| 12 | were you in Administrative Segregation in 2008 and 2009 | 08:26:05 |
| 13 | when you met Mr. Hernandez? | 08:26:09 |
| 14 | A.   Yes. | 08:26:11 |
| 15 | Q.   Now, are you familiar with the term "pods" in | 08:26:16 |
| 16 | the Administrative Segregation section of the jail? | 08:26:22 |
| 17 | A.   Yes. | 08:26:25 |
| 18 | Q.   Were you housed in pod E2 of the jail? | 08:26:26 |
| 19 | A.   Yes. | 08:26:32 |
| 20 | Q.   And was Mr. Hernandez housed in pod D2? | 08:26:33 |
| 21 | A.   Yes. | 08:26:38 |
| 22 | Q.   "D" as in David? | 08:26:39 |
| 23 | A.   Yes. | 08:26:41 |
| 24 | Q.   And was -- do you know a Jeremy Jackson? | 08:26:41 |
| 25 | A.   Yes.  He was my neighbor in my pod. | 08:26:45 |

13

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | Q.    And where -- did you have the same liberties | 08:27:53 |
| 2 | or freedoms as people in general population? | 08:27:55 |
| 3 | A.    No. | 08:27:58 |
| 4 | Q.    What was the difference? | 08:27:58 |
| 5 | A.    The difference is we're pretty much slammed | 08:28:02 |
| 6 | down or locked up 23 hours a day.  We get to come out | 08:28:05 |
| 7 | one hour during the day, that's for our dayroom, shower, | 08:28:10 |
| 8 | use the phone, whatever our necessities are at the time. | 08:28:15 |
| 9 | Q.    But the rest of the time you're isolated in | 08:28:19 |
| 10 | your cell? | 08:28:22 |
| 11 | A.    Yes. | 08:28:22 |
| 12 | Q.    Did you have a roommate? | 08:28:23 |
| 13 | A.    No.  No roommate. | 08:28:24 |
| 14 | Q.    Did Mr. Hernandez have a roommate during the | 08:28:26 |
| 15 | time you knew him in 2008 and 2009? | 08:28:28 |
| 16 | A.    No. | 08:28:30 |
| 17 | Q.    Did Mr. Jackson? | 08:28:31 |
| 18 | A.    No. | 08:28:32 |
| 19 | Q.    So all three of you were housed individually | 08:28:33 |
| 20 | in the Administration Segregation Unit? | 08:28:35 |
| 21 | A.    Yes. | 08:28:38 |
| 22 | Q.    So you would be by yourselves in your cell for | 08:28:38 |
| 23 | 23 hours a day? | 08:28:41 |
| 24 | A.    Yes. | 08:28:42 |
| 25 | Q.    How did it make you feel being in | 08:28:51 |

15

# DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | Administrative Segregation? | 08:28:53 |
| 2 | A.    Depressed.   Lonely.   It starts to get to you | 08:28:56 |
| 3 | mentally.   I guess it starts playing with your mind a | 08:29:03 |
| 4 | lot, I mean being punished that way. | 08:29:09 |
| 5 | MR. HELD:   Object and move to strike that the | 08:29:18 |
| 6 | housing in Administrative Segregation constitutes | 08:29:21 |
| 7 | punishment. | 08:29:23 |
| 8 | MR. MCLANE:   Q.   Did you ever see Daniel | 08:29:27 |
| 9 | Hernandez in person? | 08:29:29 |
| 10 | A.   Yes. | 08:29:30 |
| 11 | Q.   Did you see -- how did you see him?  Did you | 08:29:32 |
| 12 | see him on the roof ever? | 08:29:34 |
| 13 | A.   I would see him when I would go to dayroom and | 08:29:36 |
| 14 | I would see him when we'd go to the roof for | 08:29:38 |
| 15 | recreational time. | 08:29:42 |
| 16 | Q.   How often would you go to the roof in 2008 or | 08:29:43 |
| 17 | 2009? | 08:29:47 |
| 18 | A.   Just depends when they call you.  Sometimes it | 08:29:48 |
| 19 | would be at least once or twice a month. | 08:29:51 |
| 20 | Q.   And the dayroom -- describe physically the | 08:29:59 |
| 21 | location of the dayroom.  So you said you could see | 08:30:02 |
| 22 | Mr. Hernandez from the dayroom.  How could you see him | 08:30:08 |
| 23 | from the dayroom? | 08:30:10 |
| 24 | A.   The dayroom's right across from our cells.  I | 08:30:11 |
| 25 | guess, right in front of our cells.  It's got a big | 08:30:14 |

16

# DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | A.    Yes, you can. | 08:36:58 |
| 2 | Q.    And in 2008 and 2009, did you ever hear him | 08:36:59 |
| 3 | from your cell? | 08:37:08 |
| 4 | A.    Yes. | 08:37:09 |
| 5 | Q.    What did you hear Mr. Hernandez say? | 08:37:10 |
| 6 | A.    He would be screaming out loud.  He would be | 08:37:16 |
| 7 | screaming out at demons, I guess, inside his cell. | 08:37:22 |
| 8 | Satan being inside his cell.  Just basically for Satan | 08:37:27 |
| 9 | and demons to get out of his cell.  Like real loudly he | 08:37:31 |
| 10 | would repeat that various times. | 08:37:36 |
| 11 | Q.    How often during -- okay.  Do you recall a | 08:37:37 |
| 12 | time -- do you recall whether Mr. Hernandez went to | 08:37:41 |
| 13 | Patton State Prison? | 08:37:46 |
| 14 | A.    Yes. | 08:37:47 |
| 15 | Q.    I want you to focus on the time that he came | 08:37:48 |
| 16 | back from Patton State Prison. | 08:37:50 |
| 17 | A.    After he came back from Patton State Hospital, | 08:37:52 |
| 18 | I guess his condition got worse.  Before he was a bit | 08:37:56 |
| 19 | quieter.  After he came back from Patton State Hospital | 08:38:00 |
| 20 | he was a little bit more loud.  He would be yelling at | 08:38:03 |
| 21 | the demons to get out of his cell.  Just yelling a lot | 08:38:07 |
| 22 | of stuff.  Barking like a bulldog.  I guess he would | 08:38:12 |
| 23 | always say that, a bulldog "whoo," "whoo," and would be | 08:38:15 |
| 24 | barking. | 08:38:19 |
| 25 | Q.    What do you mean "bulldog, whoo, whoo"? | 08:38:20 |

22

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | A.   I guess -- | 08:38:24 |
| 2 | Q.   I mean are you like -- he would actually bark | 08:38:24 |
| 3 | like a dog? | 08:38:27 |
| 4 | A.   Yes. | 08:38:28 |
| 5 | Q.   And this screaming out, "get out demons," and | 08:38:28 |
| 6 | saying "bulldog" and barking, how often did that occur | 08:38:33 |
| 7 | during the day? | 08:38:37 |
| 8 | A.   Oh, many times during the day. | 08:38:40 |
| 9 | Q.   Was it every day? | 08:38:42 |
| 10 | A.   It was every day. | 08:38:43 |
| 11 | Q.   Did it -- do you recall approximately when he | 08:38:44 |
| 12 | came back from Patton?  Do you know the -- was it in | 08:38:49 |
| 13 | 2008 that he went to Patton and came back? | 08:38:56 |
| 14 | A.   I can't recall the exact date, but I believe | 08:39:00 |
| 15 | it was around that date. | 08:39:04 |
| 16 | Q.   Okay.  Let's just -- you know, Mr. Hernandez, | 08:39:05 |
| 17 | he committed suicide February 16th, 2009.  I'm just | 08:39:10 |
| 18 | giving you that date to use as an anchor to kind of put | 08:39:14 |
| 19 | a time frame on everything here. | 08:39:19 |
| 20 | Prior to him committing suicide and after he | 08:39:25 |
| 21 | came back from Patton, was he engaging in, you know, | 08:39:25 |
| 22 | telling -- saying "get out demons" and the bulldogs and | 08:39:28 |
| 23 | all that stuff that you were talking about? | 08:39:31 |
| 24 | A.   Yes. | 08:39:33 |
| 25 | Q.   And you could hear it from your cell; is that | 08:39:33 |

23

## DEPOSITION OF RUDY NEGRETE

```
 1   right?                                              08:39:37

 2       A.   Yes.                                        08:39:37

 3       Q.   Do you believe the guards could hear it?    08:39:38

 4            MR. HELD:  Objection.  Calls for the witness 08:39:40

 5   to speculate.                                        08:39:42

 6            THE WITNESS:  Yes.                           08:39:44

 7            MR. MCLANE:  Q.  And how do you know the     08:39:45

 8   guards heard it?                                     08:39:47

 9       A.   It's so quiet down there.  I mean, you could 08:39:48

10   practically hear a pin being dropped, it's so quiet. 08:39:52

11       Q.   Did you ever hear the guards react to what  08:39:55

12   Mr. Hernandez was saying?                            08:40:00

13       A.   No.                                          08:40:03

14       Q.   Did you ever see the guards tell him to be  08:40:05

15   quite?                                               08:40:09

16       A.   No.                                          08:40:09

17       Q.   Did you -- from the dayroom did you ever --  08:40:11

18   could you hear it from the dayroom?                  08:40:16

19       A.   Yes.                                         08:40:18

20       Q.   And was the dayroom next to where the guards 08:40:19

21   would sit in, you know, while they were watching the 08:40:24

22   inmates in Administrative Segregation?               08:40:27

23       A.   It was a dayroom -- there was another dayroom 08:40:29

24   on the left-hand side, but yet you could hear.       08:40:32

25       Q.   Okay.  So you could hear it through the window 08:40:35
```

24

## DEPOSITION OF RUDY NEGRETE

```
1    of the dayroom?                                      08:40:37

2        A.    Yes.                                       08:40:38

3        Q.    And were the guards stationed next to the  08:40:38

4    dayroom, Dayroom 2?                                  08:40:41

5        A.    Yes.                                        08:40:42

6        Q.    Were they enclosed in a room or was it out in  08:40:47

7    the open where the guards could sit?                 08:40:49

8        A.    It's out in the open.                       08:40:52

9        Q.    Okay.  Now, you recall that he came back from  08:40:59

10   Patton.  Did his behavior get better before his suicide  08:41:03

11   or did it get worse?                                 08:41:06

12       A.    It got worse.                               08:41:07

13       Q.    Okay.  And why do you say that?             08:41:09

14       A.    Just the way he would act.  He stopped eating.  08:41:12

15   He wouldn't eat his meals for various days.  He would --  08:41:16

16   at times he would only eat a meal, it would either be  08:41:22

17   breakfast or lunch or dinner, but just one meal.  And he  08:41:28

18   would go on without eating for days that we would know  08:41:32

19   of.                                                   08:41:37

20       Q.    Did you ever -- strike that.  One moment.   08:41:38

21             From the cell, did you ever hear Mr. Hernandez  08:42:04

22   do anything in his cell?                              08:42:16

23       A.    Yes.                                        08:42:19

24       Q.    What did you hear?                          08:42:19

25       A.    You would hear a lot of banging in his cell.  08:42:21
```

25

## DEPOSITION OF RUDY NEGRETE

```
 1    Like he was kicking stuff around.  It was either his      08:42:25
 2    bunk area, the one on the top, or he was either on top    08:42:29
 3    of the bunk jumping up and down.  Or there's a sprinkler  08:42:34
 4    in the middle of the cell and you could hear him kicking  08:42:38
 5    that around.                                              08:42:42
 6              MR. McLANE:  Now, I'm going to show you what    08:42:48
 7    we're marking as Exhibit 113.                            08:42:50
 8                   (Whereupon, the document
 9                    was marked as Plaintiffs'
10                    Exhibit 113.)
11              MR. McLANE:  Q.  Do you recognize that?         08:43:15
12        A.   Yes.                                             08:43:16
13              MR. McLANE:  Mr. Vogel, could you show that to  08:43:17
14    the camera?                                               08:43:19
15        Q.   Now, looking at the top photo, do you           08:43:28
16    recognize what's in that photo?                          08:43:31
17        A.   Yes.                                             08:43:32
18        Q.   Is that the sprinkler you're referring to?      08:43:32
19        A.   Yes.                                            08:43:34
20        Q.   If you -- is that a cover to the sprinkler?     08:43:37
21        A.   Yes.                                            08:43:40
22        Q.   If you kicked off the cover to the sprinkler,   08:43:40
23    what would be underneath it?                             08:43:43
24        A.   Just the sprinkler itself, I guess there is a   08:43:46
25    wedge in-between it, you know.                           08:43:49
```

26

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | Q.    Could you hang things from that sprinkler? | 08:43:51 |
| 2 | A.    Yes. | 08:43:53 |
| 3 | Q.    So if someone was trying to commit suicide and | 08:43:54 |
| 4 | they kicked off the cover to that sprinkler, could they | 08:43:57 |
| 5 | hang something from that? | 08:43:59 |
| 6 | A.    Yes. | 08:44:01 |
| 7 | MR. HELD:  Objection.  Motion to strike. | 08:44:02 |
| 8 | Calls for speculation.  Lack of foundation. | 08:44:05 |
| 9 | MR. SHLENS:  Join. | 08:44:08 |
| 10 | MR. MCLANE:  Q.  And you also testified you | 08:44:11 |
| 11 | heard him jumping up and down.  Okay.  Can you explain | 08:44:13 |
| 12 | that further? | 08:44:18 |
| 13 | A.    Just from my own experience being inside my | 08:44:21 |
| 14 | cell.  I guess, the top bunk kind of bends with your | 08:44:26 |
| 15 | weight as you're on top of it.  And like I said, it's so | 08:44:31 |
| 16 | quiet down there that you could hear it when someone's | 08:44:34 |
| 17 | jumping on top of the metal on the bunk, so you could | 08:44:38 |
| 18 | actually know what it is. | 08:44:41 |
| 19 | Q.    Did you ever hear him jump from, let's say, | 08:44:42 |
| 20 | the bed onto the ground? | 08:44:44 |
| 21 | MR. SHLENS:  Speculation. | 08:44:46 |
| 22 | THE WITNESS:  Yes. | 08:44:47 |
| 23 | MR. MCLANE:  Q.  And how did you determine | 08:44:50 |
| 24 | that? | 08:44:52 |
| 25 | A.    You could hear the thud on the floor. | 08:44:54 |

27

## DEPOSITION OF RUDY NEGRETE

1     Q.    And did you hear that in the days prior to him   08:44:58

2   committing suicide?    08:45:06

3     A.    Yes.    08:45:06

4     Q.    When you saw Mr. Hernandez over time, when he   08:45:16

5   got from Patton up to the point of his suicide February   08:45:22

6   16th, was he gaining weight or losing weight?   08:45:25

7     A.    Losing a lot of weight.   08:45:28

8     Q.    And how could you tell?   08:45:29

9     A.    Just by his physical appearance.   08:45:31

10     Q.    Now, a few days before his suicide on February   08:45:41

11   16th, do you recall a time when Mr. Hernandez was going   08:45:49

12   out for a visit?   08:45:58

13     A.    Yes.    08:46:02

14     Q.    Can you explain what happened and what you saw   08:46:02

15   and where you were?   08:46:03

16     A.    At that time, I had gotten pulled out to go   08:46:05

17   into the dayroom myself, so I was inside the dayroom   08:46:08

18   area.  I was taking a shower during that time.  As you   08:46:14

19   could see by that speaker, they would always call you on   08:46:21

20   the intercom so you could hear it.  And they called   08:46:24

21   Hernandez to go out to a visit.  So they pulled him out   08:46:27

22   of his cell.  Once they pulled him out of his cell   08:46:31

23   there's a little hallway in-between and they have what   08:46:35

24   they call a pass-through window where you put your hands   08:46:38

25   behind your back and they cuff you up.  They pull you   08:46:41

28

## DEPOSITION OF RUDY NEGRETE

| 1 | out of the hallway and now you're in the main hallway. | 08:46:45 |
| 2 | They have you facing the wall.  Once they have you | 08:46:49 |
| 3 | facing the wall, they would shackle you and belly chain | 08:46:53 |
| 4 | you. | 08:46:57 |
| 5 | During that time the guards, Isenhard[sic], I | 08:46:57 |
| 6 | believe was his name, I can't recall the other ones, | 08:47:01 |
| 7 | they must have told Hernandez something and I guess he | 08:47:05 |
| 8 | reacted to it.  And he did a sudden move, like turned | 08:47:09 |
| 9 | towards them (indicating), and next thing you know he | 08:47:13 |
| 10 | gets slammed on the floor and they're on top of him. | 08:47:16 |
| 11 | Q.   Did you see this happen? | 08:47:19 |
| 12 | A.   Yes. | 08:47:20 |
| 13 | Q.   Did he -- was he able to go out to his visit? | 08:47:22 |
| 14 | A.   No. | 08:47:25 |
| 15 | Q.   What did the guards do after they slammed him | 08:47:25 |
| 16 | to the ground? | 08:47:28 |
| 17 | A.   They slammed him to the ground, they held him | 08:47:29 |
| 18 | there, and they waited for the rest of the guards to get | 08:47:32 |
| 19 | there.  A whole bunch of guards, I would say 10, 15 | 08:47:37 |
| 20 | guards or so. | 08:47:41 |
| 21 | Q.   And what did they do with Mr. Hernandez? | 08:47:42 |
| 22 | A.   They took him downstairs.  I believe it was to | 08:47:44 |
| 23 | Booking and Release, where they would take you for a | 08:47:50 |
| 24 | time-out, what they called a time-out, which they would | 08:47:53 |
| 25 | leave you sometimes there for hours in a single cell. | 08:47:56 |

29

## DEPOSITION OF RUDY NEGRETE

1            MR. SHLENS:  Move to strike as calling for        08:48:01

2    speculation.  He wasn't there.                           08:48:03

3            MR. MCLANE:  Q.  How do you know that he was      08:48:06

4    taken down to booking?                                   08:48:08

5        A.    I got taken a couple times myself to time-out. 08:48:08

6        Q.    So this is based upon --                       08:48:13

7            MR. SHLENS:  Move to strike nonresponsive         08:48:16

8    again.                                                   08:48:18

9            MR. MCLANE:  Q.  So is this based upon what       08:48:18

10   happened to you, the practice after someone gets into an 08:48:20

11   altercation with the deputies that they're taken for a   08:48:23

12   time-out, that's why you're saying that?                 08:48:25

13       A.    Yes.                                            08:48:27

14       Q.    Did you see -- you saw this from the Dayroom    08:48:28

15   3?                                                        08:48:30

16       A.    Yes.                                            08:48:31

17       Q.    Did you see Mr. Hernandez in the cell after     08:48:31

18   the altercation with the deputies?                       08:48:34

19       A.    Yes.                                            08:48:36

20           MR. SHLENS:  Vague as to time.                    08:48:37

21           MR. MCLANE:  Q.  Now, did you see him in          08:48:38

22   the -- did you see him in the cell right after the --     08:48:41

23   right after the deputies slammed him to the ground?       08:48:45

24           MR. HELD:  Objection.  Vague and ambiguous as     08:48:48

25   to "the cell."  Do you mean his customary cell in         08:48:50

                                                              30

## ASSOCIATED REPORTERS OF VISALIA
## (559) 625-0544  (800) 605-0544

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | Administrative Segregation D2? | 08:48:54 |
| 2 | MR. MCLANE:  Yes. | 08:48:56 |
| 3 | MR. HELD:  Or do you mean the alternative | 08:48:57 |
| 4 | environment cell? | 08:48:59 |
| 5 | MR. MCLANE:  Q.  The D2 cell.  Did you see him | 08:48:59 |
| 6 | in the D2 cell right after he was slammed to the ground? | 08:49:01 |
| 7 | A.  No, I did not. | 08:49:05 |
| 8 | MR. HELD:  Before you leave that area of | 08:49:07 |
| 9 | examination, would you ask the witness when in point of | 08:49:08 |
| 10 | time -- | 08:49:12 |
| 11 | MR. MCLANE:  Jeff, on this deposition I'm | 08:49:12 |
| 12 | going to ask my questions.  Write down your questions | 08:49:14 |
| 13 | and then you can ask him when it's your turn.  Because | 08:49:16 |
| 14 | this is a trial deposition. | 08:49:19 |
| 15 | MR. HELD:  (Nods head.) | 08:49:21 |
| 16 | MR. MCLANE:  Q.  Do you recall an incident, | 08:49:33 |
| 17 | after the incident with the altercation with the guards | 08:49:35 |
| 18 | and Mr. Hernandez but before his suicide, concerning an | 08:49:37 |
| 19 | incident involving a torn towel? | 08:49:42 |
| 20 | A.  Yes. | 08:49:46 |
| 21 | MR. SHLENS:  Speculation and continues to be | 08:49:47 |
| 22 | leading.  I'm trying to give leeway on the leading. | 08:49:48 |
| 23 | MR. MCLANE:  Q.  Can you explain what happened | 08:49:51 |
| 24 | with this torn towel incident? | 08:49:53 |
| 25 | A.  Before his suicide, Deputy Anderson came by | 08:49:57 |

31

## DEPOSITION OF RUDY NEGRETE

```
 1   asking who had left the torn towel inside the dayroom    08:50:06
 2   area.  He started in F pod and started going down the    08:50:10
 3   hallway asking who had left the torn towel.  He was      08:50:19
 4   showing us the towel.  And we had to actually show him   08:50:23
 5   our actual towel ourselves.  So he asked if it was ours. 08:50:26
 6   I said, "No."  Jeremy Jackson said it wasn't his, so he  08:50:33
 7   continued on down the hallway.                           08:50:39
 8        Q.    Do you recall if the guards -- what the guards 08:50:49
 9   did after the torn towel was found?                      08:50:52
10        A.    After it was found, like I said, he went      08:50:57
11   around asking whose it was.  Then after our section he   08:50:59
12   went over to Hernandez' section and he asked him if it   08:51:03
13   was his towel.                                           08:51:07
14        Q.    You could hear this?                          08:51:08
15        A.    Yes.                                          08:51:09
16        Q.    And what was the -- can you indicate what     08:51:09
17   Deputy Anderson asked Mr. Hernandez and what was         08:51:13
18   Mr. Hernandez' response?                                 08:51:18
19        A.    He asked Hernandez if it was his towel.       08:51:19
20   Hernandez said it wasn't.  Then the deputy said, "Well,  08:51:23
21   let me see your towel."  Obviously Hernandez didn't have 08:51:26
22   a towel to show because it was his towel.                08:51:28
23        Q.    And how do you know it was his towel?         08:51:30
24        A.    Because he was the last one to be in that     08:51:35
25   dayroom.  He had been there previously.                  08:51:35
```

32

# DEPOSITION OF RUDY NEGRETE

|   |   |   |
|---|---|---|
| 1 | MR. SHLENS:  Move to strike as nonresponsive. | 08:51:38 |
| 2 | MR. MCLANE:  Q.  Now, did the deputies ever | 08:51:48 |
| 3 | search the rooms for the -- the cells in Administrative | 08:51:52 |
| 4 | Segregation for the missing towel? | 08:51:56 |
| 5 | A.    They never searched for it, but they -- after | 08:51:58 |
| 6 | that incident we had a search, I guess.  It's -- it's an | 08:52:03 |
| 7 | actual search they do.  They do it once in a while.  And | 08:52:09 |
| 8 | the search is just for them to try to find any | 08:52:13 |
| 9 | contraband we have inside the cells. | 08:52:20 |
| 10 | Q.    Was your cell searched? | 08:52:22 |
| 11 | A.    Yes. | 08:52:23 |
| 12 | Q.    Do you know whether Mr. Jackson's cell was | 08:52:24 |
| 13 | searched? | 08:52:26 |
| 14 | A.    Yes. | 08:52:27 |
| 15 | Q.    What about Mr. Hernandez? | 08:52:27 |
| 16 | A.    No. | 08:52:29 |
| 17 | MR. SHLENS:  Objection. | 08:52:31 |
| 18 | MR. MCLANE:  Q.  Why do you say that? | 08:52:31 |
| 19 | A.    I say this because they were pulling us out | 08:52:33 |
| 20 | individually to take us into the dayroom area.  Once | 08:52:35 |
| 21 | they would pull you out into the dayroom area they would | 08:52:38 |
| 22 | proceed and search your cell.  Once my cell got | 08:52:41 |
| 23 | searched, then Jeremy Jackson's cell got searched.  Then | 08:52:47 |
| 24 | after that they skipped Hernandez' cell for some reason. | 08:52:52 |
| 25 | Q.    Did you see Mr. Hernandez in the dayroom -- | 08:52:55 |

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | A.   No. | 08:52:57 |
| 2 | Q.   -- like the other inmates who had their cell | 08:52:58 |
| 3 | searched? | 08:53:01 |
| 4 | A.   No. | 08:53:02 |
| 5 | Q.   Now, turning to the day of Mr. Hernandez' | 08:53:02 |
| 6 | suicide on February 16th, was there a Deputy Valdez on | 08:53:06 |
| 7 | duty in Administrative Segregation? | 08:53:11 |
| 8 | A.   Yes. | 08:53:12 |
| 9 | Q.   Now, there's a routine in the jail where the | 08:53:14 |
| 10 | guards check on the inmates in Administrative | 08:53:18 |
| 11 | Segregation. | 08:53:20 |
| 12 | A.   Yes. | 08:53:22 |
| 13 | Q.   How is that done? | 08:53:22 |
| 14 | A.   The guards come around.  They have what they | 08:53:25 |
| 15 | call a wand.  And there is a button in the middle of | 08:53:30 |
| 16 | your door.  And they pretty much come and put that wand | 08:53:35 |
| 17 | inside the button and it beeps.  And they do this every | 08:53:38 |
| 18 | hour.  So it's pretty much the -- just to make sure, | 08:53:43 |
| 19 | they say, to make sure we're still alive.  To make sure | 08:53:47 |
| 20 | we haven't escaped from our cells. | 08:53:51 |
| 21 | Q.   Is this known as the cell scan checks? | 08:53:53 |
| 22 | A.   Yes. | 08:53:55 |
| 23 | Q.   And there's a little device outside your door | 08:53:56 |
| 24 | that when a guard holds the baton to the -- to the | 08:53:59 |
| 25 | device it beeps? | 08:54:04 |

34

DEPOSITION OF RUDY NEGRETE

```
1      A.    Yes.                                        08:54:06

2      Q.    Okay.  And that's to make sure the guard    08:54:06

3  checked on your particular cell; is that right?       08:54:08

4      A.    Yes.                                         08:54:10

5      Q.    Okay.  Now, do you know what "disciplinary  08:54:17

6  isolation" is?                                         08:54:20

7      A.    Yes.                                         08:54:20

8      Q.    Can you describe what disciplinary isolation 08:54:21

9  is?                                                    08:54:24

10     A.    Disciplinary isolation is you're inside your 08:54:25

11 cell 24 hours a day.  If you're down there in          08:54:31

12 Administrative Segregation, we have an eight-by-ten    08:54:36

13 window that's on our door.  And they cover that window 08:54:40

14 with an eight-by-ten piece of paper, they put a tape on 08:54:44

15 the outside of it so you can't see on the outside of   08:54:47

16 your window.  And you're in there 24 hours a day.      08:54:50

17     Q.    Are there any other restrictions on your    08:54:54

18 liberty in addition to what are the normal restrictions 08:54:58

19 in Administrative Segregation?                         08:55:01

20     A.    Yes.  You're not allowed to get canteen from 08:55:02

21 the store.  You're only allowed to grab your hygiene   08:55:06

22 products.                                              08:55:10

23     Q.    Are you allowed visits?                      08:55:10

24     A.    No visits.                                   08:55:12

25     Q.    What about phone calls?                      08:55:13
```

35

ASSOCIATED REPORTERS OF VISALIA
(559) 625-0544  (800) 605-0544

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | A.    No phone calls. | 08:55:14 |
| 2 | Q.    And do you know, in the time period when | 08:55:16 |
| 3 | Mr. Hernandez came back from Patton before his death, | 08:55:20 |
| 4 | was he ever on disciplinary isolation? | 08:55:24 |
| 5 | A.    Yes. | 08:55:26 |
| 6 | Q.    And how do you know it? | 08:55:26 |
| 7 | A.    Because I could see it from across the window. | 08:55:29 |
| 8 | And I could hear when he would, I guess, would get | 08:55:32 |
| 9 | write-ups, what they call major write-ups or write-ups, | 08:55:37 |
| 10 | and that would amount to him being on discipline for a | 08:55:41 |
| 11 | certain amount of time. | 08:55:43 |
| 12 | Q.    From Dayroom 3 and you're looking and seeing | 08:55:45 |
| 13 | his cell, D2, could you see the paper over his window? | 08:55:48 |
| 14 | A.    Yes. | 08:55:51 |
| 15 | Q.    Was the paper over his window in the days | 08:55:52 |
| 16 | leading up to his suicide? | 08:55:54 |
| 17 | A.    Yes. | 08:55:55 |
| 18 | Q.    And was it on his cell on February 16th, 2009, | 08:55:56 |
| 19 | the day of his suicide? | 08:55:59 |
| 20 | A.    Yes. | 08:56:01 |
| 21 | Q.    Okay.  Do you recall anything in particular | 08:56:01 |
| 22 | about the cell scan checks by Mr. Valdez on February | 08:56:06 |
| 23 | 16th, 2009? | 08:56:10 |
| 24 | A.    Yes, I do. | 08:56:12 |
| 25 | Q.    Can you explain? | 08:56:13 |

36

## DEPOSITION OF RUDY NEGRETE

```
1      A.   No, really, like I said, they would come by    08:56:19
2  and scan every hour.  That day before our meal time,    08:56:22
3  which would be dinner time, Valdez didn't come by do a   08:56:25
4  cell scan, he missed it for that hour, which is common.  08:56:29
5  I mean, they do that sometimes.  I guess them being in a 08:56:33
6  hurry, they sometimes miss it and they'll come by the    08:56:37
7  following hour after that.                               08:56:40
8      Q.   And how did you know he missed it?  Did you     08:56:41
9  know that from being in your own cell?                   08:56:45
10     A.   Yes.                                            08:56:47
11     Q.   And taking a look at Exhibit Nine that's been   08:56:53
12 previously used at depositions.                          08:56:56
13          Do you recognize the paper over the cell        08:57:05
14 window?                                                  08:57:08
15     A.   Yes.                                            08:57:09
16     Q.   Is that what you mean by covering up the        08:57:09
17 window to the cell?                                      08:57:12
18     A.   Yes.                                            08:57:12
19          MR. MCLANE:  Mr. Vogel, can you show that to    08:57:14
20 the camera?  And close-up on the paper over the cell     08:57:17
21 window.                                                  08:57:22
22          THE VIDEOGRAPHER:  That little piece of paper?  08:57:24
23          MR. MCLANE:  Yes.                               08:57:28
24     Q.   Were you ever on disciplinary isolation?        08:57:30
25     A.   Yes.                                            08:57:32
```

37

## DEPOSITION OF RUDY NEGRETE

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | Q.   So you experienced it yourself?                         | 08:57:33 |
| 2  | A.   Yes, I did.                                             | 08:57:35 |
| 3  | Q.   How did it affect you in disciplinary                   | 08:57:36 |
| 4  | isolation as opposed to being in Administrative              | 08:57:39 |
| 5  | Segregation?                                                 | 08:57:42 |
| 6  | MR. SHLENS:  This is the continuing relevance                | 08:57:43 |
| 7  | objection.  I know it was earlier, I just want to make       | 08:57:44 |
| 8  | sure we're very clear for the record that it does            | 08:57:47 |
| 9  | continue throughout.                                         | 08:57:49 |
| 10 | MR. MCLANE:   Yes.                                           | 08:57:49 |
| 11 | Q.   Go ahead.                                                | 08:57:50 |
| 12 | A.   From my personal experience being inside the            | 08:57:53 |
| 13 | cell, you feel claustrophobic being inside the cell.         | 08:57:58 |
| 14 | Your window's practically covered, so you have no visual     | 08:58:04 |
| 15 | of the outside.  And I mean, that's pretty much what we      | 08:58:09 |
| 16 | have in there, just being able to look outside the cell      | 08:58:13 |
| 17 | and know what's going on out there.  Other than that,        | 08:58:16 |
| 18 | you feel like you're trapped in.  Everything's closing       | 08:58:19 |
| 19 | in on you.  You start feeling real lonely and you get        | 08:58:22 |
| 20 | depressed.                                                   | 08:58:28 |
| 21 | Q.   Did that happen to you when you were in                 | 08:58:31 |
| 22 | disciplinary isolation?                                      | 08:58:33 |
| 23 | A.   Yes.  That's from my personal experience.               | 08:58:34 |
| 24 | Q.   Do you recall whether the guards would always           | 08:58:40 |
| 25 | lift up the piece of paper when they did the cell scan       | 08:58:44 |

38

ASSOCIATED REPORTERS OF VISALIA
(559) 625-0544  (800) 605-0544

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | check for inmates in disciplinary isolation? | 08:58:47 |
| 2 | MR. HELD: Objection. Vague and ambiguous. | 08:58:51 |
| 3 | Lack of foundation. | 08:58:53 |
| 4 | MR. SHLENS: Join. Also calls for | 08:58:54 |
| 5 | speculation. | 08:58:55 |
| 6 | THE WITNESS: No. From my personal experience | 08:58:56 |
| 7 | there is various times when me, being on disciplinary | 08:58:58 |
| 8 | isolation, being on discipline, no, they wouldn't lift | 08:59:02 |
| 9 | up the paper. They would do their scans and walk away. | 08:59:05 |
| 10 | MR. MCLANE: Q. Did that happen a lot or a | 08:59:09 |
| 11 | little? | 08:59:11 |
| 12 | MR. SHLENS: Same. | 08:59:12 |
| 13 | THE WITNESS: A lot. | 08:59:13 |
| 14 | MR. MCLANE: Q. Did you say "a lot"? | 08:59:14 |
| 15 | A. Yes. | 08:59:15 |
| 16 | Q. Okay. Now, you indicated that you had -- did | 08:59:17 |
| 17 | you ever experience emotional problems while you were | 08:59:18 |
| 18 | being housed at the Ventura County Jail? | 08:59:21 |
| 19 | MR. SHLENS: Hang on. | 08:59:24 |
| 20 | THE WITNESS: Yes. | |
| 21 | MR. SHLENS: Sorry. I just want to make sure | 08:59:25 |
| 22 | that we also have a waiver by him if you're asking about | 08:59:26 |
| 23 | medical/mental. Because, obviously, he's got privileges | 08:59:31 |
| 24 | under the law under HIPAA and everything else. So if | 08:59:35 |
| 25 | that's what you're going into we need to make sure | 08:59:38 |

39

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | Dr. Jung or the psychiatric nurses, did they, prior to | 09:00:58 |
| 2 | Mr. Hernandez' suicide on February 16th, 2009, did they | 09:01:01 |
| 3 | make rounds? | 09:01:05 |
| 4 | A.    No. | 09:01:06 |
| 5 | Q.    You had to do a COP-out to see one of them? | 09:01:08 |
| 6 | A.    Yes.  We would have to fill out a medical | 09:01:13 |
| 7 | request to see the staff.  Or you could actually tell | 09:01:15 |
| 8 | one of the C.O. -- deputies there if they could come by | 09:01:19 |
| 9 | and call the psyche for you. | 09:01:24 |
| 10 | Q.    Now, when Mr. Hernandez committed suicide, do | 09:01:33 |
| 11 | you recall Mr. Hernandez saying anything the day of his | 09:01:37 |
| 12 | suicide? | 09:01:40 |
| 13 | A.    That day he was real quiet, like, in the | 09:01:43 |
| 14 | morning hours.  I remember him singing this song, it's a | 09:01:48 |
| 15 | song I believe -- it's the Red Hot Chili Peppers.  It's, | 09:01:57 |
| 16 | "Take me to the place I love, take me far away, far | 09:02:02 |
| 17 | away."  He would sing that song. | 09:02:06 |
| 18 | Q.    And that was the day of his suicide? | 09:02:08 |
| 19 | A.    Yes. | 09:02:10 |
| 20 | MR. MCLANE:  Okay.  No more questions at this | 09:02:22 |
| 21 | time.  Mr. Vogel's going to ask a few questions. | 09:02:24 |
| 22 | MR. VOGEL:  Yes. | 09:02:29 |
| 23 | CROSS-EXAMINATION | 09:02:30 |
| 24 | BY MR. VOGEL: | 09:02:30 |
| 25 | Q.    Good morning, Mr. Negrete. | 09:02:30 |

41

## DEPOSITION OF RUDY NEGRETE

1    for disrespecting staff.                 09:06:14

2       Q.    Were there times when you spoke to him that he 09:06:17

3    would say things that didn't make sense?      09:06:20

4       A.    Yes.                     09:06:23

5       Q.    Do you remember any examples of that?    09:06:24

6          MR. SHLENS:  It's vague as to time.    09:06:27

7          MR. VOGEL:  Q.  During the period of time 09:06:28

8    after he returned from Patton State Hospital and before 09:06:30

9    February 16th, 2009, the day of his suicide, do you 09:06:32

10   recall any incidents where he would speak to you and he 09:06:35

11   didn't make sense?                 09:06:41

12      A.    Yes.  Being in the roof during recreational 09:06:41

13   time, we would go up there and he would -- I would try 09:06:46

14   to talk to him.  And there was just stuff that wouldn't 09:06:50

15   make sense that he would try to talk.  Like, you would 09:06:54

16   ask him, let's say, how's the weather, and he would just 09:06:57

17   come out talking about other stuff that wasn't making 09:07:01

18   sense at all.  Like, okay, what's this guy talking 09:07:04

19   about?  You know, he's not making sense whatsoever. 09:07:08

20      Q.    Did he ever talk to you about any family 09:07:13

21   members?                        09:07:15

22      A.    Yes.  During recreational time he would speak 09:07:15

23   of his family, saying that when he gets out he wanted to 09:07:19

24   do better for himself.  He wanted to be a better person. 09:07:23

25   He wanted to go to school.  Just to better himself. 09:07:28

45

## DEPOSITION OF RUDY NEGRETE

```
1        Q.    You described Mr. Hernandez making noise in    09:07:36
2   his cell.  Were these loud noises?                        09:07:41
3        A.    Yes.                                            09:07:48
4        Q.    And you could hear this from where you were in 09:07:48
5   the dayroom; is that right?                               09:07:55
6        A.    Yes.                                            09:07:55
7        Q.    And you could also hear it from your cell?     09:07:55
8        A.    Yes.                                            09:07:57
9        Q.    And your cell was essentially one cell over.   09:07:57
10        A.    Yes.                                            09:08:04
11        Q.    You had your cell, Jeremy Jackson, and then    09:08:04
12   Mr. Hernandez' cell, each separated by a wall.           09:08:08
13        A.    Yes.                                            09:08:11
14        Q.    Is that right?                                  09:08:11
15        A.    Just myself, Jeremy Jackson's cell, and        09:08:13
16   there's a dividing wall between it.  And then Daniel     09:08:20
17   Hernandez' cell is divided by that wall.  He's on the    09:08:24
18   other side of that wall.                                 09:08:27
19        Q.    So you were in the next cell over with Jeremy  09:08:28
20   Jackson in-between you and Mr. Hernandez; is that right? 09:08:31
21        A.    Yes.                                            09:08:33
22        Q.    And from the loudness of the noises that you   09:08:35
23   recall, in your opinion, would anyone be able to hear    09:08:38
24   these noises that were in the Administrative Segregation 09:08:42
25   Unit?                                                    09:08:45
```

46

# DEPOSITION OF RUDY NEGRETE

1      MR. SHLENS:  Speculation.  Same objections as      09:08:46
2   earlier about this line.                              09:08:48
3      THE WITNESS:  Yes.                                 09:08:50
4      MR. VOGEL:  Q.  Why is that?  Why do you          09:08:51
5   believe that?                                         09:08:53
6      A.    It's not that I believe it.  It's not that --  09:08:55
7   it's that I know so from talking to other people being   09:08:58
8   on the roof, recreational time, other people would be    09:09:00
9   like, "Man, that guy's going crazy down there, he        09:09:03
10  doesn't shut up, it's so annoying."  I mean, us being    09:09:07
11  right next to it, yeah, it is real annoying and it was   09:09:11
12  real annoying being there.  He would keep this up for    09:09:14
13  hours.  Like, he would have just this energy, and I'm    09:09:18
14  going to make so much noise.  Yell out so much.  It just 09:09:21
15  gets to you.                                          09:09:24
16     MR. VOGEL:  Do you recall --                       09:09:25
17     MR. SHLENS:  This is vague as to time.  If you     09:09:25
18  could nail that down.                                 09:09:27
19     MR. VOGEL:  Okay.                                  09:09:29
20     Q.   In the period of time between the time that he 09:09:29
21  returned from Patton State Hospital to February 16th of  09:09:32
22  2009, is this generally the period of time that you're   09:09:35
23  talking about where he was often making these loud       09:09:37
24  noises?                                               09:09:42
25     A.   Yes.                                          09:09:42

47

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | Q.    Did you ever hear the guards say anything to | 09:09:43 |
| 2 | him about these loud noises? | 09:09:45 |
| 3 | A.    No. | 09:09:47 |
| 4 | MR. VOGEL:   Thank you, Mr. Negrete. | 09:09:53 |
| 5 | CROSS EXAMINATION | 09:09:57 |
| 6 | BY MR. HELD: | 09:09:57 |
| 7 | Q.    Mr. Negrete, thank you very much for being | 09:09:58 |
| 8 | here today.  My name is Jeff Held and I have some | 09:10:00 |
| 9 | questions to ask you, too.  Okay? | 09:10:04 |
| 10 | A.    Okay. | 09:10:05 |
| 11 | Q.    I'm trying to understand the location of the | 09:10:10 |
| 12 | cells.  I think I have it.  In other words, as one would | 09:10:12 |
| 13 | be facing the cells in Administrative Segregation, yours | 09:10:17 |
| 14 | would have been to the left.  Then next to yours, Jeremy | 09:10:22 |
| 15 | Jackson's.  Then next to that, Daniel Hernandez'.  Is | 09:10:26 |
| 16 | that right? | 09:10:29 |
| 17 | A.    That is right. | 09:10:30 |
| 18 | Q.    Okay.  And how long did the three of you have | 09:10:31 |
| 19 | your cells in that configuration?  And I'm -- I should | 09:10:36 |
| 20 | tell you, Mr. Negrete, I'm only concerned with the | 09:10:42 |
| 21 | period after Mr. Hernandez returned from Patton | 09:10:44 |
| 22 | Hospital.  How long did the three of you have your cells | 09:10:47 |
| 23 | arranged like that? | 09:10:52 |
| 24 | A.    I could say three, four months or more. | 09:10:57 |
| 25 | Q.    Oh, okay.  So basically the entire time from | 09:11:02 |

48

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | allowed to have any dayroom time? | 09:15:57 |
| 2 | A.   No. | 09:16:03 |
| 3 | Q.   During disciplinary isolation is an inmate | 09:16:04 |
| 4 | allowed to have any reading material? | 09:16:08 |
| 5 | A.   Religious material. | 09:16:12 |
| 6 | Q.   Or any books or magazines or newspapers. | 09:16:13 |
| 7 | Anything to read. | 09:16:17 |
| 8 | A.   Yes. | 09:16:20 |
| 9 | Q.   Let's go to a different type of question. | 09:16:26 |
| 10 | And, Mr. Negrete, the only thing I'm concerned about is | 09:16:32 |
| 11 | the time period from when Daniel Hernandez came back | 09:16:35 |
| 12 | from Patton to the Main Jail until he took his life. | 09:16:38 |
| 13 | That's all -- the only time period I'm concerned with in | 09:16:45 |
| 14 | these next series of questions. | 09:16:49 |
| 15 | Did you ever hear Daniel Hernandez say | 09:16:50 |
| 16 | anything about hurting himself? | 09:16:55 |
| 17 | A.   To the guards?  To us? | 09:16:58 |
| 18 | Q.   Or to anyone.  Yeah.  At all. | 09:17:01 |
| 19 | A.   Yes. | 09:17:06 |
| 20 | Q.   What did he say? | 09:17:07 |
| 21 | A.   He actually said he just -- when we would be | 09:17:11 |
| 22 | on the roof, like I said, those are the times when we | 09:17:17 |
| 23 | would talk to him.  And he would start talking weird | 09:17:20 |
| 24 | stuff.  Well, that's the way I felt about it, he would | 09:17:22 |
| 25 | start talking about weird stuff.  He just -- he would | 09:17:25 |

53

## DEPOSITION OF RUDY NEGRETE

```
 1    say he didn't feel like being around no more.  I thought  09:17:28

 2    he meant, like, as in being in jail, so I asked him        09:17:32

 3    about that, "Oh, you feel like going back to your          09:17:35

 4    family?"  He would start talking about his family.  But    09:17:39

 5    from what I got from it, like, he felt so depressed from   09:17:43

 6    being in there that he didn't want to live no more.        09:17:46

 7    That's what I got out of it.                               09:17:49

 8        Q.    Did he actually say the words that he didn't      09:17:51

 9    want to live anymore?  Or was that more your inference     09:17:53

10    or deduction based on something else he said?             09:17:58

11        A.    In one of the conversations he did say, "I'd      09:18:01

12    rather kill myself."  So that's how I got it after that.  09:18:04

13        Q.    How close in time was that statement to the       09:18:10

14    actual suicide?                                            09:18:14

15        A.    It was a couple months.                          09:18:14

16        Q.    And who was present when Mr. Hernandez made       09:18:17

17    the comment?                                               09:18:20

18        A.    Up on the roof there's -- they put you in         09:18:22

19    individual cages.  They're pretty big.  I was in the one  09:18:26

20    in the middle, Daniel was on the one on the left-hand      09:18:31

21    side.  I forget who it was on the other right-hand side.  09:18:37

22    There's a basketball, a hoop so you could play            09:18:42

23    basketball, but you're chained down like this, there's    09:18:46

24    belly chains around your waist or ankles, so it's not     09:18:49

25    really recreational time, I guess it's just so you can    09:18:52
```

54

## ASSOCIATED REPORTERS OF VISALIA
## (559) 625-0544  (800) 605-0544

## DEPOSITION OF RUDY NEGRETE

```
 1   go out there and get fresh air.  And during the time      09:18:55

 2   since I was the one in the middle I was able to talk to    09:18:59

 3   Daniel about that.                                         09:19:01

 4       Q.   And are you saying the other people present      09:19:02

 5   were inmates?                                              09:19:06

 6       A.   Yes.                                              09:19:06

 7       Q.   And what, again -- I'm sorry, you said this       09:19:10

 8   and it just slipped my mind.  What did he say again        09:19:12

 9   about taking his life or something?  Tell me again.        09:19:15

10       A.   That he wanted to kill himself.                   09:19:21

11       Q.   In those words?                                   09:19:21

12       A.   Yes.                                              09:19:21

13       Q.   What did you say to him, if you said anything     09:19:22

14   at all?                                                    09:19:25

15       A.   Well, his words, he said, "I'd rather kill        09:19:26

16   myself."  I just stood quiet.  I didn't have no response   09:19:29

17   to that.                                                   09:19:34

18       Q.   Did any of the other people present say           09:19:35

19   anything?                                                  09:19:36

20       A.   No.  There was only three of us, Daniel, me,     09:19:37

21   and this other person.  I can't remember his name.         09:19:40

22       Q.   Who was also an inmate?                           09:19:42

23       A.   Yes.  Who was also an inmate.                     09:19:43

24       Q.   Did Daniel Hernandez ever say anything else       09:19:45

25   other than that about hurting himself?                     09:19:49
```

55

## DEPOSITION OF RUDY NEGRETE

1    A.    No.  Just from that comment itself, that's    09:19:52

2  when him saying, I don't -- I don't want to be here, you  09:19:57

3  know, that's how I got it.  You know, like, I guess he  09:20:02

4  was talking about death.  I never really wanted to bring  09:20:05

5  it up because it's not something you want to talk to    09:20:08

6  somebody, you know, as in not to encourage them I guess  09:20:11

7  in that type of manner, you know, what do you mean you  09:20:14

8  want to kill yourself?  Just do it.  I didn't want to do  09:20:17

9  that to him.  And I really didn't know how to respond to  09:20:20

10  it either.  You do get thoughts like that from being in  09:20:23

11  Ad. Seg..  Like I said, it's really lonely down there,  09:20:26

12  you get real depressed.  So me myself, I guess those    09:20:29

13  thoughts did run through my mind.                       09:20:34

14    Q.    You thought of hurting yourself or taking your  09:20:37

15  life?                                                   09:20:39

16    A.    Yes.                                            09:20:40

17    Q.    But other than that one comment about two       09:20:42

18  months before the suicide, did Daniel ever say anything  09:20:45

19  else about hurting or harming himself?                  09:20:49

20    A.    No.                                             09:20:52

21    Q.    Did you communicate what Daniel had said to     09:20:53

22  any of the jail personnel?                              09:20:58

23    A.    What do you mean?                               09:21:01

24    Q.    Well, did you tell any of the jail personnel    09:21:03

25  what Daniel had said about hurting himself?             09:21:07

56

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | A.    No. | 09:21:11 |
| 2 | Q.    And by jail personnel I also mean medical | 09:21:16 |
| 3 | personnel, the deputies, anybody.  Did you tell any -- | 09:21:21 |
| 4 | any jail or medical personnel what Daniel had said about | 09:21:24 |
| 5 | harming himself? | 09:21:27 |
| 6 | A.    No.  But I did talk to, as you say, the church | 09:21:29 |
| 7 | people.  This guy named George, I told him that Daniel | 09:21:33 |
| 8 | needed help, if he could go to speak to him. | 09:21:40 |
| 9 | Q.    During your incarceration did you convert to | 09:21:44 |
| 10 | Christianity? | 09:21:50 |
| 11 | A.    Yes. | 09:21:51 |
| 12 | Q.    Mr. Negrete, do you currently consider | 09:21:59 |
| 13 | yourself an adherent of Jesus Christ? | 09:22:04 |
| 14 | A.    Such as? | 09:22:07 |
| 15 | Q.    I mean, do you follow his teachings and do you | 09:22:08 |
| 16 | consider him your Savior? | 09:22:11 |
| 17 | A.    I try to follow his teachings. | 09:22:14 |
| 18 | Q.    Did you ever hear Mr. Hernandez mention | 09:22:19 |
| 19 | anything about hanging himself? | 09:22:23 |
| 20 | A.    Did I hear him say that? | 09:22:27 |
| 21 | Q.    Yes. | 09:22:29 |
| 22 | A.    No. | 09:22:30 |
| 23 | Q.    You had spoken about hearing some loud noises | 09:22:36 |
| 24 | emanating from Mr. Hernandez' cell, but if you said the | 09:22:43 |
| 25 | times I didn't get it.  Did you hear any of those, let's | 09:22:47 |

57

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | say, in the week before he took his own life? | 09:22:53 |
| 2 | A.   Yes. | 09:22:56 |
| 3 | Q.   With what frequency?  How often did you hear | 09:22:58 |
| 4 | the loud noises? | 09:23:00 |
| 5 | A.   Basically all day.  Most of the night. | 09:23:03 |
| 6 | Q.   Oh, so they were pretty much non-stop? | 09:23:06 |
| 7 | A.   Yes.  He would probably stop for 20, 30 | 09:23:09 |
| 8 | minutes, then they would continue.  It would go on for | 09:23:12 |
| 9 | hours. | 09:23:16 |
| 10 | Q.   During that time was he saying anything? | 09:23:16 |
| 11 | A.   Screaming out at demons to get out of his | 09:23:19 |
| 12 | cell.  Screaming for Satan to get out of his cell.  That | 09:23:23 |
| 13 | sort of thing.  Barking. | 09:23:27 |
| 14 | Q.   Anything else? | 09:23:30 |
| 15 | A.   Just, I guess, yelling out -- letting the -- | 09:23:33 |
| 16 | just yelling out of his cell like, "Ahhhhh," that sort | 09:23:39 |
| 17 | of stuff. | 09:23:43 |
| 18 | Q.   Anything else or does that pretty much cover | 09:23:44 |
| 19 | it? | 09:23:47 |
| 20 | A.   That covers it.  He would talk to himself so | 09:23:47 |
| 21 | you could hear him talking to himself, you know.  I | 09:23:52 |
| 22 | would just try to ignore him.  I mean, like I said, he | 09:23:56 |
| 23 | did it so much, it gets so annoying that you just try | 09:23:59 |
| 24 | to -- | 09:24:02 |
| 25 | Q.   Tune it out. | 09:24:02 |

58

## ASSOCIATED REPORTERS OF VISALIA
## (559) 625-0544  (800) 605-0544

## DEPOSITION OF RUDY NEGRETE

1   A.   Yeah, you tune it out, try to block it out of   09:24:03

2   your --   09:24:06

3   Q.   But when he would talk to himself could you   09:24:06

4   make out any of the words other than what you've told us   09:24:09

5   about trying to expel Lucifer, trying to expel demons,   09:24:13

6   barking like a dog?  Could you make out any other of his   09:24:19

7   comments when he would talk to himself?   09:24:22

8   A.   Yeah, he would be talking about demons get out   09:24:25

9   of his body, too.  Like, you could hear that sort of   09:24:28

10   stuff.  Since me and Jeremy, we share the vent system   09:24:31

11   in-between the toilets, we could actually talk to   09:24:35

12   ourselves.  And Jeremy would tell me that he would put   09:24:38

13   his ear against the wall and Jeremy would tell me, "He's   09:24:42

14   saying something about demons get out of his body.  That   09:24:50

15   guy's weird over there."   09:24:56

16   Q.   Does that cover everything that you heard   09:24:56

17   Mr. Hernandez say in the time period between his return   09:24:57

18   from Patton and his suicide?   09:25:00

19   A.   Yes.   09:25:01

20   Q.   This is improbable, but I'll just ask it   09:25:15

21   anyway.  Did you ever see Mr. Hernandez write anything?   09:25:19

22   A.   No, I couldn't see that.   09:25:25

23   Q.   Okay.  I didn't think so, but I just thought   09:25:28

24   I'd ask if he ever wrote anything that you saw.   09:25:30

25   A.   No.   09:25:33

59

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | Q.   Did you ever hear any jail or medical | 09:25:36 |
| 2 | personnel say anything about Daniel Hernandez? | 09:25:40 |
| 3 | A.   No, but they would visit him when he wouldn't | 09:25:45 |
| 4 | eat and this would go on.  So they would go inside his | 09:25:54 |
| 5 | cell, I guess, to take his pulse, with the deputies. | 09:25:58 |
| 6 | They would go inside his cell, take his pulse, and then | 09:26:05 |
| 7 | come out of his cell. | 09:26:08 |
| 8 | Q.   Did you actually hear any words that any jail | 09:26:10 |
| 9 | personnel said to Daniel Hernandez? | 09:26:14 |
| 10 | A.   No. | 09:26:19 |
| 11 | Q.   Did you ever -- | 09:26:19 |
| 12 | A.   Such as the nurse personnel?  That's what | 09:26:23 |
| 13 | you're talking about? | 09:26:26 |
| 14 | Q.   Yeah.  Any deputies, any nurses, any doctors. | 09:26:26 |
| 15 | Anyone who worked in the jail.  Did you hear them say | 09:26:29 |
| 16 | anything to Mr. Hernandez, during the time period from | 09:26:33 |
| 17 | Patton to the suicide? | 09:26:36 |
| 18 | A.   I mean, they would try to get him to eat, the | 09:26:40 |
| 19 | deputies would try to get him to eat.  That's about it. | 09:26:43 |
| 20 | They would ask him if he would want to eat.  They would | 09:26:47 |
| 21 | give him like a three-second warning, "Either you come | 09:26:51 |
| 22 | pick up your tray or we're going to walk out."  And they | 09:26:54 |
| 23 | would count, "One, two, three.  Okay, I guess you don't | 09:26:57 |
| 24 | want it, you're refusing your meal."  And they would | 09:27:00 |
| 25 | walk out without him eating. | 09:27:04 |

60

## ASSOCIATED REPORTERS OF VISALIA
## (559) 625-0544  (800) 605-0544

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | Q.    Other than that, did you hear any of the jail | 09:27:05 |
| 2 | personnel or employees of the jail say anything to | 09:27:08 |
| 3 | Mr. Hernandez? | 09:27:11 |
| 4 | A.    Just them, I guess, trying to talk to him, | 09:27:16 |
| 5 | just during visits or stuff like that.  That's the only | 09:27:21 |
| 6 | time I would hear them talk to him. | 09:27:23 |
| 7 | Q.    So that covers -- we've covered everything | 09:27:25 |
| 8 | that you can recall any jail personnel or employees | 09:27:28 |
| 9 | saying to Daniel? | 09:27:32 |
| 10 | A.    Yes. | 09:27:33 |
| 11 | Q.    What about anything that any jail personnel | 09:27:34 |
| 12 | might have said to you about Daniel?  Did any employees | 09:27:39 |
| 13 | who worked in the jail ever say something to you like, | 09:27:44 |
| 14 | Rudy, such and such, about Daniel Hernandez? | 09:27:49 |
| 15 | A.    I mean, no.  But it was known.  They didn't | 09:27:55 |
| 16 | specifically tell me like, oh, like, what's wrong with | 09:28:04 |
| 17 | that guy, that sort of stuff? | 09:28:07 |
| 18 | Q.    Yeah.  Anything that they might have said to | 09:28:08 |
| 19 | you -- the jail personnel might have said to you about | 09:28:11 |
| 20 | Daniel Hernandez. | 09:28:14 |
| 21 | A.    There was this guard named "Grinalde" or | 09:28:14 |
| 22 | "Rinalde," something like that.  He was a real nice | 09:28:19 |
| 23 | deputy.  And he would mostly try to talk to all of us. | 09:28:22 |
| 24 | And he did mention once, he said, "Man, that guy's | 09:28:26 |
| 25 | really out of it over there.  Is he like that all day | 09:28:29 |

61

## DEPOSITION OF RUDY NEGRETE

1   long?" Like he mentioned that. And we're like, "Yeah,   09:28:31

2   he keeps that up for hours." And he said, "Yeah, I just   09:28:34

3   came back about an hour ago to do my scan and he's still   09:28:37

4   at it?" We're like, "Yeah." He told me, "How could you   09:28:40

5   guys stand it?" We're like, "Man, we live here, you   09:28:44

6   know. You guys are only here for a couple hours. We   09:28:47

7   live here, we've got to keep up with it."   09:28:50

8        Q.    I didn't hear your last word. We've got to   09:28:53

9   keep --   09:28:56

10        A.    I mean, like I said, they said that how could   09:28:56

11  we stand it, you know? And I said, "Well, we live here,   09:29:00

12  we've got to keep up with it." You know, like, live   09:29:04

13  with it.   09:29:08

14        Q.    Right. Keep up with it. Okay.   09:29:09

15             Anything else? Or does that cover anything   09:29:11

16  any jail personnel said to you about Daniel Hernandez?   09:29:13

17        A.    That I could recall of, no.   09:29:17

18        Q.    And let me ask a broader question. Did you   09:29:19

19  ever hear any jail personnel telling any other inmates   09:29:23

20  anything about Daniel Hernandez from when he came back   09:29:27

21  from Patton to the suicide?   09:29:32

22        A.    Just, no, Jeremy Jackson, I guess.   09:29:35

23        Q.    What did you hear any jail personnel say to   09:29:39

24  Jeremy Jackson about Daniel Hernandez?   09:29:42

25        A.    I mean, it's just pretty much the same deputy,   09:29:44

62

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | you know.  Like I said, he would talk to all of us, he | 09:29:47 |
| 2 | was real friendly.  And since we were in the same pod, | 09:29:51 |
| 3 | we kind of, like, would conversate with him.  And he was | 09:29:54 |
| 4 | telling us, "Yeah, that guy's weird."  And Jeremy, you | 09:29:58 |
| 5 | know, he said, "Yeah, that guy's really out of it," you | 09:30:02 |
| 6 | know. | 09:30:09 |
| 7 | Q.    Did you ever say anything to any deputies or | 09:30:10 |
| 8 | guards, any jail personnel, about Mr. Hernandez being in | 09:30:14 |
| 9 | danger of harming himself? | 09:30:21 |
| 10 | A.    I didn't tell anyone he was in danger of | 09:30:24 |
| 11 | harming himself. | 09:30:27 |
| 12 | Q.    Did you -- I'm sorry.  Did I interrupt you? | 09:30:36 |
| 13 | A.    No. | 09:30:36 |
| 14 | Q.    Did you ever tell any deputies or jail | 09:30:36 |
| 15 | personnel that Daniel was at risk of committing suicide? | 09:30:39 |
| 16 | A.    No. | 09:30:46 |
| 17 | MR. HELD:  Okay.  Rudy, thank you.  I don't | 09:30:52 |
| 18 | have anything more. | 09:30:55 |
| 19 | THE WITNESS:  Okay. | 09:30:56 |
| 20 | CROSS EXAMINATION | 09:30:57 |
| 21 | BY MR. SHLENS: | 09:30:57 |
| 22 | Q.    Mr. Negrete, my name is Steve Shlens.  I | 09:30:57 |
| 23 | represent CFMG, the doctors and nurses involved in this. | 09:31:00 |
| 24 | I have some follow-up questions in a couple other areas | 09:31:04 |
| 25 | to ask you about. | 09:31:06 |

63

# DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | discipline myself, there was times when they wouldn't | 10:31:05 |
| 2 | even look in on me to see what I was doing in there.  I | 10:31:08 |
| 3 | guess, just their concern would be that we're still | 10:31:13 |
| 4 | alive or that we haven't escaped the cell. | 10:31:15 |
| 5 | Q.    How about Valdez in particular, do you | 10:31:18 |
| 6 | remember -- do you remember whether there were some | 10:31:20 |
| 7 | guards who would more routinely check and others that | 10:31:23 |
| 8 | would not? | 10:31:26 |
| 9 | A.    Yeah.  There's certain that they would. | 10:31:26 |
| 10 | There's other individuals that wouldn't. | 10:31:33 |
| 11 | Q.    Okay.  And how about Valdez? | 10:31:35 |
| 12 | A.    He was one of those individuals that wouldn't | 10:31:42 |
| 13 | really lift the paper up, not as he should.  Valdez was | 10:31:43 |
| 14 | one of the individuals that wouldn't really lift the | |
| 15 | paper as he should. | |
| 16 | MR. VOGEL:  Thank you, Mr. Negrete.  That's | 10:31:47 |
| 17 | all I have. | 10:31:49 |
| 18 | MR. HELD:  Then with that for today we'll | 10:31:51 |
| 19 | reach a point of conclusion. | 10:31:53 |
| 20 | MR. SHLENS:  Not quite yet.  We're right | 10:31:55 |
| 21 | there, I promise. | 10:31:57 |
| 22 | RECROSS EXAMINATION | 10:31:59 |
| 23 | BY MR. SHLENS: | 10:31:59 |
| 24 | Q.    The song.  Do you know the name of the song? | 10:31:59 |
| 25 | A.    No, but I do know the Red Hot Chili Peppers | 10:32:03 |

105

## DEPOSITION OF RUDY NEGRETE

| | | |
|---|---|---|
| 1 | sing it. | 10:32:07 |
| 2 | Q.    If I told you it's called "Under the Bridge," | 10:32:07 |
| 3 | does that sound like the right name of the song or do | 10:32:10 |
| 4 | you know? | 10:32:12 |
| 5 | A.    If that's what you say, then I guess it is. I | 10:32:13 |
| 6 | don't know. | 10:32:17 |
| 7 | Q.·  "Under the bridge so tall, that's where I drew | 10:32:17 |
| 8 | some blood.  Under the bridge so tall." | 10:32:21 |
| 9 | A.    Yes. | 10:32:21 |
| 10 | Q.    Do you remember that? | 10:32:21 |
| 11 | A.    Yes. | 10:32:22 |
| 12 | Q.    Are you aware that that's a song about heroin | 10:32:23 |
| 13 | use? | 10:32:26 |
| 14 | A.    Yes, I do. | 10:32:27 |
| 15 | MR. SHLENS:  That's all I have.  Thanks. | 10:32:32 |
| 16 | THE VIDEOGRAPHER:  Okay. | 10:32:36 |
| 17 | MR. MCLANE:  Okay.  Mr. Negrete, for the | 10:32:37 |
| 18 | record, all of us counsel appreciate your attendance at | 10:32:39 |
| 19 | this video-taped deposition.  And do you have any | 10:32:42 |
| 20 | corrections, amendments or additions that you want to | 10:32:44 |
| 21 | make to your deposition testimony at this time? | 10:32:47 |
| 22 | THE WITNESS:  No.  That's as far as I could | 10:32:49 |
| 23 | recollect. | 10:32:52 |
| 24 | MR. MCLANE:  I'd just say for the record, | 10:32:52 |
| 25 | thank you very much for participating in this | 10:32:54 |

106

EXHIBIT N

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION


ESTHER BISELLI AND THE ESTATE      )
OF DANIEL T. HERNANDEZ, BY AND     )
THROUGH HIS PERSONAL               )
REPRESENTATIVE ESTHER BISELLI;     )
K.N.H., [NAME REDACTED] A MINOR,)
BY AND THROUGH HER GUARDIAN AND    )
MOTHER, AMBER RODRIGUEZ,           )
                                   )
          PLAINTIFFS,              )
                                   )CASE NO.
          VS.                      )CV 09-08694-CAS(Ex)
                                   )
COUNTY OF VENTURA, VENTURA         )
COUNTY SHERIFFS DEPARTMENT;        )
SHERIFF BOB BROOKS; CALIFORNIA     )
FORENSIC MEDICAL GROUP;            )
TAYLOR FITHIAN, M.D., DR. JOHN     )
KORZELIUS, DR. MELVIN MYUNG        )
JUNG, MARIA BAEZLIN, DOES 1        )
THROUGH 10, INCLUSIVE,             )
                                   )
          DEFENDANTS.              )
                                   )



DEPOSITION OF LOIS NESTEL, R.N.

THURSDAY, SEPTEMBER 15, 2011


FILE NO.  110915KAE2

REPORTED BY KIM EDELEN, C.S.R. NO. 9042, CRR, RPR.

```
 1      A     Are you fishing?  No.

 2            I didn't know -- for all I know I was his

 3   Booking nurse when he came in.  I didn't know.  So my

 4   major question is how am I involved with this man.  And

 5   he showed me a form with my name on it.  That's how it

 6   was.

 7      Q     And after learning that you had seen

 8   Daniel Hernandez at some point, were you able to

 9   remember anything about your encounter with him?

10      A     Nothing.

11      Q     All right.

12      A     I truly do not remember seeing the gentleman.

13      Q     Sure.

14      A     He doesn't look familiar.

15      Q     If you turn to Exhibit 8, please.

16            MR. BERTLING:  Exhibit 8?

17            MS. WEISBERG:  Yes.

18   BY MS. WEISBERG:

19      Q     Have you read this report before?

20      A     Yes, I did.

21      Q     So knowing what you know about the incident,

22   can you tell me what you would have done in a situation

23   to examine Mr. Hernandez?

24            MR. BERTLING:  Based on her custom and

25   practice.
```

47

1          MS. WEISBERG:   Based on her custom and

2    practice.

3          THE WITNESS:   Based on my custom and practice I

4    would have asked him if he was hurting anywhere.   That

5    would be the main thing, just to ask him how he was

6    doing, if he was hurting, if he was injured, if there's

7    something I needed to look at.

8    BY MS. WEISBERG:

9          Q    Would you have consulted his chart?

10         A    No.

11         Q    Why not?

12         A    Because if the deputies were -- brought him

13   down and they wanted me to assess him, I wouldn't have a

14   chart to really look at at that time.

15         Q    Would your custom and practice have been to ask

16   the deputies what happened?

17         A    Yes.

18         Q    And would your custom and practice to have been

19   to ask Daniel what happened?

20         A    No.   I wouldn't have asked him what happened.

21   I would have just asked him where he was injured.

22         Q    If Mr. Hernandez informed you that he didn't

23   hurt anywhere, would you have done a physical

24   examination?

25         A    No.

48

1     Q    Records indicate that Mr. Hernandez had a
2  yellow flag on his wristband indicating that he was a
3  psych inmate.  Are you familiar with the wristband
4  classification system?
5     A    I know that there is a wristband classification
6  system, yes.
7     Q    Are you familiar with the fact that the yellow
8  marker indicates that a patient has a psych history?
9     A    I can't say for -- no.  Not necessarily.
10    Q    Do you do things -- if you know someone is --
11 has a documented mental health history, is there
12 anything you do differently when you examine them?
13         MR. BERTLING:  Let me just say it's an
14 incomplete hypothetical.
15         But if you understand the question and can
16 answer it the way it's phrased, please do.
17         THE WITNESS:  I don't necessarily understand
18 the question.
19 BY MS. WEISBERG:
20    Q    Is there anything -- so assuming the
21 circumstances as described in this Jail Incident Report
22 where there was an incident with custody and
23 Mr. Hernandez was brought to you for an evaluation,
24 under what circumstances would you have consulted his
25 chart?  Can you imagine any circumstances?

49

1          MR. BERTLING:  Well, it's vague, it's

2    ambiguous, it's irrelevant.

3          But if you can answer the question, please do.

4          THE WITNESS:  I really can't answer that

5    question at this time.  I'm not sure what you want from

6    me for an answer.  I mean, I don't understand where

7    you're going with this for me to...

8    BY MS. WEISBERG:

9     Q    Sure.  That's fine.  I'll try and rephrase.

10         We discussed before that important medical

11   information is kept in the inmate's chart; is that

12   right?

13    A    Correct.

14    Q    Including things like mental health diagnoses

15   and whether or not the inmate is on medication, is

16   compliant with medication; is that correct?

17    A    Uh-huh.  Yes.

18    Q    Why is that information stored and maintained,

19   if you know?

20    A    Why is it stored and maintained?

21    Q    Correct.

22    A    It's part of the inmate's medical treatment.

23   And if there's a treatment that's ordered and he's not

24   going along with it, then that just needs to be

25   documented.

50

1    Q    Do you think from your experience and training

2    and everything else, that it's important to be aware of

3    a person's mental health status for interpreting their

4    behavior?

5         MR. BERTLING:  Objection.  Incomplete

6    hypothetical.

7         But if you can understand that question, go

8    ahead.

9         THE WITNESS:  It's such a vague question to me

10   because such a majority of the inmates do have

11   psychiatric problems.  And so when I'm asked to assess

12   physical injuries, I don't -- it depends on the

13   situation.

14        They were putting him in an isolation cell, I

15   should assume, according to the report.  And I think --

16   or segregated cell.  And they wanted me to -- I mean, I

17   don't remember the incident, so -- I mean, can I

18   speculate?

19        MR. BERTLING:  No.  I don't want you to

20   speculate or guess.

21        THE WITNESS:  Okay.  Because I don't remember

22   the incident, I can't -- I can't -- that's why I'm -- I

23   can't speak, because I don't know what to say.  I don't

24   remember.  So you're asking me what I would do in

25   certain instances, but it's just pretty different.  I

51

1    consider myself very thorough but, I mean, I don't

2    remember this incident, so I don't know what else to say

3    about it.

4    BY MS. WEISBERG:

5        Q     Sure.

6        A     Otherwise, it would just be speculation about

7    what I would do with other inmates.

8        Q     Well, neither Mr. Bertling nor I want you to

9    speculate, so that's fine.

10       A     I want to be helpful, so if you can ask me a

11   more specific question, I'll try.

12       Q     I'll do my best.  I just lost my train of

13   thought.

14             Oh, do you remember any instruction that you

15   received from someone employed by CFMG or any written

16   policy which tells you when you should consult an

17   inmate's chart?

18       A     I don't remember if I ever received any

19   information about that.

20       Q     Did you receive any instruction or training or

21   policy regarding the circumstances where you should

22   refer an inmate for a consultation with a psych nurse or

23   a psych doctor?

24             MR. BERTLING:  As a Booking nurse?

25             MS. WEISBERG:  As a Booking nurse.

                                                          52

1          MR. BERTLING:  Sure.

2          THE WITNESS:  As a Booking nurse, it's part of

3     our job to inform the psychiatrist when a new inmate

4     comes in, or if there's -- if the inmate is in my area

5     and there's a change that I feel is pertinent and I need

6     to let the doctor know, I would call him.

7          But I don't know if you're talking about a

8     specific training or...?

9          MS. WEISBERG:  Sure.  I'll clarify.

10    BY MS. WEISBERG:

11    Q    Did you receive any instruction, training or

12    policy regarding when after observing an inmate, not

13    during the Booking process, but when you're going into

14    the jail to observe an inmate, you should refer that

15    inmate to a consultation with a psych nurse or a psych

16    doctor?

17    A    I don't remember special training regarding

18    that.

19    Q    Do you have an understanding under what

20    circumstances you should refer an inmate to a psych

21    nurse or a psych doctor?

22    A    I have my own understanding, yes.

23    Q    What is that?

24    A    If there is a critical situation that I feel

25    they need to -- a psychiatrist needs to be informed of a

53

1    change, or I would call the psych nurse because I feel

2    that she would better handle a situation than a regular

3    medical nurse, so to speak.

4         Q    What do you mean by "critical situation"?

5         A    I would refer to a situation where an inmate

6    maybe was out of control and needed to have medical

7    people with psych backgrounds informed.

8         Q    Have you ever, in your experience, not while

9    performing Booking functions but while visiting inmates

10   in the jail, have you ever referred someone to a psych

11   nurse or a psych doctor?

12        A    Not that I can remember.

13        Q    Can you estimate how long -- in this -- for

14   this incident on February 12th, can you estimate how

15   long you would have examined Daniel in your custom and

16   practice?

17        A    I cannot estimate.

18        Q    Would it have been more than five minutes?

19        A    I'm estimating something -- you're referring to

20   a specific situation and asking me to estimate something

21   that I have no recall of.  So it's difficult for me to

22   give an answer.

23        Q    In your experience looking back at all of the

24   inmates you've evaluated for injuries following an

25   incident in -- a physical altercation in the jail, what

54

```
 1              But go ahead and answer the question.
 2              THE WITNESS:  I cannot recall a situation like
 3    that.
 4              MS. WEISBERG:  I'd like to have marked as the
 5    next exhibit...
 6              THE REPORTER:  69.
 7                   (Deposition Exhibit No. 69
 8                   was marked for identification.)
 9    BY MS. WEISBERG:
10       Q    69, this document, have you ever seen this type
11    of logbook before?
12       A    No, I have not.
13       Q    If you turn to February 12th, which has the
14    2093 number at the bottom of the page.  If you look
15    to 1600 hours, you'll see the incident with
16    Daniel Hernandez, and in the very last line of that
17    entry is "Nurse Nestel" --
18       A    I think I'm on the wrong page.  Oh, okay.
19              MR. HELD:  I'm sorry, Caitlin.  What was the
20    Bates number on that again?
21              MS. WEISBERG:  2093.
22              THE WITNESS:  Okay.
23    BY MS. WEISBERG:
24       Q    And starting at the top of the page at -- when
25    you worked as a Booking nurse, did you start your shifts
```

82

1  at the same time of day usually?

2      A    7:00 a.m.

3      Q    So when you arrived at 7:00 a.m. on

4  February 12th, it looks like from this record that there

5  were a number of inmates already in Booking.  Is that

6  what you read at hour 505 and at hour 620?

7      A    I really can't tell you.  Looking at this I

8  can't tell what you're saying.  I'd have to read it.  I

9  wasn't there at 6:20.

10     Q    Right.

11     A    I'm not familiar with this report, so I don't

12  quite know -- like even at 9:00 a.m. --

13          MR. BERTLING:  Then let her ask you a question.

14          MS. WEISBERG:  Thank you.

15  BY MS. WEISBERG:

16     Q    So at 9:00 a.m. are you familiar with the

17  abbreviation I/M?

18     A    Yes.

19     Q    So inmate in Booking over 12 hours.  Lennon,

20  Evans, Herrera, Lazos, who is a psych, temporarily in

21  Special Housing, and then inmates from EVJ arrived an

22  hour ago, appear on printout over 12 hours, but they're

23  not Xavier and Lopez.

24          Did it occur -- do you remember it being the

25  case from time to time or on February 12th that you

                                                    83

1  would have six inmates in the Booking area?

2      A     There were times when I walk in and I look at

3  the board where the inmates have a little magnet with

4  their names on it.  And at times there is many names and

5  at times there is less names.

6      Q     Okay.  And then if you look at entry for 1630,

7  it says "Into safety cell."  "While in a cell in Special

8  Housing, Inmate Gosney began striking his head.  Nurse

9  Acasio checked Gosney and consulted with Dr. Jung who

10  placed Gosney on Level 1 safety precautions.  Gosney was

11  moved to the Special Use cell in men's Booking."

12         Do you know what cell they're referring to

13  there, the special use cell?

14      A     No, I don't.

15      Q     That's not a term that you've heard used?

16      A     Wait.

17         MR. BERTLING:  If you don't know what they're

18  referring to as the deputies --

19         THE WITNESS:  I don't know what the special use

20  cell is.  I've never heard that term.

21         MS. WEISBERG:  I'd like to mark the next

22  exhibit, Exhibit 70.

23             (Deposition Exhibit No. 70

24             was marked for identification.)

25  \\\

84

1    BY MS. WEISBERG:

2        Q    Are you familiar with this type of form?

3        A    I am.

4        Q    And what is this form?

5        A    This is a monitoring form when an inmate is

6    placed on safety precautions.

7        Q    Have you filled out this form in the past?

8        A    Yes, I have.

9        Q    So as you can see, this is filled out for

10    Daniel Hernandez on February 12th, 2009, which is the

11    same day that you -- the records show that you evaluated

12    him.

13            What level safety precautions was he placed on?

14        A    Level 2.

15        Q    Were you the -- would you have been the person

16    who performed the 30-minute checks?

17            MR. BERTLING:    What 30-minutes checks are you

18    referring to?

19    BY MS. WEISBERG:

20        Q    I'm sorry.    For "Observation Intervals," do you

21    know what that means?    That's above the "Safety Level

22    Precaution" item.

23        A    So then for Level 2 30-minute checks, that

24    would be for the deputy to check.

25        Q    Okay.    Do you have any -- so in the entry for

                                                            85

1    February 12th at 1740 hours, the box for "Medical

2    Assessment" is checked and it reads "Nurse checked in on

3    inmate."

4            Would that have been you based on your

5    understanding of the situation?

6        A    If --

7            MR. BERTLING:  Is that her ID number, 4701?

8            THE WITNESS:  That's the deputy's number I

9    would think.  When I check an inmate, I always write my

10   medical ID number and I -- so for him to do -- he's

11   doing a medical assessment.  It doesn't make sense.  I

12   don't know who 4701 is.  It's not me.

13   BY MS. WEISBERG:

14       Q    I think it's actually -- I don't know what his

15   position is, but deputy or senior deputy or whoever

16   Haddad.

17       A    Okay.

18       Q    Did you ever check on an inmate and have the

19   deputy write down the note?

20       A    I don't remember that.  If I look in on an

21   inmate, I write my number.

22       Q    Okay.  If you turn to the last page, and the

23   entry for February 12th at 1957, the notation is,

24   "Removed from cell.  Sent to Seg."

25            Who would have had the authority to remove him

86

1    from the precaution level based on your training and

2    experience at Ventura County jail?

3           MR. BERTLING:  Lacks foundation, incomplete

4    hypothetical.

5           But go ahead and answer the question, if you

6    can.

7           THE WITNESS:  Okay.  If the inmate was placed

8    on safety precautions per the deputy, like a custody

9    placement, then they can take the inmate out of that

10   level.

11   BY MS. WEISBERG:

12   Q    And can they do that without approval of anyone

13   on the medical staff?

14   A    I believe so, because it's -- they call it a

15   custody placement or something like that where -- I

16   mean, where they maybe, like if someone acts up, they

17   want to cool them down for a little bit, and then they

18   can put them back.  But I don't know.  This didn't

19   involve me.

20   Q    Okay.  I'll mark as 71 this exhibit.

21              (Deposition Exhibit No. 71

22               was marked for identification.)

23   BY MS. WEISBERG:

24   Q    Are you familiar with this type of form?

25   A    I have seen it in charts.

                                                        87

# EXHIBIT O

```
 1                  UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
 2                        WESTERN DIVISION

 3

 4

     ESTHER BISELLI AND THE ESTATE    )
 5   OF DANIEL T. HERNANDEZ, BY AND    )
     THROUGH HIS PERSONAL              )
 6   REPRESENTATIVE ESTHER BISELLI;    )
     K.N.H., [NAME REDACTED] A MINOR,  )
 7   BY AND THROUGH HER GUARDIAN AND   )
     MOTHER, AMBER RODRIGUEZ,          )
 8                                     )
                PLAINTIFFS,            )
 9                                     ) CASE NO.
                    VS.                ) CV 09-08694-CAS(Ex)
10                                     )
     COUNTY OF VENTURA, VENTURA        )
11   COUNTY SHERIFFS DEPARTMENT;       )
     SHERIFF BOB BROOKS; CALIFORNIA    )
12   FORENSIC MEDICAL GROUP;           )
     TAYLOR FITHIAN, M.D., DR. JOHN    )
13   KORZELIUS, DR. MELVIN MYUNG       )
     JUNG, MARIA BAEZLIN, DOES 1       )
14   THROUGH 10, INCLUSIVE,            )
                                       )
15              DEFENDANTS.            )
     _____)
16

17

18

19            DEPOSITION OF DIANE RODELANDER, LVN

20               WEDNESDAY, DECEMBER 7, 2011

21

22   FILE NO.  3075

23   REPORTED BY KIM EDELEN, C.S.R. NO. 9042, CRR, RPR.

24

25
```

1    A    No.  They're educational -- they're medical

2  sites that offer educational credits where you review,

3  you read, you study, then you take the test.

4          MR. BERTLING:  Dave, can we take a quick break?

5          MR. McLANE:  Sure.

6                    (Recess taken.)

7  BY MR. McLANE:

8    Q    Do you prefer Nurse Rodelander?

9  Ms. Rodelander?  I don't want to -- whatever you prefer.

10   A    Whatever you'd like to call me.  Diane is fine.

11   Q    I'll call you Ms. Rodelander.  How about that?

12   A    Fine.

13   Q    So, Ms. Rodelander, you indicated that -- did

14  you have time to reflect?  Are you pretty sure you

15  became a psychiatric nurse at -- for CFMG at the jail in

16  2007?

17   A    Yes.

18   Q    Okay.

19   A    Yeah.  I am almost certain that's what it was.

20  I had time to reflect as I was waiting in line for the

21  restroom.

22   Q    So going back to that, what sort of on-the-job

23  training did you receive prior to becoming a psychiatric

24  nurse at the Ventura County jail?

25          MR. BERTLING:  Are you talking about from the

```
 1   over for him?

 2        A    Dr. Jung does go on vacation.

 3        Q    Okay.  So in 2008, let's say, did Dr. Jung, to

 4   your knowledge, go on vacation and another psychiatrist

 5   take over for him?

 6        A    I don't recall.

 7        Q    Okay.  Going to 2008, 2009, you and

 8   Nurse Moskowitz and Dr. Jung are the psychiatric staff

 9   at the Ventura County men's jail, correct?

10             MR. BERTLING:  During that entire time period?

11             MR. McLANE:  Yeah.  During the year 2008 up to

12   February 16, 2009.

13             MR. BERTLING:  And are you excluding anybody

14   else or --

15   BY MR. McLANE:

16        Q    Yes.  If there's someone else, you can tell me.

17   But on a regular basis, who was the psychiatric staff

18   during that time period?

19        A    Are we talking January 1st, 2008 through --

20        Q    February 16th, 2009.

21        A    So we're starting at the beginning of

22   January 2008?

23        Q    Yes.

24        A    I didn't take over or transition over to the

25   psychiatric department until that summer.
```

1        Q    I thought it was in the summer of 2007 that you

2    transitioned over.

3        A    Oh, yeah.  2007 -- so yes, that would be

4    correct.  Primarily Linda and I were the psych nurses

5    and Dr. Jung is the doctor, unless Dr. Jung goes on

6    vacation.  And I can't tell you if he did or not or what

7    the dates were.

8        Q    Okay.  I'm not asking for that.

9             So it was basically a three-person staff.  And

10   that also covered the honor ranch, correct?

11       A    The honor ranch has closed down.

12       Q    But back in 2008, 2009.

13            MR. VOGEL:  Todd Road.

14   BY MR. McLANE:

15       Q    Todd Road.  I'm not as familiar with Ventura

16   County jail.  Ask me about the men's central jail in

17   Los Angeles, I could tell you a lot about that.

18            MR. BERTLING:  So could I.

19   BY MR. McLANE:

20       Q    So going back to -- the discussion will be off

21   the record.

22            So going back to the Todd Road ranch, that's

23   the two facilities that you and Linda and Dr. Jung would

24   cover, correct?

25       A    Correct.

```
 1      Q    During 2008, 2009?

 2      A    Correct.

 3      Q    And could you describe what the scheduling was,

 4  what days you were generally -- would there be someone

 5  always covering the men's central jail during the day,

 6  and then during the night the staff would be on call or

 7  a medical nurse or a deputy to call if there was a psych

 8  emergency?

 9           MR. BERTLING:  Do you understand the question,

10  Diane?

11           THE WITNESS:  Yes.

12           MR. BERTLING:  Okay.

13           THE WITNESS:  So Linda and I work 40 hour

14  workweeks.  We go to Todd Road two days out of the week.

15  BY MR. McLANE:

16      Q    Both together or --

17      A    No.  Separate.

18      Q    So if she was at Todd Road, you would be at

19  men's jail?

20      A    Not necessarily.  The only day that our days

21  overlap when we're both working are Wednesdays.  If

22  we -- we're talking '08, '09, we'd go to Todd Road on

23  Wednesday, one would be at the main jail.  Then whoever

24  worked that Friday, that person would go to Todd Road in

25  the morning and then transition over to the main jail.
```

```
 1    I was actually -- this job is done by the resource

 2    nurse.  So I'm going to -- and I don't know because I

 3    don't remember filling this out.  I can't tell you, but

 4    I was probably acting as a resource nurse on this day.

 5        Q    And this form references a Daniel Hernandez?

 6        A    Uh-huh.

 7        Q    Is that a "yes"?

 8        A    Yes.

 9        Q    Okay.  And it says in the next box

10    "Medical/mental health problems," and it says "ASPD," I

11    believe.  What does that stand for?

12        A    This is the diagnosis that he was given.

13        Q    What does that diagnosis stand for?

14        A    Antisocial personality disorder.

15        Q    Okay.  And so that's basically -- what is the

16    purpose of this form?

17        A    He's being transferred out to either a prison,

18    another jail, another facility.  And we are giving

19    information so his care can continue.

20        Q    Okay.  Now, turn to Exhibit 56, which I

21    think --

22            MR. BERTLING:  I have it right here.

23    BY MR. McLANE:

24        Q    Now, the first page is an Intake Health

25    Screening Form, correct?
```

```
1        A    Correct.

2        Q    Would you ever see these Intake Health

3   Screening Forms?

4             MR. BERTLING:  At any point?

5   BY MR. McLANE:

6        Q    No.  When the resource nurse or the booking

7   nurse refers an inmate to the psych staff for further

8   evaluation, would you -- what forms would you review?

9        A    This is part of their chart.  This would be --

10  this is the intake health screening.  This is in there.

11       Q    So you would review this form when they

12  referred --

13       A    I could.

14       Q    You could or could not, depending on the

15  situation?

16       A    Exactly.

17       Q    And this form refers to a Daniel Hernandez.

18  And you see it's dated April 12th, 2008, correct?

19       A    Yes.

20       Q    Now, the next page, is that your handwriting?

21       A    Yes.

22       Q    And I believe if you turn to the following

23  page, it's actually your signature; is that correct?

24       A    Correct.

25       Q    Okay.  So now we're at April 16th, 2008, four
```

```
 1    days after he's gone into intake, correct, or gone

 2    through intake?

 3         A    How many?

 4         Q    Four days.

 5         A    Okay.

 6         Q    Is that correct?

 7         A    Yes.  It appears that way.

 8         Q    Okay.

 9              MR. BERTLING:  It's not a trick question.

10    BY MR. McLANE:

11         Q    It's just to lay the foundation to ask the next

12    question.

13              So on April 16th, 2008, could you read this

14    entire note that's about one and a half pages, one and a

15    third pages?

16         A    I received a phone call from -- it says "S,"

17    subject.  We do what's called a SOAP note.

18         Q    What is your training on SOAP notes, by the

19    way?  What does that mean?

20         A    I don't want to say it's standard, but it's

21    what we use at CFMG.  And SOAP notes, we're taught this

22    in nursing school.  So subject, then observation,

23    assessment, plan.

24         Q    What does "subject" stand for?

25         A    What he's telling me, what's going on.
```

```
 1        Q    And "object," what's that?

 2        A    What am I seeing.  What's going on.  What do I

 3   see.  Is he looking at me.  Not he specifically.  In

 4   general.  So my observations.  I'm observing him.  What

 5   am I seeing.

 6        Q    And the A is...?

 7        A    "Assessment."

 8        Q    Is that your assessment of the situation?

 9        A    Correct.

10        Q    And P, "plan."  Is that like your recommended

11   plan for the situation?

12        A    Correct.

13        Q    For the inmate?

14        A    Yes.

15             MR. BERTLING:  Either hers or somebody else's.

16             THE WITNESS:  Yeah.

17   BY MR. McLANE:

18        Q    Okay.  If you could read this note.

19        A    "Received phone call from inmate's aunt who

20   said my nephew spoke with a family member and stated

21   'It's over.  I'm ending my life.'  When this interviewer

22   questions the aunt about exact statement, she was

23   unsure.  'Well, I don't know.  He didn't talk to me.  I

24   just know he is very suicidal'."

25             MR. BERTLING:  And that statement is in
```

```
 1    quotation marks, right?

 2              THE WITNESS:  Correct.

 3              MR. BERTLING:  Indicating that comes directly

 4    from her?

 5              THE WITNESS:  Correct.

 6    BY MR. McLANE:

 7         Q    Continue.

 8         A    "Inmate is currently housed in special housing

 9    waiting his 72-hour reception."  So he's not through

10    reception time, according to my note here.

11         Q    Where is he in special housing?  What is

12    special housing?  Is that in the medical unit or --

13         A    Yes.

14         Q    So he's in medical right now?

15         A    Uh-huh.

16         Q    Okay.

17         A    Special housing can be referred to as medical

18    as well.  Infirmary unit, so special housing.

19         Q    Okay.

20         A    So he's in special housing waiting his 72-hour

21    reception housing period.

22              "Inmate is a two-deputy move according to

23    inmate because he had hit two cops a year and a half

24    ago."  So I'm asking him apparently "Why are you a

25    two-deputy move?"  We're kind of talking about it,
```

1    according to my notes here.  And he's telling me why.

2          "Inmate denies any suicidal ideation," SI.

3    "Inmate is calmly reading a book.  Inmate has a cell by

4    himself.  Room is well kept with bed made.  Clothes are

5    neatly folded or hung."  And I don't mean on a hanger.

6    Just hung neatly in his room.

7          "Positive eye contact.  He's cooperative and

8    calm."  My assessment at that time I'm speaking to him

9    is he's stable -- "The inmate is stable at present time.

10   We discussed coping skills.  Inmate verbalizes

11   understanding and appreciation.  Inmate to kite PRN."

12   Meaning any further problems, anything that comes up,

13   kite us.  Let us know.

14       Q    So is that something you told him and he said

15   he would do?

16       A    Correct.  "Inmate verbalizes understanding and

17   appreciation."

18       Q    Okay.  So based on this note, do you have any

19   recollection of this -- independent recollection of this

20   conversation with Daniel Hernandez?

21       A    I'm so sorry.  No.

22       Q    Do you recall getting a phone call from the

23   aunt?  It appears from this note --

24            MR. BERTLING:  It lacks foundation that she got

25   the phone call as opposed to her contacting the aunt

```
 1   BY MR. McLANE:

 2       Q     And you don't recall the specific document

 3   concerning Daniel Hernandez, do you?

 4       A     No, I do not.

 5             MR. BERTLING:   Lacks foundation that she had

 6   any involvement with Daniel Hernandez after he returned

 7   from Patton State prison.

 8             MR. McLANE:   Okay.   W-a-d-s-w-o-r-t-h,

 9   M-u-r-a-d, D.O.

10   BY MR. McLANE:

11       Q     Now, if you could turn to Exhibit 21.   You've

12   seen this -- referred to this before.   This is the

13   intake after Daniel Hernandez came back from Patton

14   State Hospital.

15             And if you could turn to Page 2, you see a CFMG

16   form.   He was cleared?

17             MR. BERTLING:   I'm sorry.   What are you looking

18   at?

19             . MR. McLANE:   This page (indicating).

20             MR. BERTLING:   Sure.

21   BY MR. McLANE:

22       Q     Do you recall any interaction with

23   Daniel Hernandez yourself personally?   I know you said

24   up to now you don't recall any interaction before

25   November 3rd.   Do you recall any interaction from
```

1  November 3rd to February 16th, 2009 as one of the three

2  psychiatric staff at the jail?  Do you recall any

3  interaction with him?

4      A    I had no interaction with him after he came

5  back from Patton State Hospital.

6      Q    And what is that based on that you say that?

7  Did you review the medical file to determine that?  Or

8  how do you know -- is it that you don't recall or you

9  know for a fact you had no interaction?

10     A    I know for a fact I had no interaction.

11     Q    And how do you know this?

12     A    There's no notes in the chart, No. 1.

13     Q    So did you review the notes to determine this?

14 Mr. Bertling is nodding his head.

15         MR. BERTLING:  I'm sorry.

16 BY MR. McLANE:

17     Q    Did you review his medical file before coming

18 here to see if you had any interaction with him?

19     A    Let me answer the question.

20     Q    Okay.  I wasn't interrupting you.  But go

21 ahead.

22     A    Our policy is that when one returns from a

23 state hospital, they go straight to Dr. Jung.  They

24 bypass -- I'll use that word -- psych nurses and they go

25 straight to the psych doctor.