1  Peter G. Bertling # 131602
   Steve H Shlens # 188851
2  BERTLING & CLAUSEN L.L.P.
   15 West Carrillo Street, Suite 100
3  Santa Barbara, California  93101
   Telephone:  (805) 892-2100
4  Facsimile:   (805) 963-6044

5  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL
6  GROUP, INC., TAYLOR FITHIAN, M.D.,
   JOHN KORZELIUS, M.D., MELVIN MYUNG
7  JUNG, M.D., and MARIA BAEZ, LVN

8

9              UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

11

| | |
|---|---|
| ESTHER BISELLI AND THE ESTATE OF DANIEL T. HERNANDEZ, BY AND THROUGH HIS PERSONAL REPRESENTATIVE ESTHER BISELLI; K.N.H. [NAME REDACTED], A MINOR, BY AND THROUGH HER GUARDIAN AND MOTHER, AMBER RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF VENTURA, VENTURA COUNTY SHERIFFS DEPARTMENT; SHERIFF BOB BROOKS; CALIFORNIA FORENSIC MEDICAL GROUP; FITHIAN TAYLOR, M.D., DR. JOHN KORZELIUS, DR. MELVIN MYUNG JUNG, MARIA BAEZLIN, DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 09-8694 CAS (Ex)<br><br>**OBJECTION TO DECLARATION OF JEFFREY METZNER, M.D.**<br><br>Date:        June 4, 2012<br>Time:       10:00 a.m.<br>Courtroom: 5<br><br>Action Filed:  November 25, 2009<br>Trial Date:  None yet assigned.<br>Judge:  Hon. Christina A. Snyder<br>Magistrate:  Hon. Charles F. Eick |

   OBJECTION is hereby taken by defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., JOHN KORZELIUS, M.D., MELVIN MYUNG JUNG, M.D., AND MARIA BAEZ, LVN to the Declaration of Jeffrey Metzner, M.D. submitted with Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

                                    1

1. Said objection is made on the grounds that the declaration of Dr. Metzner lacks foundation and is conclusory without identifying that to a reasonable degree of medical probability, the care provided by the CFMG Defendants caused, or was a substantial factor in causing, the decedent's suicide.  Furthermore, Dr. Metzner does not indicate to a medical probability a violation of the standard of care by the defendants such as to refute the defenses herein.

DATED: May 25, 2012.

Respectfully submitted,

BERTLING & CLAUSEN L.L.P.

By: ___/s/_____
Peter G. Bertling
Steve H Shlens
Attorneys for Defendants, CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., JOHN KORZELIUS, M.D., MELVIN MYUNG JUNG, M.D., and MARIA BAEZ, LVN

OBJECTION TO DECLARATION OF LINDSAY HAYES

**PROOF OF SERVICE**
CCP §§ 1011, 1013, 1013a, 2015.5
FRCP 5(b)/Rules of Court, Rule 2.260

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

      I am employed in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 15 West Carrillo Street, Suite 100, Santa Barbara, California 93101.

      On **May 25, 2012**, I served the document described as **OBJECTION TO DECLARATION OF LINDSAY HAYES** on the interested parties in this action ☒ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list ☐ by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ BY MAIL     ☐ I deposited such envelope in the mail at Santa Barbara, California. The envelope was mailed with postage thereon fully prepaid.

      ☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Barbara, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ BY ELECTRONIC SERVICE (via electronic filing service provider)

      By electronically transmitting the document listed above to a Pacer CM/ECF File and Serve, at www.ecf.us.courts.gov pursuant to the Court's Order mandating electronic service. See Rules of Court, Rules 2.253, 2.255 and 2.260. The transmission was reported as complete and without error.

☒ FEDERAL     I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 25, 2012,** at Santa Barbara, California.

Marci Bratton                     /s/ _Marci Bratton_
                                            Signature

## SERVICE LIST

**Attorneys for Plaintiffs**
David S. McLane, Esq.
Caitlin S. Weisberg, Esq.
Kaye, McLane & Bednarski, LLP
234 E. Colorado Blvd., Suite 230
Pasadena, CA 91101
(626) 844-7660 - Phone
(626) 844-7670 - Fax
dmclane@kmbllp.com
cweisberg@kmbllp.com

Brian A. Vogel, Esq.
The Law Offices of Brian A. Vogel
770 County Square Drive, Suite 104
Ventura, CA 93003
(805) 654-0400 - Phone
(805) 654-0326 - Fax
brian@bvogel.com

**Attorneys for Defendants, County of Ventura, Ventura County Sheriff's Department, and Sheriff Bob Brooks**
Jeffrey Held, Esq.
Wisotsky, Procter & Shyer
Financial Plaza Tower
300 Esplanade Drive, Suite 1500
Oxnard, CA 93036
(805) 278-0920 - Phone
(805) 278-0289 - Fax
jheld@wps-law.net