1  Peter G. Bertling # 131602
   Steve H Shlens # 188851
2  BERTLING & CLAUSEN L.L.P.
   15 West Carrillo Street, Suite 100
3  Santa Barbara, California 93101
   Telephone: (805) 892-2100
4  Facsimile: (805) 963-6044

5  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL
6  GROUP, INC., TAYLOR FITHIAN, M.D.,
   JOHN KORZELIUS, M.D., MARVIN MYUNG
7  JUNG, M.D., and MARIA BAEZ, LVN

8

9              UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

11

12 | ESTHER BISELLI AND THE ESTATE ) Case No. CV 09-8694 CAS (Ex)
   | OF DANIEL T. HERNANDEZ, BY AND )
13 | THROUGH HIS PERSONAL          ) **EX PARTE REQUEST FOR**
   | REPRESENTATIVE ESTHER BISELLI; ) **DEFENDANTS TAYLOR**
14 | K.N.H. [NAME REDACTED], A MINOR, ) **FITHIAN, M.D., JOHN**
   | BY AND THROUGH HER GUARDIAN    ) **KORZELIUS, M.D., MARVIN**
15 | AND MOTHER, AMBER RODRIGUEZ,   ) **JUNG, M.D., AND MARIA BAEZ,**
   |                                ) **LVN, TO BE AVAILABLE BY**
16 |            Plaintiffs,         ) **TELEPHONE AT SETTLEMENT**
   |                                ) **CONFERENCE; DECLARATION**
17 | v.                             ) **OF STEVE H SHLENS IN**
   |                                ) **SUPPORT THEREOF**
18 | COUNTY OF VENTURA; VENTURA     )
   | COUNTY SHERIFFS DEPARTMENT;    ) Date:     July 11, 2012
19 | SHERIFF BOB BROOKS; CALIFORNIA ) Time:     11:00 a.m.
   | FORENSIC MEDICAL GROUP;        ) Location: Courtroom 23
20 | FITHIAN TAYLOR, M.D., DR. JOHN ) Magistrate Judge Patrick J. Walsh
   | KORZELIUS, DR. MELVIN MYUNG    )
21 | JUNG, MARIA BAEZLIN, DOES 1    ) Action Filed: November 25, 2009
   | through 10 inclusive,          ) Trial Date: None yet assigned.
22 |                                ) Judge: Hon. Christina A. Snyder
   |            Defendants.         ) Magistrate: Hon. Charles F. Eick
23 |_____)

24 **TO THE COURT IN THE ABOVE-ENTITLED ACTION:**

25     Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR

26 FITHIAN, M.D., JOHN KORZELIUS, M.D., MARVIN JUNG, M.D., and MARIA BAEZ,

27 LVN, hereby respectfully request of this Court to allow Dr. FITHIAN, Dr. KORZELIUS,

28 ///

---

1

EX PARTE REQUEST FOR DEFENDANTS TO BE AVAILABLE BY TELEPHONE AT SETTLEMENT
CONFERENCE; DECLARATION OF STEVE H SHLENS IN SUPPORT THEREOF

1  Dr. JUNG and Nurse BAEZ to be available by telephone at the Settlement Conference of
2  July 11, 2012, at 11:00 a.m., in Courtroom 23 with Magistrate Judge Patrick J. Walsh.

3    A representative of CALIFORNIA FORENSIC MEDICAL GROUP, INC. who has
4  full settlement authority shall be present personally for the Settlement Conference, as will
5  the insurance company claims representative on behalf of CALIFORNIA FORENSIC
6  MEDICAL GROUP, INC.

7    Dr. KORZELIUS, Dr. JUNG and Nurse BAEZ are care providers in the Ventura
8  County Jail in Ventura, California. It would create a significant hardship for
9  Dr. KORZELIUS, Dr. JUNG and Ms. BAEZ to appear personally at the Settlement
10 Conference in Los Angeles, as these care providers must be working during the time of this
11 Settlement Conference. This would be both a financial and business-related hardship. All
12 three shall be available by telephone at all times during the Settlement Conference and
13 defense counsel will bear any costs incurred in maintaining telephonic communication with
14 them.

15   Dr. FITHIAN is a care provider for CALIFORNIA FORENSIC MEDICAL GROUP,
16 INC., in Monterey, California. Dr. FITHIAN also resides in Monterey, California. It
17 would create a significant business and personal hardship for Dr. FITHIAN to make a
18 personal appearance at the Settlement Conference in Los Angeles. Dr. FITHIAN will be
19 available by telephone at all times during the Settlement Conference and defense counsel
20 will bear any costs incurred in maintaining telephonic communication with him.

21   <u>In discussions with plaintiffs' counsels David McLane and Brian Vogel, both have
22 indicated they do not object to Dr. FITHIAN, Dr. KORZELIUS, Dr. JUNG and
23 Nurse BAEZ appearing telephonically at the Settlement Conference</u>. Once again, the
24 person from CALIFORNIA FORENSIC MEDICAL GROUP, INC. with full settlement
25 ///
26 ///
27 ///
28 ///

EX PARTE REQUEST FOR DEFENDANTS TO BE AVAILABLE BY TELEPHONE AT SETTLEMENT
CONFERENCE; DECLARATION OF STEVE H SHLENS IN SUPPORT THEREOF

1  authority will personally attend this Settlement Conference as will the insurance carrier
2  representative on behalf of CALIFORNIA FORENSIC MEDICAL GROUP, INC.

4  DATED: July 2, 2012.                    Respectfully submitted,
5                                          BERTLING & CLAUSEN, LLP

                                           By: _____
                                           Peter G. Bertling
                                           Steve H Shlens
                                           Attorneys for Defendants, CALIFORNIA
                                           FORENSIC MEDICAL GROUP, INC.,
                                           TAYLOR FITHIAN, M.D., JOHN
                                           KORZELIUS, M.D., MARVIN MYUNG
                                           JUNG, M.D., and MARIA BAEZ, LVN

EX PARTE REQUEST FOR DEFENDANTS TO BE AVAILABLE BY TELEPHONE AT SETTLEMENT
CONFERENCE; DECLARATION OF STEVE H SHLENS IN SUPPORT THEREOF

## DECLARATION OF STEVE H SHLENS

I, Steve H Shlens, declare as follows:

1.    I am an attorney at law duly licensed to practice in the state of California and am a member of the law firm of Bertling & Clausen, LLP, attorneys of record for defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., JOHN KORZELIUS, M.D., MARVIN JUNG, M.D., and MARIA BAEZ, LVN in this matter. I have been certified by the United Stated District Court, Central District of California, and have been admitted and qualified as an attorney and counselor of this District Court.

2.    I have personal knowledge of all facts stated in this Declaration except where stated upon information and belief, and as to such matters I am informed and believe that they are true.

3.    The personal representative for CALIFORNIA FORENSIC MEDICAL GROUP, INC. will be present at the Settlement Conference. This person will be the representative with full settlement authority as required by this Court.

4.    The insurance company claims representative on behalf of CALIFORNIA FORENSIC MEDICAL GROUP, INC. will also be present at the Settlement Conference as required by this Court.

5.    <u>On June 27, 2012, I spoke and emailed with plaintiffs' counsels David McLane and Brian Vogel regarding Dr. FITHIAN, Dr. KORZELIUS, Dr. JUNG and Nurse BAEZ appearing telephonically at the Settlement Conference. Mr. Vogel and Mr. McLane both indicated they have no objection to this</u>.

6.    Dr. KORZELIUS, Dr. JUNG and Nurse BAEZ maintain their principal place of business at the Ventura County Jail in Ventura, California. All are medical care providers for CALIFORNIA FORENSIC MEDICAL GROUP, INC.

7.    I am informed and believe that Dr. KORZELIUS, Dr. JUNG and Nurse BAEZ will all be working at the time of the Settlement Conference.

///

EX PARTE REQUEST FOR DEFENDANTS TO BE AVAILABLE BY TELEPHONE AT SETTLEMENT CONFERENCE; DECLARATION OF STEVE H SHLENS IN SUPPORT THEREOF

8. It will create a significant financial and business hardship for Dr. KORZELIUS, Dr. JUNG and Nurse BAEZ to make personal appearances at the Settlement Conference in Los Angeles. In discussions with them, they have all indicated they will be available by telephone at all times during the Settlement Conference.

9. Defense counsel is willing to bear any costs incurred in maintaining telephonic communication with Dr. KORZELIUS, Dr. JUNG and Nurse BAEZ should this Court allow them to be available by telephone at the Settlement Conference.

10. TAYLOR FITHIAN, M.D. lives and works in Monterey, California, for CALIFORNIA FORENSIC MEDICAL GROUP, INC. It will create a significant business and personal hardship for Dr. FITHIAN to appear personally at the Settlement Conference in Los Angeles. In discussions with him, Dr. FITHIAN has indicated he will be available by telephone at all times during the Settlement Conference.

11. Defense counsel is willing to bear any costs incurred in maintaining telephonic communication with Dr. FITHIAN should this Court allow him to be available by telephone at the Settlement Conference.

12. I would respectfully ask this Court to allow Dr. FITHIAN, Dr. KORZELIUS, Dr. JUNG and Nurse BAEZ to be available by telephone during the Settlement Conference and to excuse their personal attendance.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct. Executed this 2nd day of July, 2012, in Santa Barbara, California.

_____
Steve H Shlens, Declarant

EX PARTE REQUEST FOR DEFENDANTS TO BE AVAILABLE BY TELEPHONE AT SETTLEMENT CONFERENCE; DECLARATION OF STEVE H SHLENS IN SUPPORT THEREOF

## PROOF OF SERVICE
## CCP §§ 1011, 1013, 1013a, 2015.5
## FRCP 5(b)/Rules of Court, Rule 2.260

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 15 West Carrillo Street, Suite 100, Santa Barbara, California 93101.

On **July 2, 2012**, I served the document described as **EX PARTE REQUEST FOR DEFENDANTS TAYLOR FITHIAN, M.D., JOHN KORZELIUS, M.D., MARVIN JUNG, M.D., AND MARIA BAEZ, LVN, TO BE AVAILABLE BY TELEPHONE AT SETTLEMENT CONFERENCE; DECLARATION OF STEVE H SHLENS IN SUPPORT THEREOF** on the interested parties in this action ☒ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list ☐ by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ BY MAIL   ☐ I deposited such envelope in the mail at Santa Barbara, California. The envelope was mailed with postage thereon fully prepaid.

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Barbara, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ BY ELECTRONIC SERVICE (via electronic filing service provider)

By electronically transmitting the document listed above to a Pacer CM/ECF File and Serve, at www.ecf.us.courts.gov pursuant to the Court's Order mandating electronic service. See Rules of Court, Rules 2.253, 2.255 and 2.260. The transmission was reported as complete and without error.

☒ FEDERAL   I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 2, 2012**, at Santa Barbara, California.

E. A. McCleery

*[signature]*
Signature

## SERVICE LIST

**Attorneys for Plaintiffs**
David S. McLane, Esq.
Caitlin S. Weisberg, Esq.
Kaye, McLane & Bednarski, LLP
234 E. Colorado Blvd., Suite 230
Pasadena, CA 91101
(626) 844-7660 - Phone
(626) 844-7670 - Fax
dmclane@kmbllp.com
cweisberg@kmbllp.com

Brian A. Vogel, Esq.
The Law Offices of Brian A. Vogel
770 County Square Drive, Suite 104
Ventura, CA 93003
(805) 654-0400 - Phone
(805) 654-0326 - Fax
brian@bvogel.com

**Attorneys for Defendants, County of Ventura, Ventura County Sheriff's Department, and Sheriff Bob Brooks**
Jeffrey B. Held, Esq.
Wisotsky, Procter & Shyer
Financial Plaza Tower
300 Esplanade Drive, Suite 1500
Oxnard, CA 93036
(805) 278-0920 - Phone
(805) 278-0289 - Fax
jheld@wps-law.net