Peter G. Bertling  # 131602
Steve H Shlens  # 188851
BERTLING & CLAUSEN L.L.P.
15 West Carrillo Street, Suite 100
Santa Barbara, California  93101
Telephone:  (805) 892-2100
Facsimile:   (805) 963-6044

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP, INC., TAYLOR FITHIAN, M.D.,
JOHN KORZELIUS, M.D., MARVIN MYUNG
JUNG, M.D., and MARIA BAEZ, LVN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ESTHER BISELLI AND THE ESTATE OF DANIEL T. HERNANDEZ, BY AND THROUGH HIS PERSONAL REPRESENTATIVE ESTHER BISELLI; K.N.H. [NAME REDACTED], A MINOR, BY AND THROUGH HER GUARDIAN AND MOTHER, AMBER RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF VENTURA; VENTURA COUNTY SHERIFFS DEPARTMENT; SHERIFF BOB BROOKS; CALIFORNIA FORENSIC MEDICAL GROUP; FITHIAN TAYLOR, M.D., DR. JOHN KORZELIUS, DR. MELVIN MYUNG JUNG, MARIA BAEZLIN, DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 09-8694 CAS (Ex)<br><br>**[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE**<br><br>Date:         July 11, 2012<br>Time:        11:00 a.m.<br>Location:   Courtroom 23<br>Magistrate Judge Patrick J. Walsh<br><br>Action Filed:  November 25, 2009<br>Trial Date:  None yet assigned.<br>Judge:  Hon. Christina A. Snyder<br>Magistrate:  Hon. Charles F. Eick |

**GOOD CAUSE APPEARING THEREFOR**, and based upon the Declaration of Steve H Shlens submitted in support of the request for telephonic appearance at the Settlement Conference,

**IT IS HEREBY ORDERED** that defendants TAYLOR FITHIAN, M.D., JOHN KORZELIUS, M.D., MARVIN JUNG, M.D., and MARIA BAEZ, LVN, are excused from

1  making a personal appearance at the July 11, 2012 Settlement Conference. However,
2  Dr. FITHIAN, Dr. KORZELIUS, Dr. JUNG and Nurse BAEZ must be available by
3  telephone at all times during the Settlement Conference and defense counsel will bear any
4  costs incurred in maintaining telephonic communication with them.
5  DATED: _____

8                                                          UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**
CCP §§ 1011, 1013, 1013a, 2015.5
FRCP 5(b)/Rules of Court, Rule 2.260

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 15 West Carrillo Street, Suite 100, Santa Barbara, California 93101.

On **July 2, 2012**, I served the document described as **[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** on the interested parties in this action ☒ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list ☐ by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ BY MAIL        ☐ I deposited such envelope in the mail at Santa Barbara, California. The envelope was mailed with postage thereon fully prepaid.

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Barbara, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ BY ELECTRONIC SERVICE (via electronic filing service provider)

By electronically transmitting the document listed above to a Pacer CM/ECF File and Serve, at www.ecf.us.courts.gov pursuant to the Court's Order mandating electronic service. See Rules of Court, Rules 2.253, 2.255 and 2.260. The transmission was reported as complete and without error.

☒ FEDERAL      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 2, 2012,** at Santa Barbara, California.

____E. A. McCleery____                    _Ed McCleery_ (signature)
                                                            Signature

## SERVICE LIST

**Attorneys for Plaintiffs**
David S. McLane, Esq.
Caitlin S. Weisberg, Esq.
Kaye, McLane & Bednarski, LLP
234 E. Colorado Blvd., Suite 230
Pasadena, CA 91101
(626) 844-7660 - Phone
(626) 844-7670 - Fax
dmclane@kmbllp.com
cweisberg@kmbllp.com

Brian A. Vogel, Esq.
The Law Offices of Brian A. Vogel
770 County Square Drive, Suite 104
Ventura, CA 93003
(805) 654-0400 - Phone
(805) 654-0326 - Fax
brian@bvogel.com

**Attorneys for Defendants, County of Ventura, Ventura County Sheriff's Department, and Sheriff Bob Brooks**
Jeffrey B. Held, Esq.
Wisotsky, Procter & Shyer
Financial Plaza Tower
300 Esplanade Drive, Suite 1500
Oxnard, CA 93036
(805) 278-0920 - Phone
(805) 278-0289 - Fax
jheld@wps-law.net