```
Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Tel:  (805) 278-0920
Fax:  (805) 278-0289
E-mail: jheld@wps-law.net

Attorneys for Defendants COUNTY OF VENTURA,
VENTURA COUNTY SHERIFF'S DEPARTMENT,
and SHERIFF BOB BROOKS
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER BISELLI, et al., | No. CV 09-8694 CAS (Ex) |
| Plaintiffs, | **EX PARTE APPLICATION FOR DEFENDANTS COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, AND FORMER SHERIFF BOB BROOKS TO APPEAR AT SETTLEMENT CONFERENCE THROUGH COUNTY RISK MANAGER; DECLARATION OF JEFFREY HELD IN SUPPORT THEREOF** |
| v. | |
| COUNTY OF VENTURA, et al., | |
| Defendants. | |
| | [Proposed order filed concurrently herewith] |
| | Date: July 11, 2012<br>Time: 11:00 a.m.<br>Ctrm: 23<br>Magistrate Judge: Patrick J. Walsh |
| | Action filed : November 25, 2009<br>Trial date : Unassigned<br>Judge : Christina Snyder<br>Magistrate : Charles F. Eick |

TO THE HONORABLE UNITED STATES DISTRICT COURT MAGISTRATE JUDGE PATRICK J. WALSH:

Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE (formerly known as the Ventura County Sheriff's Department), and former

1

Ventura County Sheriff BOB BROOKS hereby request this Court to allow the County of Ventura defendants to appear exclusively through the County Risk Manager, Chuck Pode, at the settlement conference scheduled for July 11, 2012.

No individual County of Ventura defendants have ever been named or served in this litigation. The two entities are the County of Ventura and the Ventura County Sheriff's Office. The only other defendant associated with the County of Ventura is former Sheriff Bob Brooks. He has not been the Sheriff for approximately two years and was never accused in the lawsuit of having any personal participation involving the plaintiff or governing his treatment. He was sued as the decision-maker for the Ventura County Sheriff's Department. He was therefore effectively sued only in his official capacity as the Sheriff's Department's highest-ranking official during the time of plaintiffs' decedent's death.

The knowledgeable County employee concerning this litigation is Chuck Pode. Mr. Pode is the County of Ventura's highest-ranking Risk Management representative. If the County were analogized to a private insurer, Mr. Pode would be the claims manager.

Mr. Pode is the individual to whom County government looks for advice regarding resolution of civil litigation against it, its agencies and employees. Receiving reports concerning civil litigation, advising concerning civil litigation, and making recommendations to the County Board of Supervisors concerning civil litigation is one of Mr. Pode's chief job functions.

Mr. Pode is fully informed about the facts, law, and previous court rulings in this litigation. Attending settlement conferences is one of his main job functions.

The declaration of defense counsel Jeffrey Held is appended hereto. It corroborates that none of the other counsel oppose the County defendants attending the settlement conference exclusively through the person of Chuck Pode. This assent was given on Tuesday, July 3, 2012, by Steve Shlens, attorney for the California Forensic Medical Group defendants; by Brian Vogel, attorney for plaintiff Esther

Biselli and the Estate of Daniel T. Hernandez; and by David McLane, counsel for minor plaintiff K.N.H., through her guardian and mother, Amber Rodriguez.

It is therefore respectfully requested that Magistrate Judge Walsh allow the County of Ventura defendants to participate in the settlement conference exclusively through the personal presence of Chuck Pode. A proposed order is filed concurrently herewith to that effect.

Dated: July 3, 2012

WISOTSKY, PROCTER & SHYER

By _____
JEFFREY HELD
Attorneys for Defendants,
COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, and SHERIFF BOB BROOKS

3

# DECLARATION OF JEFFREY HELD

I, Jeffrey Held, declare:

1. I am an attorney admitted to practice law before all the courts of the State of California and the United States District Court, Central District of California. I am employed as an attorney in the law offices of Wisotsky, Procter & Shyer.

2. I am now, and have been throughout the pendency of this litigation, counsel of record for the County of Ventura defendants, of whom there are only three. These are the County of Ventura, the Ventura County Sheriff's Office (formerly known as the Ventura County Sheriff's Department), and former Ventura County Sheriff Bob Brooks. There are not now nor have there ever been any individual defendants associated with the County of Ventura.

3. I make this declaration based upon information which is personally known to me. If called to testify as a witness to the information contained in this declaration, I would competently and truthfully do so under penalty of perjury of the laws of the United States of America.

4. Chuck Pode is the highest-ranking Risk Management official for the County of Ventura. In a private insurance company setting, he would be referred to as the claims manager. Mr. Pode is the individual to whom County government looks for advice concerning resolution of civil litigation against it, its agencies and employees. Receiving reports concerning litigation, analyzing litigation, working with defense counsel, attending settlement conferences, and making recommendations to the County Board of Supervisors comprise some of his chief job functions.

5. The other attorneys in the case have consented to the exclusive attendance of Mr. Pode as the only settlement conference representative for the County of Ventura defendants. On July 3, 2012, I had communication with Steve Shlens, counsel for the California Forensic Medical Group defendants; with Brian Vogel, counsel for Esther Biselli, individually and as the Estate of Daniel T. Hernandez; and with David McLane, counsel for minor plaintiff K.N.H., through her

4

guardian and mother, Amber Rodriguez. All three attorneys indicated that they had no dispute with the County of Ventura defendants being represented exclusively at the settlement conference on July 11, 2012, by Chuck Pode.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 3, 2012, at Oxnard, California.

_____
JEFEREY HELD

WISOTSKY, PROCTER & SHYER
ATTORNEYS AT LAW
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93036
TELEPHONE (805) 278-0920

5