Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Tel: (805) 278-0920
Fax: (805) 278-0289
E-mail: jheld@wps-law.net

Attorneys for Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, and SHERIFF BOB BROOKS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER BISELLI, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF VENTURA, et al.,<br><br>　　　　Defendants. | No. CV 09-8694 CAS (Ex)<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF COUNTY OF VENTURA DEFENDANTS TO BE REPRESENTED AT SETTLEMENT CONFERENCE OF JULY 11, 2012, EXCLUSIVELY BY RISK MANAGER CHUCK PODE |

Magistrate Judge Patrick J. Walsh hereby orders as follows:

Pursuant to the showing of good cause made in the concurrently filed ex parte application of the County of Ventura defendants (County of Ventura, Ventura County Sheriff's Office [formerly known as the Ventura County Sheriff's Department], and former Sheriff Bob Brooks), IT IS HEREBY ORDERED that the County of Ventura defendants be represented at the July 11, 2012, settlement conference exclusively by the personal attendance of County Risk Manager Chuck Pode. This order does not continue in effect, however, if the Court were to order subsequent settlement proceedings, for which a separate application would need to be made.

Dated:_____          _____
　　　　　　　　　　　　　　　PATRICK J. WALSH
　　　　　　　　　　　　　　　United States Magistrate Judge