## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-08694-CAS (Ex) | Date | September 24, 2012 |
|---|---|---|---|
| Title | ESTHER BISELLI; ET AL. v. COUNTY OF VENTURA; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David McLane | Jeffrey Held |
| | Peter Bertling |

**Proceedings:**    STATUS CONFERENCE RE: SETTLEMENT AND SETTING OF DATES

Hearing held and counsel are present.  The Court confers with counsel and counsel are ordered to meet and confer regarding setting of dates, forthwith.  Thereafter, counsel shall submit a Stipulation and Proposed Order with the trial scheduled for July 9, 2013 at 9:30 A.M.  Counsel inform the Court that the parties will go before Magistrate Judge Walsh for a another Settlement Conference.  The Settlement Conference shall take place before December 14, 2012.  The Court sets a Telephonic Status Conference re: Settlement on **November 7, 2012** at **12:00 P.M.**

| | 00 | : | 10 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |